## UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERICAN MEDICAL COLLECTION
AGENCY, INC., CUSTOMER DATA SECURITY
BREAKCH LITIGATION            MDL No. 2904

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −1)

On July 31, 2019, the Panel transferred 6 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2019). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Madeline C. Arleo.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Arleo.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of July 31, 2019, and, with the consent of that court, assigned to the Honorable Madeline C. Arleo.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 09, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: _____
Deputy Clerk

IN RE: AMERICAN MEDICAL COLLECTION
AGENCY, INC., CUSTOMER DATA SECURITY
BREACH LITIGATION

MDL No. 2904

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 19-05071 | Sean DeMarco v. Quest Diagnostics Incorporated et al |
| CAC | 2 | 19-05817 | Mark Woods v. Quest Diagnostics Incorporated, et al |
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 19-01098 | Ryan et al v. Quest Diagnostics, Inc. et al |
| COLORADO | | | |
| CO | 1 | 19-01889 | Raben v. Quest Diagnostics, Inc. |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 19-04157 | Webb v. Quest Diagnostics Incorporated et al |
| ILN | 1 | 19-04989 | Ocasio v. Laboratory Corporation of America Holdings |
| KANSAS | | | |
| KS | 2 | 19-02306 | Finch v. Quest Diagnostics, Inc. et al |
| KS | 2 | 19-02307 | Finch v. Laboratory Corporation of America Holdings et al |
| MINNESOTA | | | |
| MN | 0 | 19-01661 | Laughlin et al v. Optum360, LLC et al |
| MN | 0 | 19-01764 | DeMarshall v. Optum360, LLC et al |
| MN | 0 | 19-01903 | Smith et al v. Optum 360 LLC et al |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 19-05989 | Allende et al v. Laboratory Corporation of America et al |
| NYS | 7 | 19-05302 | Oswald et al v. American Medical Collection Agency, Inc. et al |
| NYS | 7 | 19-05340 | |

| | | | |
|---|---|---|---|
| | | | Villarreal et al v. American Medical Collection Agency, Inc. et al |
| NYS | 7 | 19-05392 | Henry v. American Medical Collection Agency, Inc. et al |
| NYS | 7 | 19-05536 | Key v. American Medical Collection Agency, Inc. et al |
| NYS | 7 | 19-05552 | Jilek et al v. Retrieval-Masters Creditors Bureau, Inc. et al |
| NYS | 7 | 19-05803 | Cinelli et al v. Quest Diagnostics Incorporated et al |
| NYS | 7 | 19-06243 | Wallach v. Laboratory Corporation of America Holdings |
| NYS | 7 | 19-06853 | Freeman et al v. American Medical Collection Agency, Inc. et al |

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 19-00609 | HIVELY v. LABORATORY CORPORATION OF AMERICA HOLDINGS et al |
| NCM | 1 | 19-00616 | SHULMAN v. LABORATORY CORPORATION OF AMERICA HOLDINGS |
| NCM | 1 | 19-00627 | BROWN-WELLS v. LABORATORY CORPORATION OF AMERICA HOLDINGS |
| NCM | 1 | 19-00702 | MOHAMAD v. LABORATORY CORPORATION OF AMERICA HOLDINGS |

PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 2 | 19-00742 | CHUHA v. QUEST DIAGNOSTICS INCORPORATED et al |