# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Reade W. Seligmann                    Direct Dial: 212-210-9453                    Email: reade.seligmann@alston.com

September 23, 2019

<u>**VIA ECF**</u>

Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:  <u>***In re American Medical Collection Agency, Inc., Customer Data Security Breach Litigation*, 19-md-2904 (MCA/MAH)**</u>

Dear Judge Hammer:

Alston & Bird LLP represents Defendants Optum360 Services, Inc., Optum360, LLC, Optum, Inc., and UnitedHealth Group Incorporated in the above-referenced matter. We filed motions for leave for Kristine Brown and Donald Houser to be admitted *pro hac vice* on September 18, 2019, ECF Nos. 55 and 56 (the "PHV Motions").

In accordance with Paragraph 8 of the Court's Initial Case Management Order, the parties met and conferred telephonically on September 20, 2019. On that meet-and-confer, Interim Lead Counsel James Cecchi confirmed that Plaintiffs consent to and do not oppose the PHV Motions.

Accordingly, we respectfully request that the Court grant the PHV Motions at the Court's earliest convenience and prior to the October 1 hearing scheduled before Judge Arleo.

Respectfully submitted,

*/s/ Reade W. Seligmann*

Reade W. Seligmann

Alston & Bird LLP                                                                                                        www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.