# Exhibit A

| | | **Federal Court Cases** | | |
|---|---|---|---|---|
| | **Date Filed** | **Case Caption and Transferee Court Docket Number** | **Court** | **Current Assigned Judge** |
| 1 | 06/03/2019 | *Gutierrez v. American Medical Collection Agency, Inc.*<br><br>2:19-cv-16545 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>07/31/2019 JPML Transfer Order to D.N.J. and assigned to Judge Arleo |
| 2 | 06/03/2019 | *Marler v. Quest Diagnostics, Inc.*<br><br>2:19-cv-16542 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>07/31/2019 JPML Transfer Order to D.N.J. and assigned to Judge Arleo |
| 3 | 06/04/2019 | *Worthey v. American Medical Collection Agency, Inc.*<br><br>2:19-cv-16544 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>07/31/2019 JPML Transfer Order to D.N.J. and assigned to Judge Arleo |
| 4 | 06/04/2019 | *Vieyra v. Quest Diagnostics Inc.*<br><br>2:19-cv-13396 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>07/31/2019 JPML Transfer Order to D.N.J. and assigned to Judge Arleo |
| 5 | 06/04/2019 | *Fernandez v. American Medical Collection Agency, Inc.*<br><br>2:19-cv-13398 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>07/31/2019 JPML Transfer Order to D.N.J. and assigned to Judge Arleo |

| | | **Federal Court Cases** | | |
|---|---|---|---|---|
| | **Date Filed** | **Case Caption and Transferee Court Docket Number** | **Court** | **Current Assigned Judge** |
| 6 | 06/04/2019 | *Lanouette v. Retrieval-Masters Creditors Bureau, Inc.*<br><br>2:19-cv-17046 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>07/31/2019 JPML Transfer Order to D.N.J. and assigned to Judge Arleo |
| 7 | 06/04/2019 | *Grauberger v. Quest Diagnostics Incorporated*<br><br>2:19-cv-16541 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>07/31/2019 JPML Transfer Order to D.N.J. and assigned to Judge Arleo |
| 8 | 06/05/2019 | *Julin v. Quest Diagnostics Incorporated*<br><br>2:19-cv-13446 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>07/31/2019 JPML Transfer Order to D.N.J. and assigned to Judge Arleo |
| 9 | 06/05/2019 | *Mayer v. Quest Diagnostics, Inc.*<br><br>2:19-cv-16543 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>07/31/2019 JPML Transfer Order to D.N.J. and assigned to Judge Arleo |
| 10 | 06/05/2019 | *Oswald v. American Medical Collection Agency, Inc.*<br><br>2:19-cv-17036 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 11 | 06/06/2019 | *Meisel v. American Medical Collection Agency, Inc.*<br><br>2:19-cv-13484 | D.N.J. | Judge Madeline Cox Arleo<br><br>Magistrate Judge Michael A. Hammer |

| | | **Federal Court Cases** | | |
|---|---|---|---|---|
| | **Date Filed** | **Case Caption and Transferee Court Docket Number** | **Court** | **Current Assigned Judge** |
| 12 | 06/06/2019 | *Carbonneau v. Quest Diagnostics Incorporated*<br><br>2:19-cv-13472 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>07/31/2019 JPML Transfer Order to D.N.J. and assigned to Judge Arleo |
| 13 | 06/06/2019 | *Villarreal v. American Medical Collection Agency, Inc.*<br><br>2:19-cv-17037 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 14 | 06/07/2019 | *Rahill v. Quest Diagnostics*<br><br>2:19-cv-13510 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>Re-assigned within D.N.J. to Judge Arleo |
| 15 | 06/07/2019 | *Henry v. American Medical Collection Agency, Inc.*<br><br>2:19-cv-16711 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 16 | 06/11/2019 | *Rogge v. Quest Diagnostics Incorporated*<br><br>2:19-cv-13648 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>Re-assigned within D.N.J. to Judge Arleo |

| | | **Federal Court Cases** | | |
|---|---|---|---|---|
| | **Date Filed** | **Case Caption and Transferee Court Docket Number** | **Court** | **Current Assigned Judge** |
| 17 | 06/11/2019 | *DeMarco v. Quest Diagnostics Incorporated*<br><br>2:19-cv-16685 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 18 | 06/12/2019 | *Ryan v. Quest Diagnostics, Inc.*<br><br>2:19-cv-16666 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 19 | 06/13/2019 | *Key v. American Medical Collection Agency, Inc.*<br><br>2:19-cv-16984 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 20 | 06/13/2019 | *Finch v. Quest Diagnostics, Inc.*<br><br>2:19-cv-16573 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 21 | 06/13/2019 | *Finch v. Laboratory Corporation of America Holdings*<br><br>2:19-cv-16574 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |

| | **Federal Court Cases** | | | |
|---|---|---|---|---|
| | **Date Filed** | **Case Caption and Transferee Court Docket Number** | **Court** | **Current Assigned Judge** |
| 22 | 06/14/2019 | *Jilek v. Retrieval-Masters Creditors Bureau, Inc.*<br><br>2:19-cv-16983 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 23 | 06/18/2019 | *Johnston v. Quest Diagnostics, Inc.*<br><br>2:19-cv-13957 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br>Re-assigned within D.N.J. to Judge Arleo |
| 24 | 06/18/2019 | *Hively v. Laboratory Corporation of America Holdings*<br><br>2:19-cv-16584 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 25 | 06/19/2019 | *Shulman v. Laboratory Corporation of America Holdings*<br><br>2:19-cv-16575 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 26 | 06/20/2019 | *Webb v. Quest Diagnostics Incorporated*<br><br>2:19-cv-16670 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |

| | | **Federal Court Cases** | | |
|---|---|---|---|---|
| | **Date Filed** | **Case Caption and Transferee Court Docket Number** | **Court** | **Current Assigned Judge** |
| 27 | 06/20/2019 | *Cinelli v. Quest Diagnostics Incorporated*<br><br>2:19-cv-16982 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 28 | 06/20/2019 | *Benadom v. Quest Diagnostics Inc.*<br><br>2:19-cv-14037 | D.N.J. | Judge Madeline Cox Arleo<br><br>Magistrate Judge Michael A. Hammer |
| 29 | 06/21/2019 | *Chuha v. Quest Diagnostics Incorporated*<br><br>2:19-cv-16601 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 30 | 06/24/2019 | *Brown-Wells v. Laboratory Corporation of America Holdings*<br><br>2:19-cv-16577 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 31 | 06/25/2019 | *Laughlin v. Optum360, LLC*<br><br>2:19-cv-16568 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 32 | 06/26/2019 | *Allende v. Laboratory Corporation of America*<br><br>2:19-cv-16703 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |

| | | **Federal Court Cases** | | |
|---|---|---|---|---|
| | **Date Filed** | **Case Caption and Transferee Court Docket Number** | **Court** | **Current Assigned Judge** |
| 33 | 06/27/2019 | *Hollway v. Quest Diagnostics Inc.*<br><br>2:19-cv-14392 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>Re-assigned within D.N.J. to Judge Arleo |
| 34 | 06/28/2019 | *Raben v. Quest Diagnostics, Inc.*<br><br>2:19-cv-16603 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 35 | 07/03/2019 | *DeMarshall v. Optum360, LLC*<br><br>2:19-cv-16562 | D.N.J.. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 36 | 07/03/2019 | *Wallach v. Laboratory Corporation of America Holdings*<br><br>2:19-cv-16710 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 37 | 07/05/2019 | *Woods v. Quest Diagnostics Incorporated*<br><br>2:19-cv-16689 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 38 | 07/10/2019 | *French v. Quest Diagnostics Incorporated*<br><br>2:19-cv-14956 | D.N.J. | Judge Madeline Cox Arleo<br><br>Magistrate Judge Michael A. Hammer |

| | | **Federal Court Cases** | | |
|---|---|---|---|---|
| | **Date Filed** | **Case Caption and Transferee Court Docket Number** | **Court** | **Current Assigned Judge** |
| 39 | 07/16/2019 | *Mohamad v. Laboratory Corporation of America Holdings*<br><br>2:19-cv-16576 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 40 | 07/19/2019 | *Smith v. Optum 360 LLC*<br><br>2:19-cv-16571 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 41 | 07/23/2019 | *Freeman v. American Medical Collection Agency*<br><br>2:19-cv-16981 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 42 | 07/24/2019 | *Ocasio v. Laboratory Corporation of America Holdings*<br><br>2:19-cv-16604 | D.N.J. | Judge Madeline C. Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-1<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 43 | 07/30/2019 | *Carroll v. Quest Diagnostics, Inc.*<br><br>2:19-cv-17038 | D.N.J. | Judge Madeline Cox Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-2<br>Transfer to D.N.J. and assigned to Judge Arleo |

| | **Federal Court Cases** | | | |
|---|---|---|---|---|
| | **Date Filed** | **Case Caption and Transferee Court Docket Number** | **Court** | **Current Assigned Judge** |
| 44 | 07/30/2019 | *Whalen v. Sunrise Medical Laboratories, Inc.*<br><br>2:19-cv-04378<br><br>(E.D.N.Y. docket number; no D.N.J. docket number assigned) | D.N.J. | Judge Madeline Cox Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-6<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 45 | 07/31/2019 | *In re American Medical Collection Agency, Inc., Customer Data Security Breach Litigation*<br><br>2:19-MD-02904 | D.N.J. | Judge Madeline Cox Arleo<br><br>Magistrate Judge Michael A. Hammer |
| 46 | 08/01/2019 | *Dermody v. American Medical Collection Agency, Inc.*<br><br>2:19-cv-16985 | D.N.J. | Judge Madeline Cox Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-2<br>Transfer to D.N.J. and assigned to Judge Arleo |
| 47 | 08/09/2019 | *Johns v. Bio-Reference Laboratories, Inc.*<br><br>2:19-cv-16533 | D.N.J. | Judge Madeline Cox Arleo<br><br>Magistrate Judge Michael A. Hammer |
| 48 | 08/09/2019 | *Bowers v. Quest Diagnostics, Clinical Laboratories, Inc.*<br><br>2:19-cv-16523 | D.N.J. | Judge Madeline Cox Arleo<br><br>Magistrate Judge Michael A. Hammer |
| 49 | 08/09/2019 | *Graifman v. CareCentrix, Inc.*<br><br>2:19-cv-16530 | D.N.J. | Judge Madeline Cox Arleo<br><br>Magistrate Judge Michael A. Hammer |

| Federal Court Cases | | | | |
|---|---|---|---|---|
| | **Date Filed** | **Case Caption and Transferee Court Docket Number** | **Court** | **Current Assigned Judge** |
| 50 | 08/12/2019 | *Aponte v. Laboratory Corporation of America Holdings*<br><br>1:19-cv-00824<br><br>(M.D.N.C. docket number; no D.N.J. docket number assigned) | D.N.J. | Judge Madeline Cox Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-4<br>Transferred to D.N.J. and assigned to Judge Arleo |
| 51 | 08/12/2019 | *Hayhurst v. Laboratory Corporation of America Holdings*<br><br>2:19-cv-17163 | D.N.J. | Judge Madeline Cox Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-3<br>Transferred to D.N.J. and assigned to Judge Arleo |
| 52 | 08/13/2019 | *Thomas v. Retrieval Masters Credit Bureau Inc.*<br><br>2:19-cv-17367 | D.N.J. | Judge Madeline Cox Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-4<br>Transferred to D.N.J. and assigned to Judge Arleo |
| 53 | 08/20/2019 | *Dragoo v. Quest Diagnostics Incorporated*<br><br>19-cv-17638<br><br>Removed from:<br>Superior Court State of CA County San Luis Obispo, 19LC-0676 | D.N.J. | Judge Madeline Cox Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-5<br>Transferred to D.N.J. and assigned to Judge Arleo |
| 54 | 08/23/2019 | *Gray v. Laboratory Corporation of America Holdings*<br><br>2:19-cv-17788 | D.N.J. | Judge Madeline Cox Arleo<br><br>Magistrate Judge Michael A. Hammer<br><br>CTO-7<br>Transferred to D.N.J. and assigned to Judge Arleo |

| | | State Court Cases | | |
|---|---|---|---|---|
| | **Date Filed** | **Case Caption and State Court Docket Number** | **Court** | **Current Assigned Judge** |
| 55 | 07/25/2019 | *Jacobson v. Quest Diagnostics Incorporated*<br><br>CAM-L-002997-19 | N.J. Super. Ct. (Camden Cty.) | Judge Steven J. Polansky<br><br>Not part of MDL |
| 56 | 08/10/2019 | *Smahaj v. Retrieval-Masters Creditors Bureau, Inc., et al.* | N.Y. Supreme Ct. (Westchester Cty.) | No Judge Assigned<br><br>Not part of MDL |