

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

October 6, 2019

**By Case Management / Electronic Case Files System**

The Honorable Madeline Cox Arleo
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, 2:19-md-02904-MCA-MAH

Dear Judge Arleo:

In support of the points made by Defendants at the October 1, 2019 Initial Case Management Conference—specifically (1) that Defendants are unaware of any well-known data breach of similar size in which plaintiff's leadership structure for the consumer actions was as large as the twenty-two (22) firms proposed here, and (2) that the large structure proposed here could lead to inefficiencies for the Parties and the Court—please find enclosed Exhibit 1, which Defendants file at Your Honor's request. This Exhibit summarizes the size and structure of plaintiffs' leadership structures in recent data breach multidistrict litigations ("MDL"), including the number of firms responsible for the consumer actions, and includes the structure proposed in this MDL for comparison.

Respectfully submitted,

/s/ *Allison Ryan*

Allison Ryan

Partner
allison.holt-ryan@hoganlovells.com
D 202 637 5872

*Counsel for Defendants Laboratory Corporation of America Holdings
and Laboratory Corporation of America*

cc:   Counsel of Record

Enclosure

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar  Zagreb.   Business Service Centers:  Johannesburg  Louisville.  Legal Services Center:  Berlin.  For more information see www.hoganlovells.com