# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To:*<br>*All Actions Against Laboratory Corporation of America Holdings* | Case No. 2:19-MD-02904-MCA-MAH<br><br>MDL 2904<br><br>**NOTICE OF LABORATORY CORPORATION OF AMERICA HOLDINGS' PARTIAL MOTION TO DISMISS PURSUANT TO RULE 12(b)(2)**<br><br>Motion Date: April 20, 2020 |

**TO:   ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on April 20, 2020, or as soon thereafter as counsel may be heard, Defendant Laboratory Corporation of America Holdings ("LabCorp") shall move before the Honorable Madeline Cox Arleo, United States District Judge, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room MLK 4A, Newark, New Jersey, for an Order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure dismissing claims against LabCorp in the Consolidated Class Action Complaint: LabCorp ("CAC") (ECF 105) filed in the above-captioned action.

The vast majority of Plaintiffs' claims fail as a jurisdictional matter, as the Court lacks personal jurisdiction over 27 of the 32 Plaintiffs who were named in the CAC for the first time. Specifically, LabCorp seeks dismissal under Rule 12(b)(2) of the

claims in the CAC asserted by Plaintiffs Palmer, Lassiter, Nazemnikov, Buhr, Duckworth, T. Harris, Laufenberg, Petri, Haley, Nelson-Carter, Scott, Rothwell, Jerry, Kaplan, Evans, Spencer, Thomas, Gadero, Lamondie-Murphy, Vazquez, Wrenn, S. Harris, Thrower, Williams-Winters, Judelsohn, Goins, and Cuvillier.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, LabCorp shall rely on its Memorandum in Support of its Partial Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint, Certification of David J. Cooner, Esq., and the accompanying Declaration of David W. Myers.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is included with this Notice of Motion, pursuant to Local Civil Rule 7.1(e).

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested pursuant to Local Civil Rule 78.1.

Dated: January 22, 2020	By: /s/ David J. Cooner

David J. Cooner, Esq. (030461989)
Edward J. Fanning, Jr., Esq. (055351994)
**McCARTER & ENGLISH, LP**
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
dcooner@mccarter.com
efanning@mccarter.com

Allison M. Ryan
Adam A. Cooke
Alicia J. Paller
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile:  (202) 637-5910
allison.holt-ryan@hoganlovells.com
adam.a.cooke@hoganlovells.com
alicia.paller@hoganlovells.com

*Counsel for Defendant Laboratory Corporation of America Holdings*