# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Master Case No. 2:19-md-2904-MCA-MAH |
| KAESHA GAYE CAMILIA HENRY, *individually and on behalf of all others similarly situated,*<br><br>               Plaintiff,<br><br>     v.<br><br>AMERICAN MEDICAL COLLECTION AGENCY, INC., *et al.*,<br><br>               Defendants. | Case No. 2:19-cv-16711-MCA-MAH<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO: THE COURT, COUNSEL, AND ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE** that attorneys Laurence D. King and Mario M. Choi of Kaplan Fox & Kilsheimer LLP, who represent Kaesha Gaye Camilia Henry in this action, are no longer located in San Francisco, California. The new address is as follows:

    Laurence D. King
    Mario M. Choi,
    Kaplan Fox & Kilsheimer LLP
    1999 Harrison Street, Suite 1560
    Oakland, CA  94612

1

The phone numbers and email addresses on record for Laurence D. King and Mario M. Choi remain the same.

DATED: May 26, 2021					Respectfully submitted,

										KAPLAN FOX & KILSHEIMER LLP

										By: /s/ *Joel B. Strauss*
												Joel B. Strauss

										Joel B. Strauss
										850 Third Avenue, 14th Floor
										New York, NY  10022
										Telephone: (212) 687-1980
										Facsimile:  (212) 687-7714
										Email:  *jstrauss@kaplanfox.com*

										KAPLAN FOX & KILSHEIMER LLP
										Laurence D. King
										Mario M. Choi
										1999 Harrison Street, Suite 1560
										Oakland, CA  94612
										Telephone:  (415) 772-4700
										Facsimile:  (415) 772-4707
										Email:  lking@kaplanfox.com
												mchoi@kaplanfox.com

										*Counsel for Plaintiff Kaesha Gaye Camilia Henry*