UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Master Case No. 2:19-md-2904-MCA-MAH |
| KAESHA GAYE CAMILIA HENRY, *individually and on behalf of all others similarly situated,*<br><br>            Plaintiff,<br><br>    v.<br><br>AMERICAN MEDICAL COLLECTION AGENCY, INC., *et al.*,<br><br>            Defendants. | Case No. 2:19-cv-16711-MCA-MAH<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**TO: THE COURT, COUNSEL, AND ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE** that effective immediately attorney David A. Straite is no longer associated with the law firm of Kaplan Fox & Kilsheimer LLP, and no longer represents Plaintiff Kaesha Gaye Camilia Henry in this action.

Plaintiff Kaesha Gaye Camilia Henry continues to be represented by the law firm of Kaplan Fox & Kilsheimer LLP in this action.

1

I hereby certify that this change is not intended to, nor will it, delay this proceeding to the best of my knowledge, information, and belief.

DATED: May 26, 2021

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

By: /s/ *Joel B. Strauss*
      Joel B. Strauss

Joel B. Strauss
850 Third Avenue, 14th Floor
New York, NY  10022
Telephone: (212) 687-1980
Facsimile:  (212) 687-7714
Email: jstrauss@kaplanfox.com

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King
Mario M. Choi
1999 Harrison Street, Suite 1560
Oakland, CA  94612
Telephone:  (415) 772-4700
Facsimile:  (415) 772-4707
Email:  lking@kaplanfox.com
        mchoi@kaplanfox.com

*Counsel for Plaintiff Kaesha Gaye Camilia Henry*