# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Master Case No. 2:19-md-2904-MCA-MAH <br><br> <u>Class Action</u> |
| KAESHA GAYE CAMILIA HENRY, *individually and on behalf of all others similarly situated*, <br><br>          Plaintiff, <br><br> v. <br><br> AMERICAN MEDICAL COLLECTION AGENCY, INC., *et al.*, <br><br>          Defendants. | Case No. 2:19-cv-16711-MCA-MAH <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE** |

**TO: THE COURT, COUNSEL, AND ALL PARTIES OF RECORD**:

    **PLEASE TAKE NOTICE** that effective today, July 12, 2021, attorney Mario M. Choi is no longer affiliated with the law firm of Kaplan Fox & Kilsheimer LLP, and no longer represents Plaintiff Kaesha Gaye Camilia Henry in this action.

    Plaintiff Kaesha Gaye Camilia Henry continues to be represented by other lawyers on the record for Kaplan Fox & Kilsheimer LLP.

I hereby certify that this change is not intended to, nor will it, delay this proceeding to the best of my knowledge, information, and belief.

DATED: July 12, 2021

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

By: /s/ *Joel B. Strauss*
      Joel B. Strauss

850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: *jstrauss@kaplanfox.com*

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Email: *lking@kaplanfox.com*

*Counsel for Plaintiff Kaesha Gaye Camilia Henry*