# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To:*<br>*ALL ACTIONS* | Case No. 2:19-MD-02904-MCA-MAH |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Elizabeth C. Lockwood, of Hogan Lovells US LLP, hereby withdraws her *pro hac vice* appearance as counsel for Defendants Laboratory Corporation of America Holdings and Laboratory Corporation of America [D.E. 155] in this matter. Attorneys from the law firm of Hogan Lovells US LLP and McCarter & English, LP. will continue to represent Laboratory Corporation of America Holdings and Laboratory Corporation of America in this matter.

Dated: May 27, 2022

By: */s/ Elizabeth Lockwood*
Elizabeth Lockwood

**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
Email: michelle.kisloff@hoganlovells.com

*Attorneys for Laboratory Corporation of America Holdings and Laboratory Corporation of America*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2022, I caused a true and correct copy of the foregoing Withdrawal of Appearance of Elizabeth Lockwood to be served via ECF on all counsel of record.

By: */s/ Edward J. Fanning, Jr.*
Edward J. Fanning, Jr.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07012
Telephone: (973) 639-7927
Facsimile: (973) 297-3868

*Attorneys for Laboratory Corporation of America Holdings and Laboratory Corporation of America*