# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

CHARLES C. CARELLA
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
LINDSEY H. TAYLOR
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE

**5 BECKER FARM ROAD**
**ROSELAND, N.J. 07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
**www.carellabyrne.com**

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
MARC D. MORY

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+MEMBER FL BAR ONLY
**MEMBER NY BAR ONLY
***MEMBER IL BAR ONLY

RAYMOND J. LILLIE
GREGORY G. MAROTTA
KEVIN G. COOPER
MARYSSA P. GEIST
JORDAN M. STEELE**
ZACHARY A. JACOBS***
WILLIAM H. WILLIAMS, X
MICHAEL K. BELOSTOCK
BRIAN F. O'TOOLE**
SEAN M. KILEY

June 9, 2022

**VIA ECF**

Hon. Madeline Cox Arleo
U.S. District Judge
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

    Re:    *In re Am. Med. Collection Agency, Inc. Customer Data Sec. Breach Litig.*
             Civil Action No. 19-md-2904(MCA)(MAH)

Dear Judge Arleo:

We are lead counsel for Plaintiffs in the above-captioned action. Presently before the Court are five motions to dismiss directed at Plaintiffs' amended complaints, filed by Sonic (ECF No. 347) CareCentrix (ECF No. 348), Optum (ECF No. 349), Quest (ECF No. 350), and LabCorp (ECF No. 351). The parties have agreed to a briefing schedule for all of the motions, with Plaintiffs' opposition papers being due on Friday, July 29 and Defendants' reply papers being due on Wednesday, August 31. In addition, for the Quest/Optum track, the parties have agreed that Plaintiffs may file a joint brief in opposition to both Quest and Optum's motions of no more than 50 pages.

If the foregoing is acceptable to the Court, kindly "So Order" this letter and have a "filed" copy returned to us via the Court's ECF system.

Thank you for your continued attention to this matter. If the Court has any questions, we are available at your convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

/s/ Lindsey H. Taylor

LINDSEY H. TAYLOR

cc: All Counsel (via ECF)

**SO ORDERED**

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 6/13/22