# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>LINDSEY H. TAYLOR<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J. 07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>www.carellabyrne.com<br><br>October 6, 2022 | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>MARC D. MORY<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>+MEMBER FL BAR ONLY<br>**MEMBER NY BAR ONLY<br>***MEMBER IL BAR ONLY | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>KEVIN G. COOPER<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>ZACHARY A. JACOBS***<br>MICHAEL K. BELOSTOCK<br>BRIAN F. O'TOOLE**<br>SEAN M. KILEY<br>MICHAEL B. SIMONE<br>ROBERT J. VASQUEZ |

**VIA ECF**

Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King Jr. Building
50 Walnut Street
Newark, NJ 07102

    Re:    *In re American Medical Collection Agency, Inc.*
             *Customer Data Security Breach Litigation*
             Civil Action No. 19-md-02904 (MCA)(MAH) (Quest Track and Labcorp Tracks)

Dear Judge Hammer,

    We are Lead Counsel for Plaintiffs in the above matter. The parties in the Quest/Optum track and Labcorp track are meeting and conferring with respect whether adjustments to the discovery schedule are appropriate. In the meantime, the parties in those tracks have agreed to a one-week extension of the date for substantial completion of document production, to October 17, 2022. If the foregoing is acceptable to the Court, kindly "So Order" this letter and have a "filed" copy returned to us via the Court's ECF system.

    Thank you for your continued attention to this matter. If the Court has any questions, we are available at your convenience.

Respectfully submitted

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

/s/ Lindsey H. Taylor

LINDSEY H. TAYLOR

cc: All Counsel (via ECF)

DATED: 10/11/22        SO ORDERED:

                         <u>s/ Michael A. Hammer</u>
                         Michael A. Hammer, U.S.M.J.