# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To:*<br>*All Actions Against Quest Diagnostics Incorporated and Optum360 LLC, and Laboratory Corporation of America Holdings* | Civil Action No. 19-md-02904(MCA)(MAH)<br><br>**ORDER** |

THIS MATTER having been opened to the Court by way of joint letter from the parties, and the Court having read and considered the parties' positions, and good cause appearing,

IT IS this __17th__ day of October, 2022,

ORDERED that the deadlines for the following events set forth in the Court's May 26, 2022 Discovery Order (ECF No. 345) (the "Discovery Order") are hereby amended as follows:

| Event | New Date |
|---|---|
| Substantial completion of document production in response to written discovery served by May 27, 2022 | 11/14/2022 |
| Service of all written discovery on parties | 12/6/2022 |
| Motion to add new parties or amend pleadings, whether by amended or third-party complaint | 12/9/2022 |
| Bring discovery disputes from party written discovery to the Court's attention | 12/23/2022 |
| Service of subpoenas for production of documents on third parties | 12/29/2022 |
| Depositions of party fact witnesses and individuals who will give lay opinion testimony | 2/20/2023 |
| Depositions of third party fact witnesses and individuals who will give lay opinion testimony | March 17, 2023 |

| Event | New Date |
|---|---|
| Plaintiffs to serve motions for class certification and expert reports in support of class certification | April 17, 2023 |
| Plaintiffs to make any experts available for deposition, unless defendants agree to a later date | May 17, 2023 |
| Defendants to serve briefs in opposition to class certification, motions challenging plaintiffs' class certification experts, and expert reports in opposition to class certification | July 17, 2023 |
| Defendants to make any experts available for deposition, unless plaintiffs agree to a later date | August 16, 2023 |
| Plaintiffs to serve reply briefs in support of class certification, motions challenging defendants' class certification experts, and rebuttal expert reports in support of class certification | August 29, 2023 |
| Parties to file all class certification papers | September 2, 2023 |

and it is further

ORDERED that all other deadlines stated in the Discovery Order remain in effect.

_____
MICHAEL A. HAMMER, U.S.M.J.