UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To: All Tracks* | Civil Action No. 19-md-02904(MCA)(MAH)<br><br>**CONSOLIDATED**<br>**SCHEDULING ORDER** |
|---|---|

WHEREAS on May 26, 2022 the Court entered a Discovery Order (ECF No. 345) (the "Discovery Order") setting forth deadlines for stated events to be completed: and

WHEREAS on October 11, 2022, the Court entered an Order (ECF No. 400) extending certain of the dates in the Discovery Order with respect to the Other Labs Track; and

WHEREAS on October 17, 2022, the Court entered an Order (ECF No. 403) extending certain of the dates in the Discovery Order with respect to the Quest/Optum and Labcorp Tracks; and

WHEREAS on the telephone conference with the parties on November 21, 2022, for the ease of case management, the Court requested that the parties prepare a consolidated scheduling order setting forth the operative deadlines in each Track in a single document; and

WHEREAS the parties have prepared and met and consulted on such a consolidated order and consent to the form hereof; and

Good cause appearing,

IT IS this 6th day of December, 2022,

ORDERED that the following are the operative deadlines for the events set forth below:

| Event | Quest/Labcorp Track dates | Other Labs Track dates |
|---|---|---|
| Substantial completion of document production in response to written discovery served by May 27, 2022 | November 14, 2022 | December 10, 2022 |

| Event | Quest/Labcorp Track dates | Other Labs Track dates |
|---|---|---|
| Service of all written discovery on parties[1] | December 6, 2022 | January 2, 2023 |
| Motion to add new parties or amend pleadings, whether by amended or third-party complaint | December 9, 2022 | January 3, 2023 |
| Bring discovery disputes from party written discovery to the Court's attention | December 23, 2022 | January 13, 2023 |
| Service of subpoenas for production of documents on third parties | December 29, 2022 | January 2, 2023 |
| Depositions of party fact witnesses and individuals who will give lay opinion testimony | February 20, 2023 | March 17, 2023 |

| Event | All Tracks Date |
|---|---|
| Depositions of third party fact witnesses and individuals who will give lay opinion testimony | March 17, 2023 |
| Plaintiffs to serve motions for class certification and expert reports in support of class certification | April 17, 2023 |
| Plaintiffs to make any experts available for deposition, unless defendants agree to a later date | May 17, 2023 |
| Defendants to serve briefs in opposition to class certification, motions challenging plaintiffs' class certification experts, and expert reports in opposition to class certification | July 17, 2023 |
| Defendants to make any experts available for deposition, unless plaintiffs agree to a later date | August 16, 2023 |
| Plaintiffs to serve reply briefs in support of class certification, motions challenging defendants' class certification experts, and rebuttal expert reports in support of class certification | August 29, 2023 |
| Parties to file all class certification papers | September 2, 2023 |

and it is further

---

[1] Pursuant to agreement of the Parties, the deadline for Defendants Quest and Optum360 to respond to Plaintiffs' First Requests for Admission is extended to December 20, 2022 and the deadline for Labcorp to respond to Plaintiffs' Second Requests for Admission is extended to January 4, 2023.

ORDERED that all other provisions stated in the Discovery Order remain in effect; and it is further

ORDERED that there will be a telephone conference on **February 21, 2023 at 3:00 p.m.** Counsel shall dial 1-888-684-8852 and enter access code 1456817# to join the call; and it is further

ORDERED that any further requests to modify this scheduling order shall be accompanied by a jointly proposed amended schedule substantially in this form.

_____

s/ Michael A. Hammer
MICHAEL A. HAMMER, U.S.M.J.