# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>*This Document Relates To: ALL ACTIONS* | Case No. 19-md-2904 (MCA)(MAH)<br>(MDL 2904)<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm Sidley Austin LLP, is hereby entering an appearance as counsel of record for Defendant Quest Diagnostics Incorporated and requests that his name be added to the master docket and mailing list and that copies of all notices, pleadings and other papers in this matter be served upon him.

Dated: January 26, 2023

                                                 */s/ Stephen W. McInerney*
                                                 Stephen W. McInerney
                                                 SIDLEY AUSTIN LLP
                                                 One South Dearborn
                                                 Chicago, IL  60603
                                                 Telephone: (312) 853-7000
                                                 Facsimile: (312) 853-7036
                                                 smcinerney@sidley.com

                                                 *Attorney for Defendant Quest Diagnostics Incorporated*

## **CERTIFICATE OF SERVICE**

I certify that on January 26, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users.

*/s/ Stephen W. McInerney*
Attorney for Defendant
