# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>LINDSEY H. TAYLOR<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE | 5 BECKER FARM ROAD<br>ROSELAND, N.J.  07068-1739<br>PHONE (973) 994-1700<br>FAX (973) 994-1744<br>www.carellabyrne.com | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>MARC D. MORY<br>ZACHARY A. JACOBS***<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>+MEMBER FL BAR ONLY<br>**MEMBER NY BAR ONLY<br>***MEMBER IL BAR ONLY | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>KEVIN G. COOPER<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>MICHAEL K. BELOSTOCK<br>BRIAN F. O'TOOLE**<br>SEAN M. KILEY<br>ROBERT J. VASQUEZ |

February 24, 2023

**VIA ECF**

Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

  Re: *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 19-md-2904(MCA)(MAH)

Dear Judge Arleo:

  I am Lead Counsel for Plaintiffs in the above matter. We are pleased to report to the Court that Plaintiffs and Carecentrix have agreed upon a settlement, subject to the Court's approval, of the claims against Carecentrix. We will be submitting a motion for preliminary approval of the proposed settlement shortly.

  Thank you for your attention to this matter. If you have any questions, we are available at your convenience.

       Respectfully submitted,

       CARELLA, BYRNE, CECCHI,
       OLSTEIN, BRODY & AGNELLO, P.C.

       /s/ James E. Cecchi

       JAMES E. CECCHI

cc: All Counsel (via ECF)