James E. Cecchi
**CARELLA BYRNE CECCHI**
**OLSTEIN BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ  07068
(973) 994-1700
*Lead Counsel for Plaintiffs*
(Additional Counsel on the Signature Page)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:  AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To: Other Labs Track* | Civil Action No. 19-md-2904 (MCA)(MAH)<br><br>**NOTICE OF MOTION** |

To:     All persons on ECF mailing list

COUNSEL:

PLEASE TAKE NOTICE that on such date and time as the Court shall determine, the undersigned counsel for Plaintiffs shall move before Hon. Madeline Cox Arleo, United States District Judge at the Martin Luther King Federal Building, Newark, New Jersey, for an Order pursuant to Fed. R. Civ. P. 23(e) granting preliminary approval of the proposed settlement between Plaintiffs and Defendant CareCentrix, Inc.

The undersigned intends to rely upon the annexed Brief, Declaration of Steven Weisbrot, Declaration of James E. Cecchi and exhibits annexed thereto.

The undersigned hereby requests oral argument.

                                                     CARELLA, BYRNE, CECCHI, OLSTEIN,
                                                   BRODY & AGNELLO, P.C.
                                                   *Lead Counsel for Plaintiffs*

                                        By:   __*/s/ James E. Cecchi*_____
                                                      JAMES E. CECCHI

Dated: May 4, 2023

Joseph J. DePalma
Catherine B. Derenze
LITE DEPALMA GREENBERG & AFANADOR LLC
570 Broad Street, Suite 1201
Newark, New Jersey 07102
(973) 623-3000

Amy Keller
Justin Hawal
DICELLO LEVITT LLC
10 North Dearborn Street, 6th Floor
Chicago, Illinois 60602
(312) 214-7900

*Other Labs Track Co-Lead Counsel*