James E. Cecchi
**CARELLA BYRNE CECCHI**
**OLSTEIN BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ  07068
(973) 994-1700
*Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Civil Action No. 19-md-2904 (MCA)(MAH) |
| *This Document Relates To: Other Labs Track* | **DECLARATION OF** **JAMES E. CECCHI** |

JAMES E. CECCHI, ESQ., of full age, hereby declares under penalty of perjury as follows:

1.     I am an attorney licensed to practice in New Jersey and am a member of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., and have been named as Lead Counsel for Plaintiffs in the above matter.  In such capacity, I am fully familiar with the facts contained herein.

2.     Annexed hereto as Exhibit A is the proposed Settlement Agreement between Plaintiffs and CareCentrix, Inc.  There are no agreements related to the proposed settlement with CareCentrix other than this Settlement Agreement.[1]

3.     After the data breach CareCentrix sent notices to 420,000 people potentially affected by the breach.

---

[1]     Exhibit A of the Settlement Agreement will be filed shortly.

4.      The proposed Settlement was reached after arms-length negotiations among counsel over the past three years, with the most productive discussions occurring after the parties retained the assistance of retired Magistrate Judge Joel Schneider in December 2022.

5.      After numerous meetings with Judge Schneider, including an all-day in-person mediation, the parties were able to reach the proposed Settlement, which contains a number of components, including:

      a.      A $6.3 million, non-reversionary Settlement Fund, which will be used to pay Settlement Claims, including:

            i.      Out-of-pocket verifiable expenses associated with the Data Breach up to a total of $5,000, or alternative compensation of $50 (with payments adjusted *pro rata* depending on the number of valid Claims);

            ii.      Additional payments to Settlement Class Members residing in California of $50 (adjusted *pro rata* depending on the number of valid Claims); and

            iii.      Identity monitoring and restoration services.

      b.      Forward-looking relief providing that CareCentrix shall stop pursuing collection efforts for unresolved debts allegedly owed by Class Members.

6.      Class Counsel selected Angeion Group as the Settlement Administrator after a competitive bidding process, and reviewed the proposed Notice Plan to ensure that it met the requirements of Federal Rule of Civil Procedure 23.

7.      The relief negotiated under the Settlement was carefully negotiated to address Settlement Class Members alleged injuries as a result of the Data Breach and is, in Class Counsel's assessment, fair, reasonable, and adequate.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

/s/ James E. Cecchi
JAMES E. CECCHI

Dated: May 5, 2023