# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

---

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | | JAMES A. O'BRIEN, III | KEVIN G. COOPER |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | **PHONE (973) 994-1700** | JOHN G. ESMERADO | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | **FAX (973) 994-1744** | STEVEN G. TYSON | JORDAN M. STEELE** |
| | BRIAN H. FENLON | www.carellabyrne.com | MATTHEW J. CERES | MICHAEL K. BELOSTOCK |
| | LINDSEY H. TAYLOR | | MARC D. MORY | BRIAN F. O'TOOLE** |
| | CAROLINE F. BARTLETT | | ZACHARY A. JACOBS*** | SEAN M. KILEY |
| | ZACHARY S. BOWER+ | June 16, 2023 | | ROBERT J. VASQUEZ |
| | DONALD A. ECKLUND | | | |
| | CHRISTOPHER H. WESTRICK* | | OF COUNSEL | |
| | STEPHEN R. DANEK | | | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | MEGAN A. NATALE | | +MEMBER FL BAR ONLY | |
| | | | **MEMBER NY BAR ONLY | |
| | | | ***MEMBER IL BAR ONLY | |

**VIA ECF**

Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King Jr. Building
50 Walnut Street
Newark, NJ 07102

      Re:    *In re American Medical Collection Agency, Inc.*
               *Customer Data Security Breach Litigation*
               Civil Action No. 19-md-2904(MCA)(MAH)

Dear Judge Arleo:

      We are Interim Lead Counsel for Plaintiffs in the above matter. As you know, Plaintiffs and Defendant CareCentrix, Inc. ("CareCentrix") have reached a proposed settlement regarding all claims against CareCentrix. ECF No. 478. The motion for preliminary approval of the CareCentrix Settlement was filed on May 5, 2023 (ECF No. 510) and there have been no objections to entry of the proposed preliminary approval order – an additional copy of which is annexed hereto.

      The parties are anxious to begin the process of notifying the class and moving toward final approval. As such, if the Court does not have any questions, we would hope that the preliminary approval order could be entered. Of course if you have any questions, we are available to answer them at any time.

      Respectfully submitted,

      CARELLA, BYRNE, CECCHI,
      OLSTEIN, BRODY & AGNELLO

      /s/ James E. Cecchi

      JAMES E. CECCHI

cc: All Counsel of Record (via ECF)