# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to:*<br>*All Actions Against Laboratory Corporation of America Holdings* | Case No. 2:19-MD-02904-MCA-MAH<br><br>MDL 2904<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT LABORATORY CORPORATION OF AMERICA HOLDINGS' DEADLINE TO ANSWER THE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

WHEREAS, on May 5, 2023, the Court granted in part and denied in part Defendant Laboratory Corporation of America Holdings' ("Labcorp") Motion to Dismiss the First Amended Consolidated Class Action Complaint ("Complaint") [ECF No. 507];

WHEREAS the Court gave Plaintiffs thirty days from the date of the Court's Letter Order— i.e., until June 5, 2023—to cure the deficiencies identified therein;

WHEREAS Plaintiffs elected not to amend the Complaint by June 5, 2023;

WHEREAS the Parties jointly stipulated that Labcorp shall submit its Answer to the Complaint by July 5, 2023;

WHEREAS the Court entered that stipulation on June 14, 2023 [ECF No. 529];

WHEREAS the Court entered a stipulation on June 21, 2023 extending the Sonic Defendants' response deadline to August 4, 2023 [ECF No. 539];

WHEREAS Labcorp respectfully requests an additional thirty days to submit its Answer to the Complaint, which aligns with the Sonic Defendants' response deadline of August 4, 2023;

WHEREAS Plaintiffs do not oppose the extension to August 4, 2023;

ME1 45400902v.1

WHEREAS the requested extension is made in good faith, not for purposes of delay, and will not prejudice any party or the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Labcorp shall submit its Answer to the First Amended Consolidated Class Action Complaint on or before August 4, 2023.

| | |
|---|---|
| **CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & ANGNELLO, P.C.**<br>*Lead Counsel for Plaintiffs* | **HOGAN LOVELLS US LLP**<br>**McCARTER & ENGLISH, LLP**<br>*Counsel for Defendant Laboratory Corporation of America Holdings* |
| By: */s/ James E. Cecchi*<br>James E. Cecchi | By: */s/ Edward J. Fanning, Jr.*<br>Edward J. Fanning, Jr. |

SO ORDERED this 5th day of July, 2023

**SO ORDERED**

*/s/ Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: