# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | | JAMES A. O'BRIEN, III | KEVIN G. COOPER |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | **PHONE (973) 994-1700** | JOHN G. ESMERADO | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | **FAX (973) 994-1744** | STEVEN G. TYSON | JORDAN M. STEELE** |
| | BRIAN H. FENLON | www.carellabyrne.com | MATTHEW J. CERES | MICHAEL K. BELOSTOCK |
| | LINDSEY H. TAYLOR | | MARC D. MORY | BRIAN F. O'TOOLE** |
| | CAROLINE F. BARTLETT | August 3, 2023 | ZACHARY A. JACOBS*** | SEAN M. KILEY |
| | ZACHARY S. BOWER+ | | | ROBERT J. VASQUEZ |
| | DONALD A. ECKLUND | | | |
| | CHRISTOPHER H. WESTRICK* | | OF COUNSEL | |
| | STEPHEN R. DANEK | | | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | MEGAN A. NATALE | | +MEMBER FL BAR ONLY | |
| | | | **MEMBER NY BAR ONLY | |
| | | | ***MEMBER IL BAR ONLY | |

<u>**VIA ECF**</u>

Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King Jr. Building
50 Walnut Street
Newark, NJ 07102

    Re: *In re American Medical Collection Agency, Inc.*
       *Customer Data Security Breach Litigation*
       <u>Civil Action No. 19-md-2904(MCA)(MAH)</u>

Dear Judge Arleo:

  We are Interim Lead Counsel for Plaintiffs in the above matter. At the last status conference on July 18, 2023, Your Honor agreed to allow Plaintiffs and the Quest and Optum360 Defendants to submit supplemental briefing in connection with pending motions to dismiss filed by Quest and Optum360. ECF No. 551. Due to an inconsistency between the status conference transcript and the minute order associated with the conference there was confusion – at least from Plaintiffs' perspective – regarding the briefing schedule. Accordingly, in the interests of clarity and fairness, Plaintiffs, Quest, and Optum360 have agreed to the following briefing schedule:

- Plaintiffs' supplemental brief is due on August 7th

- Defendants' responses are due on August 23rd

- Plaintiffs' reply is due on August 28th

  If this briefing schedule is acceptable to Your Honor, we respectfully request that you "So Order" this letter and have a "filed" copy returned to us via the ECF system.

  We thank the Court for its attention this matter and are available to answer any questions.

          Respectfully submitted,

         CARELLA, BYRNE, CECCHI,
        OLSTEIN, BRODY & AGNELLO

Honorable Madeline Cox Arleo
August 3, 23
Page 2

        /s/   James E. Cecchi
           JAMES E. CECCHI

cc: All Counsel of Record (via ECF)

**8/4/23**
**SO ORDERED.**

<u>**s/ Madeline Cox Arleo**</u>
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO
A PROFESSIONAL CORPORATION