James E. Cecchi
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
*Lead Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: *Other Labs Track* | Civil Action No. 19-md-2904(MCA)(MAH) |

To: All Counsel by ECF

COUNSEL:

**PLEASE TAKE NOTICE** that on October 31, 2023, Plaintiffs, by counsel, shall move under Rule 23 of the Federal Rules of Civil Procedure, for entry of the proposed Final Approval Order that, among other things, will, (1) grant final approval of the proposed Settlement; (2) grant final certification of the proposed Settlement Class, (3) appoint Plaintiffs as Class Representatives, and appoint Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., Lite DePalma Greenberg & Afanador, LLC, and DiCello Levitt LLP, as Class Counsel; (4) approve payment of Class Counsel's attorneys' fees; (5) approve payment of Class Counsel's litigation costs; and (6) approve payment of Service Awards to Brian Graifman, L.D., and Andrea Hall, the Class Representatives.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, the undersigned intend to rely on the accompanying Memorandum of Law and supporting declarations of James E. Cecchi, Joseph J. DePalma, and Amy E. Keller.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached.

                                               CARELLA, BYRNE, CECCHI,
                                               OLSTEIN, BRODY & AGNELLO, P.C.
                                               Attorneys for Plaintiffs

                                               /s/   *James E. Cecchi*
                                                    JAMES E. CECCHI

Dated: September 19, 2023

Joseph J. DePalma
Catherine B. Derenze
LITE DEPALMA GREENBERG & AFANADOR, LLC
570 Broad Street, Suite 1201
Newark, New Jersey 07102
(973) 623-3000

Amy Keller
Justin Hawal
DICELLO LEVITT LLP
10 North Dearborn Street, 6th Floor
Chicago, Illinois 60602
(312) 214-7900
*Other Labs Track Co-Lead Counsel*