# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br><br>This Document Relates To: *Other Labs Track* | Civil Action No. 19-md-2904(MCA)(MAH)<br><br>**ORDER GRANTING REQUEST TO AMEND PARAGRAPH 26 OF THE AMENDED ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT BETWEEN PLAINTIFFS AND CARECENTRIX, INC. AUTHORIZING DISSEMINATION OF NOTICE OF THE SETTLEMENT, AND SCHEDULING A HEARING FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT** |

WHEREAS, on June 20, 2023, the Court entered an Order granting preliminary approval of the settlement between Plaintiffs and CareCentrix, Inc., authorizing dissemination of the notice of settlement, and scheduling the Fairness Hearing for September 26, 2023 at 3:00 p.m.;

WHEREAS, on June 29, 2023, Plaintiffs wrote to the Court and requested the Fairness Hearing be rescheduled because the scheduled contained in the June 20, 2023 Order permitted objections to the settlement and requests for exclusion to be submitted after the final approval papers had been submitted and after the Fairness Hearing has been held;

WHEREAS, on July 5, 2023, the Court entered an Amended Order granting preliminary approval of proposed settlement between Plaintiffs and Carecentrix, Inc. that authored the dissemination of notice of the Settlement, and scheduling a hearing for Final Approval of the Proposed Settlement on October 31, 2023 ("Amended Order");

WHEREAS, paragraph twenty-six (26) of the Amended Order required: "All briefs and materials in support of Class Counsel's fee and expense application, and any application for Case Contribution Awards to Class Plaintiffs, shall be filed with the Court no later than twenty-one (21) days before the Objection Deadline.  The applications described in this paragraph shall

1

promptly be posted on the Settlement Website, and shall be considered as separate and apart from the Court's consideration of the fairness, reasonableness, and adequacy of the Settlement. All briefs and materials in support of final approval of the Settlement also shall be filed with the Court no later than twenty-one (21) days before the Objection Deadline."

WHEREAS, the Court has considered the letter application of Plaintiffs, and good cause appearing therefor:

IT IS ON THIS __14__ day of September, 2023

**ORDERED** as follows:

1.    Paragraph 26 of the Court's Amended Order stating, "[a]ll briefs and materials in support of Class Counsel's fee and expense application, and any application for Case Contribution Awards to Class Plaintiffs, shall be filed with the Court no later than twenty-one (21) days before the Objection Deadline. The applications described in this paragraph shall promptly be posted on the Settlement Website, and shall be considered as separate and apart from the Court's consideration of the fairness, reasonableness, and adequacy of the Settlement. All briefs and materials in support of final approval of the Settlement also shall be filed with the Court no later than twenty-one (21) days before the Objection Deadline[]" is deleted; and

2.    Paragraph 26 of Plaintiffs' Second Amended Complaint will henceforth state: "All briefs and materials in support of Class Counsel's fee and expense application, and any application for Case Contribution Awards to Class Plaintiffs, shall be filed with the Court no later than fourteen (14) days before the Objection Deadline. The applications described in this paragraph shall promptly be posted on the Settlement Website, and shall be considered as separate and apart from the Court's consideration of the fairness, reasonableness, and adequacy of the Settlement. All briefs and materials in support of final approval of the Settlement also shall be filed with the Court

no later than fourteen (14) days before the Objection Deadline."

_____

MADELINE COX ARLEO, U.S.D.J.