UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| | : | |
| **IN RE: AMERICAN MEDICAL** | : | **19-md-2904 (MCA) (MAH)** |
| **COLLECTION AGENCY, INC.,** | : | **MDL No. 2904** |
| **CUSTOMER DATA SECURITY** | : | |
| **BREACH LITIGATION** | : | **ORDER** |
| | : | |
| | : | |

This matter having come before the Court on a discovery dispute regarding non-party American Medical Collection Agency's ("AMCA") non-production of a full forensic analysis report prepared by Charles River Associates ("Charles River"), Joint Ltr., Mar. 29, 2023, D.E. 497;

and AMCA asserting that the full forensic analysis report (the "CRA Report") is privileged, *id.*;

and Plaintiffs and Defendants arguing that AMCA must produce the CRA Report, *id.;*

and the Court having reviewed the parties' submissions and conducted an in camera review of the CRA Report;

and for the reasons stated in an accompanying Opinion filed this date;

and for good cause shown,

**IT IS on this 16th day of October 2023**,

**ORDERED** that AMCA shall produce the full CRA Report and all underlying factual materials Charles River relied on in creating the CRA Report not later than **October 23, 2023**; and it is further

**ORDERED** that the Court has temporarily sealed the accompanying Opinion because the parties filed the joint letter and exhibits which are the subject of the Opinion under seal. To the

extent any party wishes to seal any portion of the Opinion, that party shall make an appropriate motion in accordance with Local Civil Rule 5.3(c)(3), within fourteen days of this Order. If no party timely files such a motion, or otherwise moves to extend the deadline by which to file the same, the temporary seal will be lifted.

                                                        *s/ Michael A. Hammer*
                                                        **UNITED STATES MAGISTRATE JUDGE**