**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: *Other Labs Track* | Civil Action No. 19-md-2904(MCA)(MAH) |

**REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND FINAL CERTIFICATION OF THE SETTLEMENT CLASS**

*Attorneys for Plaintiffs and the Settlement Class*

Plaintiffs Brian Graifman, Andrea Hall, and L.D. by and through their attorneys James E. Cecchi, Joseph J. DePalma, and Amy E. Keller (collectively, "Plaintiffs"), on behalf of themselves and a class of similarly situated individuals, respectfully submit this Reply Memorandum of Law in further support of their Motion for Final Approval of Settlement and Final Certification of the Settlement Class ("Motion for Final Approval") (ECF No. 576).

## I. Preliminary Statement

Following Preliminary Approval of the Settlement on June 20, 2023, Angeion commenced a notice plan consisting of sending thousands of postcards and a comprehensive media campaign to reach the Class. *See* Declaration of Steven Weisbrot, Esq. Re: Implementation of Notice Plan ("Weisbrot Declaration") ¶¶ 7-11. Not a single member of the Class objected to this Settlement, and, as of October 20, 2023, with several months still left to file a claim, Angeion has received 10,827 claims forms. *Id.* ¶¶ 14, 17. This reaction represents significant approval of the Settlement by Class Members and further supports Plaintiffs' Motion for Final Approval of the Settlement.

## II. The Reaction of the Class Further Supports Final Approval of the Settlement

### a. The Notice Program

After the Court preliminarily approved the Settlement, beginning on August 4, 2023, Angeion commenced the Notice Program consisting of sending postal mail and implementing a campaign of social media notice on various platforms to thousands of class members. *See id.* ¶¶ 7-11. The Notice informed Class Members of their rights as well as the terms of the agreement, including the fact that Class Counsel would be seeking attorneys' fees up to $2,099,790.00 and a $5,000 Service Award for each Class Representative. *Id.* ¶¶ 3, 7, Ex. A. The Notice also apprised Class Members of their right to object to the proposed Settlement and provided an October 3, 2023 deadline for filing objections. *Id.* ¶ 7, Ex. A.

1

As ordered by the Court, Class Counsel filed the Motion for Final Approval, along with the Motion for An Award of Attorneys' Fees, Reimbursement of Costs, and Award of Class Representatives' Service Payments, on September 19, 2023, providing Class Members with more detailed information about the Settlement. ECF No. 576. The motion, filed two weeks before the objection deadline and posted on the Settlement Website, is supported by two briefs and declarations of Class Counsel and the Claims Administrator. *Id.* At that time, Class Counsel informed the Court that, to date, no Class Member had objected to the Settlement. ECF No. 576-1 at 7. Now, three weeks after the deadline by which Class Members were required to file objections, none have been filed. Weisbrot Declaration ¶ 17.

    **b. Reaction of the Class**

As noted above, not a single Class Member objected to the Settlement – a fact that, as outlined in the briefing for the Motion for Final Approval, is a positive indicator that the Settlement is reasonable. *See In re Schering-Plough Corp. Enhance Sec. Litig.*, 2013 U.S. Dist. LEXIS 141475, at *10 (D.N.J. Oct. 1, 2013); *In re Lucent Techs., Inc., Sec. Litig.*, 307 F. Supp. 2d 633, 643 (D.N.J. 2004) ("[U]nanimous approval of the proposed settlement by the class members is entitled to nearly dispositive weight."); *see also In re the Prudential Ins. Co. of America*, 962 F. Supp. 450, 537 (D.N.J. 1997) (small number of negative responses to settlement favors approval). It is well-established that the lack of objections to a proposed class action settlement raises a strong presumption that the terms of the settlement are favorable to the class members.

This favorable reaction from Class Members, in addition to the other factors already addressed in the submission in support of the Motion for Final Approval, weighs heavily in favor of approval of the Settlement.

### c. Requests For Exclusion

Requests for Exclusion were required to be Postmarked as of October 3, 2023. Angeion received two requests for exclusion. *See* Weisbrot Declaration ¶ 16. A list of the Class Members who timely and properly requested exclusion, as required by the Court's Preliminary Approval Order, is attached as Exhibit C to the accompanying Weisbrot Declaration. *See id*. The extremely low level of requests for exclusion, along with the absence of objections, weighs in favor of approval of the Settlement. *See In re Nat'l Football League Players Concussion Inj. Litig*., 821 F.3d 410, 438 (3d Cir. 2016) (receiving objections and requests for exclusions from one-percent of class members favors settlement approval); *Arrington v. Optimum Healthcare IT, LLC*, 2018 WL 5631625, at *7 (E.D. Pa. Oct. 31, 2018) (citing *Stoetzner v. U.S. Steel Corp.*, 897 F.2d 115, 118-19 (3d Cir. 1990)) ("Class counsel did not receive any objections to the proposed settlement, and received only one request for exclusion. The class's reaction to the proposed settlement has been overwhelmingly positive. This further supports approval of the proposed Settlement Agreement.").

### III. Conclusion

For the foregoing reasons and for the reasons set forth in their opening papers in support of the Motion for Final Approval, Class Counsel respectfully request that the Court approve the Settlement and certify the Settlement Class.

            CARELLA, BYRNE, CECCHI,
            OLSTEIN, BRODY & AGNELLO, P.C.
            Attorneys for Plaintiffs

            */s/   James E. Cecchi*
             JAMES E. CECCHI

Dated: October 24, 2023

Joseph J. DePalma
Catherine B. Derenze
LITE DEPALMA GREENBERG & AFANADOR, LLC
570 Broad Street, Suite 1201
Newark, New Jersey 07102
(973) 623-3000

Amy Keller
Justin Hawal
DICELLO LEVITT LLP
10 North Dearborn Street, 6th Floor
Chicago, Illinois 60602
(312) 214-7900
*Other Labs Track Co-Lead Counsel*