David Spears, Esq.
Reed M. Keefe. Esq.
**SPEARS & IMES LLP**
767 3rd Avenue
New York, NY 10017
(212) 213-6996
dspears@spearsimes.com
rkeefe@spearsimes.com
*Attorneys admitted pro hac vice for Intervenor American Medical Collection Agency, Inc.*

Michael Poreda, Esq.
**LYDECKER**
1 Evertrust Plaza, Suite 701
Jersey City, NJ 07302
(201) 676-7692
mporeda@lydecker.com
*Local Counsel for Intervenor American Medical Collection Agency, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION** | Case No. 2:19-md-02904-MCA-MAH <br><br> Hon. Judge Madeline Cox Arleo <br><br> Hon Mag. Judge Michael A. Hammer |
| THIS DOCUMENT RELATES TO: <br><br> All actions | Motion Day: December 4, 2023 <br><br> **NOTICE OF APPEAL PURSUANT TO LOCAL CIVIL RULE 72.1** |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Intervenor American Medical Collection Agency ("AMCA") will move before this Court at Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, NJ 07102, on December 4, 2023, to appeal, pursuant to Local Civil Rule 72.1(c), the non-dispositive order of October 16, 2023 by Magistrate Judge Michael A. Hammer [Dkt No. 586].

**PLEASE TAKE FURTHER NOTICE** that AMCA will rely upon the attached Memorandum of Law;

**PLEASE TAKE FURTHER NOTICE** that AMCA is filing this motion under temporary seal pursuant to Local Civil Rule 5.3(c)(4) out of an abundance of caution to the rights of LabCorp to keep certain documents it alleges are confidential out of public access.

**PLEASE TAKE FURTHER NOTICE** that LabCorp has until November 13, 2023 to file a motion to permanently seal any or all parts of this motion; and

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's text order of October 25, 2023 [Dkt. No. 599] any opposition must be filed by November 20, 2023, and any reply thereto must be filed by December 3, 2023.

Respectfully submitted,

**LYDECKER**

By: _____

Michael Poreda

Dated: October 30, 2023