# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK

**Date:** 10/31/23

**JUDGE:** Madeline Cox Arleo & Michael A. Hammer

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

**Title of Case:**　　　　　　　　　　　　　　　　　　　　**Docket No.** 19-md-2904(MCA)

IN RE: American Medical Collection Agency, Inc., Customer Data Security Breach Litigation

**Appearances:**

James Cecchi, Esq., for plaintiffs
Joseph DePalma, Esq., for plaintiffs
Catherine Derenze, Esq., for plaintiffs
Norman Siegel, Esq., for plaintiffs
Lane Davis, Esq., for defendant

**NATURE OF PROCEEDINGS: Oral argument hearing**

Oral argument held on motion for final approval [576]
Ordered motion for final approval [576] granted.
Status conference scheduled for 12/13/23 at 11 a.m.
Order to be filed.

Time Commenced 3:10 p.m.
Time Adjourned 3:30 p.m.

　　　　　　　　　　　　　　　　　　　　　　　　　*Amy Andersonn*
　　　　　　　　　　　　　　　　　　　　　　　　Amy Andersonn, Deputy Clerk