# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To: All Actions Against Quest Diagnostics, Inc. and Optum360, LLC.* | Civil Action No. 2:19-md-02904 (MCA-MAH)<br><br>**ORDER GRANTING REQUEST TO AMEND THE SEPTEMBER 21, 2023 LETTER ORDER REGARDING QUEST DIAGNOSTICS INCORPORATED AND OPTUM360, LLC'S MOTIONS TO DISMISS** |

WHEREAS, on January 31, 2023, Plaintiffs Karen Copeland, Ann Davis, Matthew DiFonzo, and Lisa Taylor ("Dismissed Plaintiffs") each filed a Notice of Voluntary Dismissal, dismissing all their claims against Defendants Quest Diagnostics Incorporated ("Quest") and Optum360, LLC ("Optum") (Dkt. Nos. 458, 459, 460, 461);

WHEREAS, on February 1, 2023, the Court so-ordered Plaintiffs Karen Copeland, Ann Davis, Matthew DiFonzo, and Lisa Taylor's Notices of Voluntary Dismissal, and dismissed those Plaintiffs (Dkt. Nos. 464, 465, 466, 467 (orders docketed on February 2, 2023));

1

WHEREAS, on September 21, 2023, the Court entered a Letter Order granting in part and denying in part Defendants Quest and Optum's Motions to Dismiss the First Amended Consolidated Class Action Complaint (Dkt. No. 578);

WHEREAS in the Court's September 21, 2023 Letter Order, the Court inadvertently addressed the claims of the Dismissed Plaintiffs;

**WHEREAS** the Court finds good cause exists to amend the September 21, 2023 Letter Order.

Therefore, the Court **AMENDS** the September 21, 2023 Letter Order to clarify that the claims of Plaintiffs Karen Copeland, Matthew DiFonzo, and Lisa Taylor have been dismissed and may not proceed.

**SO ORDERED** this _____ day of _____ 2023

_____
Madeline Cox Arleo, U.S.D.J.