| | |
|---|---|
| **LITE DEPALMA GREENBERG & AFANADOR, LLC**<br>Joseph J. DePalma<br>Catherine B. Derenze<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>Telephone: (973) 623-3000<br>jdepalma@litedepalma.com<br>cderenze@litedepalma.com<br><br>*Attorneys for Plaintiffs* | **LEWIS BRISBOIS BISGAARD & SMITH**<br>Bradley J. Bartolomeo<br>77 Water Street, Suite 2100<br>New York, NY 10005<br>Telephone: (212) 232-1300<br>Bradley.Bartolomeo@lewisbrisbois.com<br><br>*Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*Relating to: Other Labs Track* | Case No.: 2:19-MD-02904-MCA-MAH<br><br>MDL 2904<br><br><br>**JOINT NOTICE OF MOTION TO SEAL PURSUANT TO LOCAL RULE 5.3** |

**PLEASE TAKE NOTICE** that, on February 5, 2024, or a date and time to be set by the Court, Plaintiffs Gwendolyn Anderson and Tonda Tate and Defendants Sonic Healthcare USA, Aurora Diagnostics, LLC, Clinical Pathology Laboratories, and Austin Pathology Associates shall move jointly before Hon. Madeline Cox Arleo, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for the entry of an order, pursuant to Local Civil Rules 5.3(c) permitting redactions or permanently sealing Exhibits K, L, and M annexed to the December 8, 2023 letter from Joseph J. DePalma, Esq., to Hon. Mark Falk (Ret.), as well as Exhibits H, I, J, K, and L annexed to the December 22, 2023 response letter from Bradley J. Bartolomeo. (Dkt. Nos. 627 and 633 respectively).

976382.1

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, the parties shall rely upon the Declaration of Catherine B. Derenze in support of the Joint Motion to Seal Materials, and exhibit attached thereto. A proposed Findings of Fact and Conclusions of Law and Order Granting the Motion to Seal is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that a certificate attesting to the date and manner of service of these moving papers is submitted herewith.

Dated: December 28, 2023         **LITE DEPALMA GREENBERG & AFANADOR, LLC**

*/s/ Joseph J. DePalma*
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
jdepalma@litedepalma.com
cderenze@litedepalma.com

*Counsel for Plaintiffs*


**LEWIS BRISBOIS BISGAARD & SMITH**
Bradley J. Bartolomeo
77 Water Street, Suite 2100
New York, NY 10005
Telephone: (212) 232-1300
Bradley.Bartolomeo@lewisbrisbois.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Joseph J. DePalma, hereby certify that on this day, true and correct copies of the following documents were served on all counsel of record via the Court's ECF system (1) Joint Notice of Motion to Seal Pursuant to Local Rule 5.3; (2) Declaration of Catherine B. Derenze in Support of Joint Motion to Seal Pursuant to Local Rule 5.3; and (3) Proposed Findings of Fact and Conclusions of Law, and Order Granting Motion to Seal.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: December 28, 2023                    */s/ Joseph J. DePalma*
                                            Joseph. J. DePalma

976382.1