UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To:*<br>*Quest/Optum360 Track* | Case No.: 2:19-MD-02904-MCA-MAH<br><br>MDL 2904<br><br>**SPECIAL DISCOVERY MASTER ORDER** |

WHEREAS, this matter between Plaintiffs and Defendants Quest Diagnostic Incorporated ("Quest") and Optum360, LLC ("Optum") (collectively, "Defendants") having come before the undersigned Special Discovery Master, appointed by Order entered on July 19, 2023, to address a series of written discovery disputes (ECF No. 550); and the Special Discovery Master having considered the fully briefed discovery disputes set forth in the Parties' Joint Letter dated February 23, 2023 (ECF No. 475); and the Special Discovery Master having considered the arguments of counsel during the January 31, 2024, discovery dispute hearing, which was transcribed by a Certified Court Reporter, the transcript of which is simultaneously filed herewith; and the Special Discovery Master having considered the proposed order submitted by Plaintiffs, which Defendants did not object to; and for the reasons stated on the record; and for other good cause shown;

**IT IS** on this 6th day of March 2024:

**ORDERED** that Defendants' motion is DENIED.

_____
Mark Falk, Special Master