# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To: All Actions* | Civil Action No. 19-md-2904 (MCA)(MAH)<br><br>MDL 2904<br><br>**[PROPOSED] AMENDED CONSOLIDATED SCHEDULING ORDER** |

WHEREAS, on August 7, 2024, the Court held a telephone conference where the parties discussed the timing of class certification;

WHEREAS, on August 7, 2024, the Court entered an Order (ECF 716), requiring the parties to meet and confer, and by August 30, 2024, submit a jointly proposed scheduling order for the completion of briefing and related expert discovery for class certification;

WHEREAS, the parties agree that the deadlines specified in the proposed schedule below are reasonable and appropriate; and

Good cause appearing,

IT IS this _____ day of _____, 2024,

ORDERED that the following are the operative deadlines for the events set forth below:

                                                                            _____
                                                                            MICHAEL A. HAMMER, U.S.M.J.

| Event | Date |
|---|---|
| Plaintiffs to serve motions for class certification and any expert reports in support of class certification | November 1, 2024 |
| Plaintiffs to make any experts available for deposition, unless defendants agree to a later date | December 2, 2024 |
| Defendants to serve briefs in opposition to class certification and any expert reports in opposition to class certification | January 30, 2025 |
| Defendants to make any experts available for deposition, unless plaintiffs agree to a later date | March 3, 2025 |
| Plaintiffs to serve reply briefs in support of class certification and any rebuttal expert reports in support of class certification | March 21, 2025 |
| Parties to serve any motions challenging class certification experts | April 7, 2025 |
| Parties to serve briefs in opposition to motions challenging class certification experts | April 28, 2025 |
| Parties to serve reply briefs in support of motions challenging class certification experts | May 12, 2025 |