# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
### (Newark Vicinage)

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>Case No. 2:24-cv-00569-MCA-MAH,<br>*Bratten v. Quest Diagnostics et al.,*<br>*Quest/Optum Track* | Civil No. 2:19-md-02904-MCA-MAH<br><br>Judge Madeline Cox Arleo |

## DECLARATION OF HEATHER BENZMILLER SULTANIAN IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

I, Heather Benzmiller Sultanian, declare and state under penalty of perjury as follows:

1. I am a partner of the law firm Sidley Austin LLP and counsel to Defendant Quest Diagnostics Incorporated ("Quest") in the above-captioned proceeding. I submit this declaration in support of Defendants Quest Diagnostics and Optum360's Motion to Dismiss or, in the alternative, Motion for Summary Judgment. I have personal knowledge of the facts stated herein and, if called upon to testify, I could and would testify competently thereto under oath.

2. Attached as **Exhibit A** is a true and correct copy of a document titled

"Notice of Data Breach" produced by Plaintiffs in this action at beginning Bates number Plaintiffs_Q_00093.

3. Attached as **Exhibit B** is a true and correct copy of a document titled "Service Agreement" produced by Quest in this action at beginning Bates number Quest_MDL_0000516.

4. Attached as **Exhibit C** is a true and correct copy of excerpts of the March 13, 2023 Deposition Transcript of Jennifer Kain.

5. Attached as **Exhibit D** is a true and correct copy of excerpts of the February 19, 2023 Deposition Transcript of Jeffrey S. Wollman.

6. Attached as **Exhibit E** is a true and correct copy of excerpts of the February 28, 2023 Deposition Transcript of Quest.

7. Attached as **Exhibit F** is a true and correct copy of excerpts of the February 8, 2023 Deposition Transcript of Russell Fuchs.

8. Attached as **Exhibit G** is a true and correct copy of excerpts of the March 21, 2023 Deposition Transcript of David Ulrich.

9. Attached as **Exhibit H** is a true and correct copy of excerpts of the March 16, 2023 Deposition Transcript of Juan Pablo Lake.

10. Attached as **Exhibit I** is a true and correct copy of excerpts of the April 7, 2023 Deposition Transcript of Michelena Harkins.

11. Attached as **Exhibit J** is a true and correct copy of a document titled "Laboratory Invoice" produced by Plaintiffs in this action at beginning Bates number

Plaintiffs_Q_00013.

12. Attached as **Exhibit K** is a true and correct copy of a document titled "Laboratory Invoice" produced by Plaintiffs in this action at beginning Bates number Plaintiffs_Q_00184.

13. Attached as **Exhibit L** is a true and correct copy of a document titled "Disposition Review" produced by AMCA in this action at beginning Bates number AMCA_PROD_00022984.

14. Attached as **Exhibit M** is a true and correct copy of a document titled "American Medical Collection Agency RPF Presentation" produced by Quest in this action at beginning Bates number Quest_MDL_0024321.

Pursuant to 28 U.S.C. § 1756, I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 11, 2024          */s/ Heather Benzmiller Sultanian*
                              Heather Benzmiller Sultanian