# EXHIBIT B
# FILED UNDER SEAL

## ECF No. 43-2
## Quest_MDL_0000516