# EXHIBIT E

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------X
IN RE:

AMERICAN MEDICAL COLLECTION AGENCY, INC.
CUSTOMER DATA SECURITY BREACH LITIGATION,
_____

This Document Relates To:
Quest/Optum Track
------------------------------------------X

      DATE: February 28, 2023
      TIME: 10:00 A.M.

    REALTIME VIDEOTAPED DEPOSITION
of the 30(b)(6) Witness, TERRI CETERA,
taken by the Plaintiff, pursuant to a
Subpoena and to the Federal Rules of Civil
Procedure, held at the offices of McCARTER
& ENGLISH, LLP, 100 Mulberry Street, Four
Gateway Center, Newark, New Jersey 07102,
before Karyn Chiusano, a Notary Public of
the State of New York.

CONFIDENTIAL

Page 2

```
 1
 2     A P P E A R A N C E S:
 3
 4     SEEGER WEISS, LLP
          Attorneys for the Plaintiff
 5        IN RE:  AMERICAN MEDICAL COLLECTION
          AGENCY, INC. CUSTOMER DATA SECURITY
 6        BREACH LITIGATION
          55 Challenger Road ~ 6th Floor
 7        Ridgefield Park, New Jersey 07660
          BY: CHRISTOPHER L. AYERS, ESQ.
 8        CAyers@seegerweiss.com
 9
        SIDLEY AUSTIN, LLP
10        Attorneys for QUEST/OPTUM TRACK
          One South Dearborn
11        Chicago, Illinois 60603
          BY: DAVID H. HOFFMAN, ESQ.
12        david.hoffman@sidley.com
13
        ALSTON & BIRD
14        Attorneys for OPTUM360 LLC
          90 Park Avenue
15        New York, New York 10016
          BY: DONALD HOUSER, ESQ.
16      donald.houser@alston.com
17
        HOGAN LOVELLS
18        Attorneys for LAB CORP
          390 Madison Avenue
19        New York, New York 10017
          BY:  COURTNEY HELT, ESQ.
20      courtney.helt@hoganlovells.com
21
        (Appearances continued on following page.)
22
23
24
25
```

```
 1
 2     A P P E A R A N C E S:  (Continued)
 3
 4     ALSO PRESENT:
         PETE COOPER, Videographer
 5       ALEXA PASTOR, Concierge
         CARLY ANDERSEN, Seeger Weiss
 6       PAUL KATTAS, ESQ.,
             In-House Counsel, QUEST
 7       MARISA LEVITT, ESQ., Sidley Austin, LLP
         STEVE McINERNEY, ESQ., Sidley Austin, LLP
 8       FRAZER THOMAS, ESQ.
         BRADLEY BARTOLMEO, ESQ.
 9
10
11
12
13              *         *        *
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL

Page 6

```
 1              TERRI CETERA
 2      is McCarter & English at 4 Gateway
 3      Center in Newark, New Jersey.
 4           My name is Pete Cooper
 5      representing Veritext and I am the
 6      videographer.  The Court Reporter is
 7      Karyn Chiusano from the firm
 8      Veritext.
 9           All appearances by counsel will
10      be held upon the stenographic record.
11           I am not authorized to
12      administer an oath.  I am not related
13      to any party in this action, nor am I
14      financially interested in the
15      outcome.
16           If there are any objections to
17      the proceeding, please state them
18      now.
19           Hearing no objections, the
20      Court Reporter may now swear in the
21      witness and we can proceed.
22           THE COURT REPORTER:  Can you
23      raise your right hand, please?
24           (Witness complies.)
25           THE COURT REPORTER:  Do you
```

CONFIDENTIAL

Page 7

1           TERRI CETERA
2      swear that the testimony you are
3      about to give will be the truth, the
4      whole truth and nothing but the
5      truth, so help you, God?
6           THE WITNESS:   I do.
7   T H E R E S A    C E T E R A, called as a
8   witness, having been first duly sworn by a
9   Notary Public of the State of New York, was
10  examined and testified as follows:
11           THE COURT REPORTER:  Wonderful.
12           Can I kindly have your name;
13      spelling please?
14           THE WITNESS:  Theresa,
15      T-H-E-R-E-S-A; Cetera, C-E-T-E-R-A.
16           THE COURT REPORTER:  Can I have
17      your address, please?
18           You can provide business.
19           THE WITNESS:  500 Plaza Drive,
20      Secaucus, New Jersey.
21           THE COURT REPORTER:  Thank you.
22           Any time you're ready, sir, I'm
23      ready for you.
24           MR. AYERS:  All right.  Thank
25      you.

CONFIDENTIAL

Page 315

1  TERRI CETERA
2  physician-oversight services, that would be
3  an essential-type service.
4       Q.   Okay. Do you consider
5  collections services essential services?
6            MR. HOFFMAN:  Objection to
7       form.
8       A.   Collection services are part of
9  billing services and so billing is a
10 critical service to the organization.
11      Q.   With collections, you have --
12 you have engaged a multitude of providers;
13 is that correct?
14      A.   So, we have collect -- we have
15 contracted with Optum to do our billing and
16 so Optum has contracted with collection
17 service providers.
18      Q.   Let's backtrack to 2014 to 2016
19 timeframe, when that responsibility was
20 direct with Quest.
21           Quest, in 2014, engaged six
22 different vendors; correct?
23      A.   We did.
24      Q.   And that it could shift
25 placement between any of the vendors at any