# EXHIBIT F

Page 1

1         UNITED STATES DISTRICT COURT
             DISTRICT OF NEW JERSEY
2         Case No. 2:19-md-02904-MCA-MAH
3   - - - - - - - - - - - - - - - - - -x
                                        :
4   IN RE:   AMERICAN MEDICAL COLLECTION:
    AGENCY, INC., CUSTOMER DATA          :
5   SECURITY BREACH LITIGATION           :
                                         :
6                                        :
    - - - - - - - - - - - - - - - - - -x
7
8                                  February 8, 2023
                                   8:05 a.m.
9                                  787 Seventh Ave.
                                   New York, NY
10
11
12
13
14
15
16
17
18
19          VIDEOTAPED IN-PERSON AND REMOTE
20   DEPOSITION UPON ORAL EXAMINATION OF RUSSELL
21   FUCHS, held at the above-mentioned time and
22   place, before Randi Friedman, a Registered
23   Professional Reporter, within and for the State
24   of New York.
25

```
                                                              Page 2

 1   APPEARANCES:
 2             ROBBINS GELLER RUDMAN & DOWD, LLP
               Attorneys for Plaintiffs
 3
               225 NE Mizner Boulevard, Suite 720
 4             Boca Raton, Florida 33432
 5             BY:  STUART A. DAVIDSON, ESQ.
 6
 7             SIDLEY AUSTIN, LLP
               Attorneys for Defendant, Quest
 8             Diagnostics, Incorporated
 9             One South Dearborn
               Chicago, Illinois 60603
10
               BY:  HEATHER SULTANIAN, ESQ.
11                  RACHEL C. McKENZIE, ESQ.
12
13             NELSON MULLINS, LLP
               Attorneys for Defendant, CareCentrix,
14             Inc.
15             2 West Washington Street, Suite 400
               Greenville, South Carolina 29601
16
               BY:  WILLIAM S. BROWN, ESQ.
17
18
               HOGAN LOVELLS, LLP
19             Attorneys for Defendant, Laboratory
               Corporation of America Holdings
20
               555 Thirteenth Street, NW
21             Washington, D.C. 20004
22             BY:  ADAM A. COOKE, ESQ.
23
24
25   (Appearances continued.)
```

```
 1   (Appearances continued.)
 2              ALSTON & BIRD, LLP
                Attorneys for Defendant, Optum360, LLC
 3
                90 Park Avenue, 12th Floor
 4              New York, New York 10016
 5              BY:  TROY STRAM, ESQ.
 6
 7              LEWIS BRISBOIS BISGAARD & SMITH, LLP
                Attorneys for Defendant, Sonic
 8              Healthcare USA, Clinical Pathology
                Laboratories, Inc., Aurora Diagnostics
 9              LLC, and Austin Pathology Associates
10              77 Water Street, Suite 211
                New York, New York 10005
11
                BY:  ARIADNE PANAGOPOULOU, ESQ.
12
13
                SPEARS & IMES, LLP
14              Attorneys for Deponent
15              51 Madison Avenue
                New York, New York 10010
16
                BY:  DAVID SPEARS, ESQ.
17                   NICKOLAS J. RECK, ESQ.
18                      * * *
19
20   ALSO PRESENT:
21              Joe Raguso - Videographer
                Lance Hoeppner - Concierge
22
23
24
25
```

Page 6

```
 1        action, nor am I financially interested in
 2        the outcome.  Appearances have been noted on
 3        the stenographic record, and the court
 4        reporter now swear in the witness.
 5                         * * *
 6                RUSSELL FUCHS, the witness herein,
 7        after first having been duly sworn, was
 8        examined and testified as follows:
 9                         * * *
10                      EXAMINATION
11   BY MS. SULTANIAN:
12        Q    Good morning, Mr. Fuchs.  My name is
13   Heather Sultanian and I represent Quest
14   Diagnostics, Incorporated.
15             Can you please state and spell your
16   full name for the record?
17        A    Russell Fuchs, R-U-S-S-E-L-L,
18   F-U-C-H-S.
19        Q    You understand that you're under oath
20   and you must tell the truth today, as if you were
21   in a court of law?
22        A    Yes.
23        Q    Are you under the influence of any
24   medication that would impair your ability to give
25   testimony today?
```

```
 1   that point in time.
 2        Q     Did the CHAMP database remain a call
 3   center system between 2016 and 2019?
 4        A     Yes.
 5        Q     How did -- let me back up.
 6              Did call center employees use the
 7   CHAMP database?
 8        A     They used the CHAMP system.
 9        Q     CHAMP system.
10              How did call center employees use the
11   CHAMP system?
12        A     The CHAMP system ran the call center.
13        Q     Could call center employees access the
14   CHAMP system to obtain information about debtors?
15        A     Yes.
16        Q     Did other AMCA employees aside from
17   the call center have access to the CHAMP
18   database?
19        A     Yes.
20        Q     Was there ever a portal for external
21   users to use the CHAMP database?
22        A     There was the ability for external
23   users to use the database.
24        Q     Could clients use the database?
25        A     Yes.
```