# EXHIBIT J
# FILED UNDER SEAL

## ECF No. 43-10
## Plaintiffs_Q_00013