# EXHIBIT K
# FILED UNDER SEAL

# ECF No. 43-11