# EXHIBIT L

RMCB

# DISPOSITION REVIEW

Please review the following scenarios and choose the best disposition.  Remember that choosing the right disposition not only determines when and if we will be calling the customer but also determines what happens to their account.  If you are ever unsure about what disposition to use, please ask a fellow tribe member or leader.

1. "I left my credit/debit card at home. I will call you after work to pay this account." ____
2. "Do not call me anymore!" ____
3. "I'll call you guys back after I look further into this account." ____
4. *Hi, is John Brown available?* "That is my husband, but he passed away last month." ____
5. "I do not want this call recorded." ____
6. "I was looking to speak with Jane Brook?"… "Oh, She'll be home later, I will try to reach her at another time. Thank you". ____
7. "I don't understand why I have this bill from Quest Diagnostics. My insurance should've covered this." ____
8. "I just lost my job. I currently do not have the funds to make a payment on this account." ____
9. "I'm going to pay this bill directly to Mason Shoe Company." ____
10. "I'm going to have my attorney contact you." ____
11. "I don't owe this debt! I've never even seen that doctor." ____
12. The customer you are trying to reach only speaks German.  We do not have any representatives that speak German. ____
13. "Do not contact me ever again!" ____
14. "I've filed for bankruptcy." ____
15. "My insurance should've taken care of this Bio Reference Lab bill." ____
16. "My Medicare should've taken care of this bill." ____
17. "I will place a money order in the mail made out to RMCB this Friday." ____
18. "I got hurt on the job last year. My employer is taking care of this bill." ____
19. "I already paid this bill!" ____
20. "May I speak with Joanne, rep C01? I spoke to her last week." ____
21. "I can't pay the bill at this moment. Let me take a further look at my funds to see what I can arrange." ____
22. "Do you have a website? I'm going to pay this bill online." ____
23. "I was the victim of identity theft." ____
24. "I don't believe I owe this. I need proof of this debt before I take any action on it." ____
25. "I want my money back! The funds weren't supposed to be drawn from my account until tomorrow." ____
26. "I can't pay this amount in full but I am willing to settle for $300." That settlement is an offer that falls below the client's set parameters, but I will note the offer in the system and this request will be sent to client to be approved or denied. ____

Disposition Bank:

a) Worker's Comp/No Fault (WCF)
b) Promise - Mail in Payment (PMP)
c) Request - HCFA (HCF)
d) Request - Refund (RFD)
e) Attorney Representation (ATR)
f) Deceased (DOA)
g) Claims Insurance (INS)
h) Bankruptcy (BKR)

i) Medicare (MCR)
j) Promise - Call Back (PCB)
k) State - No Recording Consent (SRC)
l) Promise - Pay Client (PPC)
m) Unable to Pay (UTP)
n) Call Back (CBK)
o) Dispute - Other (DIS)
p) Claims Paid (CPD)
q) Call Transferred (CTN)

r) Promise - Pay Online (ONL)
s) Cease and Desist (CAD)
t) Dispute - Request Proof (RPF)
u) Claims Fraud (FRD)
v) No Promise (NOP)
w) Request - Below Settlement
x) Cease Calling (CCL)
y) Not there (NOT)

**RMCB**

## DISPOSITION REVIEW

Please review the following scenarios and choose the best disposition. Remember that choosing the right disposition not only determines when and if we will be calling the customer but also determines what happens to their account. If you are ever unsure about what disposition to use, please ask a fellow tribe member or leader.

1. "I left my credit/debit card at home. I will call you after work to pay this account." **( j )**
2. "Do not call me anymore!" **( x )**
3. "I'll call you guys back after I look further into this account." **( n )**
4. *Hi, is John Brown available?* "That is my husband, but he passed away last month." **( f )**
5. "I do not want this call recorded." **( k )**
6. *I was looking to speak with Jane Brook* "Oh, She'll be home later." *I will try to reach her at another time. Thank you.* **( y )**
7. "I don't understand why I have this $150 bill from LabCorp. My insurance should've covered this." **( c )**
8. "I just lost my job. I currently do not have the funds to make a payment on this account." **( m )**
9. "I'm going to pay this bill directly to Mason Shoe Company." **( l )**
10. "I'm going to have my attorney contact you." **( e )**
11. "I don't owe this debt! I've never even seen that doctor." **( o )**
12. The customer you are trying to reach only speaks German. We do not have any representatives that speak German. **( x )**
13. "Do not contact me ever again!" **( s )**
14. "I've filed for bankruptcy." **( h )**
15. "My insurance should've taken care of this Bio Reference Lab bill." **( g )**
16. "My Medicare should've taken care of this bill." **( i )**
17. "I will place a money order in the mail made out to RMCB this Friday." **( b )**
18. "I got hurt on the job last year. My employer is taking care of this bill." **( a )**
19. "My insurance already paid this bill!" **( p )**
20. "May I speak with Joanne, rep C01? I spoke to her last week." **( q )**
21. "I can't pay the bill at this moment. Let me take a further look at my funds to see what I can arrange." **( v )**
22. "Do you have a website? I'm going to pay this bill online." **( r )**
23. "I was the victim of identity theft." **( u )**
24. "I don't believe I owe this. I need proof of this debt before I take any action on it." **( t )**
25. "I want my money back! The funds weren't supposed to be drawn from my account until tomorrow." **( d )**
26. "I can't pay this amount in full but I am willing to settle for $300." That settlement is an offer that falls below the client's set parameters, but I will note the offer in the system and this request will be sent to client to be approved or denied. **( w )**

**Disposition Bank:**

| | | |
|---|---|---|
| a) Worker's Comp/No Fault | j) Promise - Call Back | s) Cease and Desist |
| b) Promise - Mail in Payment | k) State - No Recording Consent | t) Request Proof (Validation Request) |
| c) Request - HCFA | l) Promise - Pay Client | |
| d) Request - Refund | m) Unable to Pay | u) Claims Fraud |
| e) Attorney Representation | n) Call Back | v) No Promise |
| f) Deceased | o) Dispute - Other | w) Request - Below Settlement |
| g) Claims Insurance | p) Claims Paid | x) Cease Calling |
| h) Bankruptcy | q) Call Transferred | y) Not there |
| i) Medicare | r) Promise - Pay Online | |

AMCA_PROD_00022985



---

## PAYMENT REVIEW

---

1. If someone is claiming that they paid their account already but do not recall any information regarding the payment, how would you proceed with the call?

2. What are consumer psychology techniques we can utilize with our client's customers?

3. Sally has three accounts:
       i.  One is $200
      ii.  One is $67.00
     iii.  One is $15.00
   a. She informs you that she can probably pay $50 a month.  Describe what kind of payment plan you would suggest to her?

4. What is a blind payment?  When would you offer this to a customer?

5. What are some important things to know about processing payments from third parties?

6. If someone asks how paying this account would affect their credit score, how would you respond?

AMCA_PROD_00022986

7.  What do you want to mention on every payment that is processed?

8.  Put in order how you would go about discussing payment options with a customer:
    a.  _____Payment Plan
    b.  _____Payment in full
    c.  _____Settlement offer

9.  If a customer is willing to pay their account, but wants the account removed from their credit, how would you handle this call?

10. If a customer would like to pay $5 a month for a $100 bill, how would you handle this call?

11. What does it mean to have control of the conversation?  How is this established?

12. If you are processing a payment for $100 and there is a $4.95 processing fee, what is a good way to inform the customer about this fee?

13. When negotiating a settlement with a customer, what are some techniques you may use?

14. A customer owes $500 and says that they cannot pay the balance in full, how can you respond to them?  What kind of payment plan would you offer?



Phone (914) 345-2622
Fax (914) 345-0747

American Medical Collection Agency

# Pay Off Letter

**March 16, 2015**

**Jane Doe**
**123 4th Street**
**Elmsford, NY 10523**

**Re: CareCentrix**
**Acct#:** AMCA00000
**Balance: $385.00**

Dear  Jane Doe,

Pursuant to your request, we are writing to advise you that our records reflect that you have a past due balance with our client as indicated above.

Please make your check payable to **AMCA**. Please include your account number, **AMCA00000,** at the bottom of your check or money order.

AMCA/RMCB
P.O. Box 160
Elmsford, NY 10523

Sincerely yours,

Joseph Howard
Collection Supervisor

This communication is from a debt collector.  All information obtained will be used for that purpose.

4 Westchester Plaza Suite 110, Elmsford, NY  10523

AMCA_PROD_00022988



# Payment Confirmation E-mail

**American Medical Collection Agency**

To **Jane Doe**

*Payment Reciept 04/08/2015*

**Confirmation Code: 040852**

| Account | Balance | Amount Paid | New Balance |
|---|---|---|---|
| Care Centrix 0000000 | $14.62 | $14.62 | $0.00 |
| | | | *Paid In Full* |
| Care Centrix Seconds 0000000 | $48.39 | $48.39 | $0.00 |
| | | | *Paid In Full* |
| Credit Card xxxx-xxxx-xxxx-8864 | Total | **$63.01** | |

Thank you for your payment. If there is anything we can help you with,
please contact us at 1(844) 515-AMCA

info@AMCAonline.com                www.AMCAonline.com



AMCA_PROD_00022989

# aetna SM

Aetna Life Insurance Company
P.O. BOX 981106
EL PASO, TX 79998-1106

Statement date: May 14, 2012

**Member:** AMY S WELL
**Member ID:** W123456789
**Group #:** 0987654-10-001 A P1(*T0
**Group name:** TEST INC

QUESTIONS? Contact us at aetna.com
1-800-331-1168
Or write to the address shown above.

AMY S WELL
111 AETNA STREET
HARTFORD CT 06156

**THIS IS NOT A BILL**
Keep this for your records

Explanation of benefits:

# Track your health care costs



**$25.24**

**Amount you owe or already paid**

| Amount billed | $237.06 |
| Plan payments and discounts | - $211.82 |
| You owe | $25.24 |

$211.82    $25.24

$0 . . . . . . . . . . . . . $237.06



**$107.53**

**Amount you saved**

Going to a doctor or hospital in our network saves you money.

That's because we have arranged discounted rates with these providers.

Our online provider directory can help you find a doctor or other health care professional. Just go to **www.aetna.com.**



**$0.00** (In-network)

**Amount you have left to meet deductible**

| Annual deductible | $1,000.00 |
| Deductible used | - $1,000.00 |
| Deductible remaining | $0.00 |

$1,000.00

$0 . . . . . . . . . . . . . $1,000.00

## A guide to key terms

| Term | This means | Your totals |
|---|---|---|
| **Amount billed:** | The amount your doctor or health care provider billed for services. | **$237.06** |
| **Member rate:** | The agreed upon amount your doctor or health care provider in our network accepts as their fee. | **$107.03** |
| **Amount you saved:** | The difference between the amount billed and the in-network arranged pricing. | **$107.53** |
| **Pending or not payable:** | A claim that needs more review by us or an amount we did not pay. You may or may not have to pay this. Read 'Your Claim Remarks' to learn more. | **$0.00** |
| **Deductible:** | The amount you pay before your health plan will pay benefits. | **$0.00** |
| **Coinsurance:** | When you pay part of the bill and we pay part of the bill. This is your out-of-pocket amount. | **$5.24** |
| **Copay:** | A fixed dollar amount you pay when you visit a doctor or other health care provider. | **$20.00** |

## A message from Aetna

Introducing your new Explanation of Benefits. It has a simpler look and feel, designed with you in mind.

AMCA_PROD_00022990

**aetna**SM

Statement date: May 14, 2012

**Member:** AMY S WELL
**Member ID:** W123456789
**Group #:** 0987654-10-001 A P1(*T0
**Group name:** TEST INC

# Your payment summary

| | | Your plan paid | | | You owe or already paid |
|---|---|---|---|---|---|
| Patient | Provider | Amount | Sent to | Date | Amount |
| Roger (spouse) | George M Markus | $60.84 | George M Markus | 12/12/11 | $20.00 |
| Roger (spouse) | Quest Diagnostics Incorpora | $20.95 | Quest Diagnostics Incorporat | 12/6/11 | $5.24 |
| Amy (self) | Safeway Inc. | $22.50 | Safeway Inc. | 12/13/11 | $0.00 |
| **Total:** | | **$104.29** | | | **$25.24** |

# Your claims up close

## Claim for Amy  (self)

| Claim ID: EQ000006R00 Received on 12/12/11 | Amount billed | Member rate | Pending or not payable (Remarks) ! | Applied to deductible | Your copay | Amount remaining | Plan pays | Your coinsurance | You owe C+D+E+H=I |
|---|---|---|---|---|---|---|---|---|---|
| FLU VIRUS VACC-SPLIT 3 YR & on 9/17/11 90658 | 12.50 | | | | | 12.50 | 12.50 (100%) | | |
| ADMIN INFLUENZA VIRUS VAC on 9/17/11 G0008 | 10.00 | | | | | 10.00 | 10.00 (100%) | | |
| Safeway Inc. | | | | | | | | | |
| Refer to Remarks Section | | | (1) | | | | | | |
| Totals: | 22.50 | | | | | 22.50 | 22.50 | | |
| | A | B | C | D | E | F | G | H | I |

! **You can find all numbered claim remarks in 'Your Claim Remarks' section.**

## Claim for Roger  (spouse)

| Claim ID: E500000QK00 Received on 12/2/11 | Amount billed | Member rate | Pending or not payable (Remarks) ! | Applied to deductible | Your copay | Amount remaining | Plan pays | Your coinsurance | You owe C+D+E+H=I |
|---|---|---|---|---|---|---|---|---|---|
| OFFICE VISIT on 11/29/11 99213 | 90.00 | 77.54 | | | 20.00 | 57.54 | 57.54 (100%) | | 20.00 |
| COLLECTION OF VENOUS BLOOD on 11/29/11 36415 | 5.00 | 3.30 | | | | 3.30 | 3.30 (100%) | | |
| George M Markus | | | | | | | | | |
| Refer to Remarks Section | | | (1) | | | | | | |
| Totals: | 95.00 | 80.84 | | | 20.00 | 60.84 | 60.84 | | $20.00 |
| | A | B | C | D | E | F | G | H | I |

! **You can find all numbered claim remarks in 'Your Claim Remarks' section.**

Continued on next page

AMCA_PROD_00022991

1500

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | | | | | | PICA

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | (ID) | |

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
Doe, Jane

**3. PATIENT'S BIRTH DATE** 01 02 1993  **SEX** M  F [X]

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
Doe, Jane

**5. PATIENT'S ADDRESS** (No., Street)
123 4th Street

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]  Spouse  Child  Other

**7. INSURED'S ADDRESS** (No., Street)
123 4th Street

**CITY** Elmsford  **STATE** NY

**8. PATIENT STATUS**
Single [X]  Married  Other

**CITY** Elmsford  **STATE** NY

**ZIP CODE** 10523  **TELEPHONE** (Include Area Code) (914) 592-0055

Employed  Full-Time Student  Part-Time Student

**ZIP CODE** 10523  **TELEPHONE** (Include Area Code) (914) 592-0055

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**
LP33193JG

**a. EMPLOYMENT?** (Current or Previous)
YES  NO [X]

**a. INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M  F

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M  F

**b. AUTO ACCIDENT?**  PLACE (State)
YES  NO [X]

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
YES  NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**
United Healthcare NY

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES  NO  If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on file

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED

**14. DATE OF CURRENT** MM DD YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY
FROM  TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
Brown, Steve

17a. 3G R37717
17b. NPI 2971590498

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY
FROM  TO

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**  **$ CHARGES**
YES  NO

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 383.5   3.
2. 388.8   4.

**22. MEDICAID RESUBMISSION CODE**  **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATES OF SERVICE | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | To MM DD YY | | | | | | | | | | | | |
| 1 | 032614 | 032614 | | 87 | | 87634 | | 13 | 41.60 | | | NPI | |
| 2 | 032614 | 032614 | | 87 | | 87197 | | 13 | 50.60 | | | NPI | |
| 3 | 032614 | 032614 | | 87 | | 89034 | | 13 | 35.60 | | | NPI | |
| 4 | 032614 | 032614 | | 87 | | 87574 | | 13 | 97.60 | | | NPI | |
| 5 | 032614 | 032614 | | 87 | | 87636 | | 13 | 70.60 | | | NPI | |
| 6 | 032614 | 032614 | | 87 | | 88134 | | 13 | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** 07-3456786  SSN  EIN [X]

**26. PATIENT'S ACCOUNT NO.** 889456321

**27. ACCEPT ASSIGNMENT?** YES [X]  NO

**28. TOTAL CHARGE** 296.00

**29. AMOUNT PAID**

**30. BALANCE DUE** 296.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
_[signature]_
SIGNED  11/26/14 DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
Quest Diagnostics
543 Maple Ave
Elmsford, NY 10523

**33. BILLING PROVIDER INFO & PH #**
Quest Diagnostics
PO BOX 1234
Burlington, NC 27212
2215930260

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

AMCA_PROD_00022992

CareCentrix®

CareCentrix
P.O. Box 277947
Atlanta, GA 30384-7947

# SAMPLE



Doe, Jane
123  Main Street
Anytown US 80004-6156

| | Patient Name |
|---|---|
| | Doe, Jane |

| | Insured Name |
|---|---|
| | Doe, Jane |

| Invoice Number | Date |
|---|---|
| 00000 | 06/21/2014 |

| | Insurance Name / ID |
|---|---|
| | GREAT WEST HEALTHCARE |

| | Service Provider |
|---|---|
| | APRIA HEALTHC |

Pay at: www.carecentrix.com - Click on Online Services

## INVOICE

| | DATE | SERVICE DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 02/17/2014 | CRUTCH SUBSTITU | 1.00PU | 765.51 | 765.51 |

**IMPORTANT MESSAGE**

****FINAL NOTICE****
YOUR ACCOUNT IS PAST DUE. IF PAYMENT IS NOT RECEIVED OR YOU DO NOT CONTACT US TO MAKE PAYMENT ARRANGEMENTS, YOUR ACCOUNT WILL BE SENT TO AN OUTSIDE COLLECTION AGENCY WITHIN 30 DAYS.

CareCentrix has a contract with your insurance carrier to coordinate home health care services, including home medical equipment, supplies, nursing services, therapists, and infusion.  Under that arrangement, CareCentrix bills your insurance carrier for services rendered by CareCentrix network providers. CareCentrix reimburses the provider in full for the covered services provided, and CareCentrix is responsible for collecting the patient responsibility.  The enclosed invoice reflects your responsibility as indicated on the explanation of benefits you received from your insurance carrier.

For Billing help or questions about this invoice call Customer Service at our toll free number: 800-808-1902.

**The balance due reflects your responsibility after insurance consideration.** If you have any questions concerning your benefits, contact your insurance company.

| TOTAL CHARGES | $765.51 |
|---|---|
| ADJUSTMENTS | $0.00 |
| LESS PAYMENTS | $0.00 |
| **BALANCE DUE** | |
| | **$765.51** |

Please call our toll free Compliance Hotline at 877-848-8229 to report any suspected fraudulent or other illegal activity.  Please remember that billing questions that do not involve suspected fraud or illegal activity should continue to be directed to our toll free Customer Service line at 800-808-1902.

PLEASE DETACH AND RETURN THIS PORTION IN THE ENCLOSED ENVELOPE

Doe, Jane
123 Main Street
Anytown US 80004

| ACCOUNT NUMBER | INVOICE NUMBER |
|---|---|
| 5879-E7859 | 5879-0453501 |

| PATIENT NAME |
|---|
| Doe, Jane |

| DUE UPON RECEIPT | PAY THIS AMOUNT |
|---|---|
| | $765.51 |

IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW

☐ VISA    ☐ MASTERCARD    ☐ DISCOVER

CARD NUMBER                              EXP. DATE        AMOUNT

SIGNATURE                                MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD

PRINT CARD HOLDER NAME

PLEASE MAKE CHECKS PAYABLE TO:

CARECENTRIX
PO BOX 277947
ATLANTA GA  30384-7947

2177

AMCA_PROD_00022993