# EXHIBIT M
# REDACTED

## ECF No. 43-13

# American Medical Collection Agency
## RFP Presentation
May 01,2014





AMCA_0732568

# Why AMCA?

▸ History spanning 30+ years in high volume, lower balance healthcare receivables

▸ Exceptional knowledge of your business

▸ Established Relationships

▸ Custom IT, reporting and accounting

▸ Services already in place for entities acquired by Quest

▸ Consistent flow when change occurs

▸ Successful track record of Collections



Confidential

# Compliance

We meet all licensing and bonding requirements in the US.

- **Fully Compliant with:**
  - HIPAA — *Healthcare Information Portability and Accountability Act*
  - FDCPA — *Fair Debt Collection Practices Act*
  - FCRA — *Fair Credit Reporting Act*
  - PCI DSS — *Payment Card Industry Data Security Standard*
  - TCPA — *Telephone Consumer Protection Act*
- Adherence to all State Laws



Confidential

Quest_MDL_0024324
AMCA_0732568

# Conversion Processes

Address Standardization & Correction
Cell Phone Scrub
Phone Updates
One Code ACS with USPS
IMB Tracing Service with USPS
Bankruptcy Scrubs
Deceased Scrubs
Litigious Debtor Scrubs
Matching Process
Bad Address

Credit Reporting:

Insurance Denial
96 – Ded/Co-Pay
04 – non covered
16 – non covered on DOS

Self Pay
04 – non covered
16 – non covered on DOS

Reported after 2 notices (60 days) all
balances $50 and greater.



Confidential

# Collection Modalities

▹ **Persistent Dunning Process**

◦ Segmentation based on Self Pay, Insurance, Balance, Credit reporting, non-Credit reporting, Regions, Matching Process, Bad Address, Seconds, and Bad checks.

◦ Patient Bills are collected up to one year

◦ Proprietary Software - Maintain & change with no outsourcing

◦ Exceptional Letter Vendor

◦ Unique Letter Packages (envelopes and stationary)

◦ Special response letters - claims, proof, bad mail, apology,



# Collection Modalities — cont'd

### Phone – On Shore & Offshore
- Segmentation based on above
- Cell Phone Segmentation
- Recall "Spinner" Campaign
- Campaigns continue up to one year

### FACS and Noble
- Call Recording
- Custom Scripts & Specialized Calling Lists
- Build new applications without IT involvement
- Improved overall productivity
- Superior Analytics

### Inbound Patient Service
- Correspondence Team –HCFAs, Insurance Validation, Bankruptcies, and Deceased

Quest_MDL_0024327
AMCA_0732568

AMCA Dunning Collection Process for Quest Diagnostics



Quest_MDL_0024329
AMCA_0732568

Confidential

Confidential

Quest_MDL_0024331
AMCA_0732568

# Competitive Results

| SITE/12 MONTH PERIOD | ROLLING 12 MONTH STATS | | |
|---|---|---|---|
| | WINS | LOSSES | WIN % |
| ATLANTA 10/12 - 9/13 | 5 | 7 | 42% |
| AUBURN HILLS 10/12 - 9/13 | 11 | 1 | 92% |
| BALTIMORE 8/12 - 7/13 | 8 | 4 | 67% |
| CAMBRIDGE 8/12 - 7/13 | 7 | 5 | 53% |
| CINCINNATI 9/12 - 8/13 | 8 | 4 | 67% |
| DALLAS 10/12 - 9/13 | 6 | 6 | 50% |
| DENVER 8/12 - 7/13 | 9 | 3 | 75% |
| HOUSTON 10/12 - 9/13 | 5 | 7 | 42% |
| KOP 8/12 - 7/13 | 9 | 3 | 73% |
| LAS VEGAS 8/12 - 7/13 | 6 | 6 | 50% |
| LENEXA (STL) 10/12 - 9/13 | 10 | 2 | 83% |
| MIAMI 10/12 - 9/13 | 1 | 11 | 8% |
| MID AMERICA 10/12 - 9/13 | 9 | 3 | 75% |
| OKLAHOMA 8/12 - 7/13 | 10 | 2 | 83% |
| PACIFIC NW 10/12 - 9/13 | 9 | 3 | 75% |
| PITTSBURGH 10/12 - 9/13 | 5 | 7 | 42% |
| SOUTHERN CAL (WHC) 10/12 - 9/13 | 10 | 2 | 84% |
| SYOSSET 8/12 - 7/13 | 9 | 3 | 75% |
| TAMPA 10/12 - 9/13 | 4 | 8 | 33% |
| TETERBORO 8/2 - 7/13 | 9 | 3 | 75% |
| WALLINGFORD 8/12 - 7/13 | 8 | 4 | 67% |
| WOODDALE 10/12 - 9/13 | 10 | 2 | 83% |
| TOTAL COMPETITIVE BATCHES | 168 | 96 | 64% |

| SITE STAT SUMMARY | | |
|---|---|---|
| 75% OR BETTER | 11 | 50% |
| 50% - 74% | 6 | 27% |
| 40% -49% | 3 | 14% |
| Less than 40% | 2 | 9% |
| TOTAL | 22 | 100% |

Based on last competitive update, AMCA was outperforming based on a rolling 12 month review in 15 locations (more than 2/3).



Quest_MDL_0024332
AMCA_0732568

# Sample Letters



Quest_MDL_0024333
AMCA_0732568



Quest_MDL_0024334
AMCA_0732568

# Envelopes



# Reporting

▸ **Extensive library of statistical & analytical reports**
  ◦ MOSTAT, Activity, Adjustment, Spin Downs, Confirmation

▸ **Specialized Reporting**
  ◦ Monthly Spin, Monthly Pay, Ameripath Pay, State, Doctor, Date of Service, Aging, Balance Range

▸ Manual-Special Reports

▸ Flexibility



Quest_MDL_0024336
AMCA_0732568

# Quality & Monitoring

- ## **Call Recording & Monitoring**
  - 100% Voice with 6 month retention
  - 10 RPC per collector per week side by side
  - 10 Remote RPC per collector per week

- ## **Complaint Resolution**
  - Immediate resolution to complaints
  - Learning from complaints used to coach entire call center.

- ## **Performance Improvement Plan**
  - Schedule Adherence
  - Minimum Requirement
  - Feedback from calls & progress based on measured standards



# Discussion Topics

- **Fee Maximization**
  - Identify the correct fee in order to maximize collection results for QBS and Non-QBS

- **Current Fee Incentive Plan**
  - QBS             = Little Opportunity
  - Non-QBS         = Some Opportunity

- Tertiary Collections – 6 months after seconds

- Settlements (Primary)

- Review Quest Internal Processes



Confidential

Quest_MDL_0024339
AMCA_0732568

Confidential

Quest_MDL_0024340
AMCA_0732568

Confidential

# Forces Affecting Collections

- **Postage**
  - 18%+ increase over the contract time

- **CFPB**
  - Governing body of consumer complaints – est 2013

- **TCPA**
  - Stricter rules and guidelines - 10/2013

- **Legal**
  - Increased legal fees and Compliance costs due to TCPA & CFPB





Quest_MDL_0024343
AMCA_0732568

We know you have options when deciding which collection agencies
to use and thank you for selecting AMCA, allowing us to service
your needs and continue working with Quest for many years.

Thank you for allowing AMCA to present our
company & processes to your organization today.

AMCA

Quest_MDL_0024344
AMCA_0732568