# EXHIBIT 1
# FILED UNDER SEAL

# ECF No. 44-1