# EXHIBIT A
# FILED UNDER SEAL

# ECF No. 45-1