# EXHIBIT 1
# FILED UNDER SEAL

## ECF No. 46-1