# EXHIBIT 2
# FILED UNDER SEAL

## ECF No. 46-2