# EXHIBIT 3

| auto_id | accounts_core_id | disposition_code | message | hold | follow_up | follow_up_tz | qa | scb | source | system_users_id | send_by | settlement_offer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 212306295 | 62977590 | EXA | Exhausted Call Attempts | 4 | NULL | EST | 0 | 0 | NULL | NULL | | NULL |
| 214512109 | 62977590 | EXA | Exhausted Call Attempts | 4 | NULL | EST | 0 | 0 | NULL | NULL | | NULL |
| 216911860 | 62977590 | EXA | Exhausted Call Attempts | 4 | NULL | EST | 0 | 0 | NULL | NULL | | NULL |
| 219193680 | 62977590 | EXA | Exhausted Call Attempts | 4 | NULL | EST | 0 | 0 | NULL | NULL | | NULL |
| 221408879 | 62977590 | EXA | Exhausted Call Attempts | 4 | NULL | EST | 0 | 0 | NULL | NULL | | NULL |
| 223986692 | 62977590 | EXA | Exhausted Call Attempts | 4 | NULL | EST | 0 | 0 | NULL | NULL | | NULL |
| 226273191 | 62977590 | EXA | Exhausted Call Attempts | 4 | NULL | EST | 0 | 0 | NULL | NULL | | NULL |
| 228787512 | 62977590 | EXA | Exhausted Call Attempts | 4 | NULL | EST | 0 | 0 | NULL | NULL | | NULL |
| 231117419 | 62977590 | EXA | Exhausted Call Attempts | 4 | NULL | EST | 0 | 0 | NULL | NULL | | NULL |
| 233173669 | 62977590 | EXA | Exhausted Call Attempts | 4 | NULL | EST | 0 | 0 | NULL | NULL | | NULL |
| 234996460 | 62977590 | EXA | Exhausted Call Attempts | 4 | NULL | EST | 0 | 0 | NULL | NULL | | NULL |
| 237080279 | 62977590 | EXA | Exhausted Call Attempts | 4 | NULL | EST | 0 | 0 | NULL | NULL | | NULL |
| 238710220 | 62977590 | ANS | Answering Machine / No Answer | 0 | NULL | EST | 0 | 0 | User | 1782 | | NULL |
| 240060081 | 62977590 | EXA | Exhausted Call Attempts | 4 | NULL | EST | 0 | 0 | NULL | NULL | | NULL |
| 241960411 | 62977590 | EXA | Exhausted Call Attempts | 4 | NULL | EST | 0 | 0 | NULL | NULL | | NULL |
| 243367169 | 62977590 | ANS | Answering Machine / No Answer | 0 | NULL | EST | 0 | 0 | User | 1952 | | NULL |
| 245021163 | 62977590 | EXA | Exhausted Call Attempts | 4 | NULL | EST | 0 | 0 | NULL | NULL | | NULL |
| 247380385 | 62977590 | EXA | Exhausted Call Attempts | 4 | NULL | EST | 0 | 0 | NULL | NULL | | NULL |
| 249827432 | 62977590 | EXA | Exhausted Call Attempts | 4 | NULL | EST | 0 | 0 | NULL | NULL | | NULL |

Highly Confidential

Excerpted from "accounts_notes"

| completed_by | request_status | file_name | file_HTML | eoscar | exported | comments | clients_batches_id | clients_batches_data_id | accounts_transactions_id |
|---|---|---|---|---|---|---|---|---|---|
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |
| NULL | 0 | | | | NULL | NULL | NULL | NULL | NULL |

Highly Confidential

Excerpted from "accounts_notes"

| customers_transactions_id | balance | email_id | email_status | email_status_timestamp | synced | qa_pass_fail | creation_date |
|---|---|---|---|---|---|---|---|
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 7/26/2018 6:23 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 8/8/2018 6:26 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 8/22/2018 6:31 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 9/5/2018 6:29 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 9/18/2018 6:44 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 10/3/2018 7:58 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 10/16/2018 7:05 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 10/31/2018 6:56 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 11/14/2018 8:00 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 11/29/2018 7:58 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 12/12/2018 7:48 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 12/27/2018 7:43 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 1/9/2019 16:56 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 1/18/2019 7:59 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 2/1/2019 7:57 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 2/11/2019 16:23 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 2/21/2019 7:52 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 3/8/2019 7:45 |
| NULL | 365.98 | | | 0000-00-00 00:00:00 | 0 | 0 | 3/27/2019 6:39 |

Highly Confidential    Excerpted from "accounts_notes"