# EXHIBIT 4
# FILED UNDER SEAL

## ECF No. 46-4