# EXHIBIT 5
# FILED UNDER SEAL

# ECF No. 46-5