# EXHIBIT 6

| auto_id | accounts_core_id | call_sid | direction | system_users_id | qa_pass_fail | creation_date |
|---|---|---|---|---|---|---|
| 31692028 | 62977590 | CAdb2b56ff08433f22548ade9e09983739 | outgoing | 1782 | 0 | 1/9/2019 16:56 |
| 32436427 | 62977590 | CAf9b6f7d7989794dfd33cf7a3ad4c8757 | outgoing | 1952 | 0 | 2/11/2019 16:23 |