# EXHIBIT 7
# FILED UNDER SEAL

## ECF No. 46-7