# EXHIBIT 8
# FILED UNDER SEAL

## ECF No. 46-8