# EXHIBIT 9
# FILED UNDER SEAL

## ECF No. 46-9