# EXHIBIT 10
# FILED UNDER SEAL

## ECF No. 46-10