# EXHIBIT 11

| customers_core_id | hash | type |
|---|---|---|
| 28416968 | 30101261111c77b37bbed65b026d50e5 | address |
| 28416968 | 6e43bce6b886811473b2aa66b028165e | phone |
| 28416968 | faad94a5bfd2e6046fe6908de614a5b5 | address |

Highly Confidential

Excerpted from "customers_hashes"