# EXHIBIT 12
# FILED UNDER SEAL

## ECF No. 46-12