# EXHIBIT 13
# FILED UNDER SEAL

## ECF No. 46-13