# EXHIBIT 14
# FILED UNDER SEAL

## ECF No. 46-14