# EXHIBIT 15
# FILED UNDER SEAL

## ECF No. 46-15