# EXHIBIT 16
# FILED UNDER SEAL

## ECF No. 46-16