

| | |
|---|---|
| **Edward J. Fanning, Esq.**<br>Partner<br>T. 973-639-7927<br>F. 973-624-3868<br>efanning@mccarter.com | McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4056<br>www.mccarter.com |

September 25, 2024

<u>**VIA ECF**</u>

Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King Jr. Building
50 Walnut Street
Newark, NJ 07102

Re:   *In re American Medical Collection Agency, Inc. Customer Data Sec. Breach Litig.*
       No. 19-md-2904(MCA)(MAH)

Dear Judge Hammer:

We are counsel for Defendant Laboratory Corporation of America Holdings in the above-referenced matter. In accordance with the Court's Order of August 7, 2024 (ECF 716), enclosed please find a proposed amended consolidated scheduling order that that has been agreed to by all the parties regarding the schedule for completion of briefing and related expert discovery for class certification.

The parties respectfully request that this Court enter the Proposed Amended Consolidated Scheduling Order, attached hereto as Exhibit 1.

We thank the Court for its attention to this matter.

Respectfully submitted,

<u>/s/ Edward J. Fanning, Jr.</u>

Edward J. Fanning, Jr.

cc: All Counsel of Record (via ECF)