# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

_____

| | | | | |
|---|---|---|---|---|
| JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI<br><br>CHARLES C. CARELLA<br>1933 – 2023 | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE<br>KEVIN G. COOPER | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J. 07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>**www.carellabyrne.com** | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>ZACHARY A. JACOBS***<br>JASON H. ALPERSTEIN+ +<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY BAR<br>***MEMBER IL BAR<br>+MEMBER FL BAR<br>+ + MEMBER NY & FL BAR | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>ROBERT J. VASQUEZ<br>BRITTNEY M. MASTRANGELO<br>GRANT Y. LEE*** |

October 14, 2024

<u>**VIA ECF**</u>

Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

        **Re:**   *<u>In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation</u>*<u>, No. 19-md-2904(MCA)(MAH)</u>

Dear Judge Hammer,

    I am Interim Lead Counsel for Plaintiffs in the above-referenced matter. Pursuant to Your Honor's MDL Text Order, ECF 734, I write with the consent of Defendants to propose the following revised schedule for filing the upcoming motions for class certification and any related challenges to the parties' experts:

- May 13 – Plaintiffs to file motions for class certification
- May 14 – Defendants to file briefs in opposition to class certification
- May 15 – Plaintiffs to file reply briefs in support of class certification
- May 19 – All parties to file motions challenging class certification experts
- May 20 – All parties to file briefs in opposition to motions challenging class certification experts
- May 21 – All parties to file reply briefs in support of motions challenging class certification experts

    The parties will serve their papers in accordance with the agreed-upon schedule that was previously submitted to Your Honor. ECF 731. If this proposed filing schedule meets with Your Honor's approval, please kindly So Order this letter and return it to the parties through the Court's ECF system.

October 14, 2024
Page **2** of **2**

  We thank Your Honor for your continued attention to this matter and we are available at the Court's convenience to answer any questions.

Respectfully submitted,

CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.

*/s/ James E. Cecchi*
JAMES E. CECCHI

cc: All counsel of record (via ECF)