# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI<br><br>CHARLES C. CARELLA<br>1933 – 2023 | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE<br>KEVIN G. COOPER | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J. 07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>**www.carellabyrne.com** | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>ZACHARY A. JACOBS***<br>JASON H. ALPERSTEIN+ +<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY BAR<br>***MEMBER IL BAR<br>+MEMBER FL BAR<br>+ + MEMBER NY & FL BAR | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>ROBERT J. VASQUEZ<br>BRITTNEY M. MASTRANGELO<br>GRANT Y. LEE*** |

October 22, 2024

<u>**VIA ECF**</u>

Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re: *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, **No. 19-md-2904(MCA)(MAH)**
       <u>**Other Labs Track**</u>

Dear Judge Arleo,

  I am interim lead counsel for Plaintiffs in the above-referenced matter. As it pertains to the motion for class certification in the Other Labs Track, I write with the consent of Defendants Sonic Healthcare USA, Aurora Diagnostics, LLC, Clinical Pathology Laboratories, and Austin Pathology Associates to request a page extension for our class certification opening brief. Plaintiffs seek six additional pages, from 30 (at 12 point font) to 36. If this request meets Your Honor's approval, please kindly So Order this letter and return it to the parties through the Court's ECF system.

        Respectfully submitted,

        CARELLA, BYRNE, CECCHI,
        OLSTEIN, BRODY & AGNELLO

        /s/ *James E. Cecchi*

        JAMES E. CECCHI

JEC:neh

1011282.1