# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | CARL R. WOODWARD, III | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | MELISSA E. FLAX | **PHONE (973) 994-1700** | JAMES A. O'BRIEN, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | DAVID G. GILFILLAN | **FAX (973) 994-1744** | JOHN G. ESMERADO | JORDAN M. STEELE** |
| | G. GLENNON TROUBLEFIELD | www.carellabyrne.com | STEVEN G. TYSON | ROBERT J. VASQUEZ |
| | BRIAN H. FENLON | | MATTHEW J. CERES | BRITTNEY M. MASTRANGELO |
| CHARLES C. CARELLA | CAROLINE F. BARTLETT | | ZACHARY A. JACOBS*** | GRANT Y. LEE*** |
| 1933 – 2023 | ZACHARY S. BOWER+ | | JASON H. ALPERSTEIN+ + | |
| | DONALD A. ECKLUND | | | |
| | CHRISTOPHER H. WESTRICK* | | OF COUNSEL | |
| | STEPHEN R. DANEK | | | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF | |
| | MEGAN A. NATALE | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | KEVIN G. COOPER | | **MEMBER NY BAR | |
| | | October 24, 2024 | ***MEMBER IL BAR | |
| | | | +MEMBER FL BAR | |
| | | | + + MEMBER NY & FL BAR | |

**VIA ECF**

Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      **Re:**   ***In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 19-md-2904(MCA)(MAH) Quest/Optum360 Track**

Dear Judge Arleo,

      I am interim lead counsel for Plaintiffs in the above-referenced matter. As it pertains to the motion for class certification in the Quest/Optum Track, I write with the consent of Defendants Quest Diagnostics Incorporated. and Optum360, LLC to request a page extension for our class certification opening brief. Plaintiffs seek seven additional pages, from 30 (at 12 point font) to 37. The parties will continue to meet and confer in good faith in the coming months to determine reasonable extensions of page limits, if necessary, for their opposition and reply briefs. If this request meets Your Honor's approval, please kindly So Order this letter and return it to the parties through the Court's ECF system.

                              Respectfully submitted,

                             CARELLA, BYRNE, CECCHI,
                           OLSTEIN, BRODY & AGNELLO

                               /s/  *James E. Cecchi*

                              JAMES E. CECCHI

JEC:neh

1011282.1