# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To: All Actions Against Quest Diagnostics, Inc. and Optum360, LLC.* | Civil Action No. 2:19-md-02904 (MCA-MAH)<br><br>**NOTICE OF MOTION TO SEAL CONFIDENTIAL MATERIALS** |

**TO: ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on December 16, 2024, or as soon thereafter as counsel may be heard, counsel for Defendants Optum360, LLC ("Optum360") and Quest Diagnostics Incorporated ("Quest") (collectively, "Defendants") shall move before the Honorable Michael A. Hammer, U.S.M.J., at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50, pursuant to Local Civil Rule 5.3(c), for an Order sealing the following documents or portions thereof:

- Special Master Discovery Order and accompanying transcript (Dkt. No. 742);

**PLEASE TAKE FURTHER NOTICE** that there is no dispute regarding the portions of the above-mentioned documents that Defendants seek to maintain under seal.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to L. Civ. R. 5.3(c)(2)(i), the Parties have conferred in an effort to narrow or eliminate the materials or information that are the subject of this Motion.

**PLEASE TAKE FURTHER NOTICE** that Defendants shall rely upon the accompanying Declaration of Heather Benzmiller Sultanian and Declaration of Donald Houser with Index annexed thereto. No brief is necessary in accordance with L. Civ. R. 5.3(c)(1).

By: /s/ Reade Seligmann

Reade W. Seligmann
ALSTON & BIRD LLP
90 Park Avenue, 12th Floor
New York, NY 10016-1387
Tel.: (212) 210-9453

Kristine M. Brown
Donald M. Houser
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000

Attorneys for Defendant Optum360, LLC

/s/ Heather Benzmiller Sultanian

David H. Hoffman
Heather Benzmiller Sultanian
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
david.hoffman@sidley.com
hsultanian@sidley.com

Eamon P. Joyce
SIDLEY AUSTIN LLP

787 Seventh Avenue
New York, NY 10019
(212) 839-8555
ejoyce@sidley.com

Michael T. Hensley
CARLTON FIELDS
180 Florham Park, Suite 106
Florham Park, NJ 07932
(973) 828-2613
mhensley@carltonfields.com

Attorneys for Defendant Quest Diagnostics Incorporated