## CERTIFICATE OF SERVICE

I, hereby certify that on November 13, 2024, I electronically filed the following:

- Notice of Motion to Seal Confidential Materials;
- Declaration of Heather Benzmiller Sultanian in Support of Motion to Seal Confidential Materials;
- Declaration of Donald Houser in Support of Motion to Seal Confidential Materials;
- Index pursuant to L. Civ. R. 5.3(c)(3); and
- Defendants' Proposed Order Granting Motion to Seal Confidential Materials,

with the Clerk of Court using the CM/ECF system, which will send notice of filing to the email addresses for all counsel listed on the Electronic Mail Notice list.

*/s/ Reade Seligmann*
Reade Seligmann