# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY LITIGATION<br><br>This Document Relates To: Other Labs Track | Case No. 2:19-MD-2904-MCA-MAH<br><br>Hon. Madeline Cox Arleo |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that pursuant to Rule 10.1 of the Local Civil Rules, Plaintiffs' counsel, Douglas J. McNamara of Cohen Milstein Sellers & Toll PLLC, submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address:

> Douglas J. McNamara
> **COHEN MILSTEIN**
> **SELLERS & TOLL, PLLC**
> 1100 New York Ave. NW, Suite 800
> Washington, DC 20005

Please note that the addresses on record for Plaintiffs' other counsel of record remain unchanged.

Dated: November 22, 2024

Respectfully submitted,

*/s/ Douglas J. McNamara*
Douglas J. McNamara
**COHEN MILSTEIN**
**SELLERS & TOLL, PLLC**
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dmcnamara@cohenmilstein.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 22, 2024, the foregoing document was electronically filed via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

                                                 */s/ Douglas J. McNamara*
                                                 Douglas J. McNamara