

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603, UNITED STATES OF AMERICA
+1 312 853 7000
+1 312 853 7036 FAX

November 22, 2024

**VIA ELECTRONIC CASE FILING**

Magistrate Judge Michael A. Hammer
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:   *In re American Medical Collection Agency, Inc., Customer Data Security Breach Litigation*, Case No. 2:19-md-02904-MCA-MHA (District of New Jersey)

Dear Magistrate Judge Hammer:

    We represent Quest Diagnostics Incorporated in the above-captioned proceeding. We write on behalf of all Defendants to respectfully request a three-week extension of all upcoming deadlines pertaining to the service and filing of documents relating to Plaintiffs' motion for class certification, including those set out in ECF Nos. 731 and 736. Plaintiffs do not oppose this request.

    Plaintiffs served their Motions for Class Certification and supporting expert reports on Defendants on November 1, 2024. A number of questions and disputes arose between the Parties pertaining to those materials and the Parties met and conferred extensively in the three weeks following service. Those conferences were productive, and the Parties agree that it is appropriate to extend all class certification deadlines to account for the time required to reach such resolution.

    Enclosed please find a proposed amended scheduling order that has been agreed to by all parties that Defendants respectfully request that the Court enter.

    We thank the Court for its attention to this matter.

                                  Respectfully submitted,

                                  */s/ Daniel C. Craig*

                                  David H. Hoffman

Daniel C. Craig
Heather Benzmiller Sultanian
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel.: (312) 853-7000
Facsimile: (312) 853-7036
david.hoffman@sidley.com
dcraig@sidley.com
hsultantian@sidley.com

Eamon P. Joyce
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 839-8555
ejoyce@sidley.com

*Attorneys for Defendants Quest Diagnostics Incorporated and Quest Diagnostics Clinical Laboratories*

cc: All counsel of record (via ECF)

**Error! Unknown document property name.**