# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To: All Actions* | Civil Action No. 2:19-MD-02904 (MCA-MAH)<br><br>Magistrate Judge Michael A. Hammer |

## [PROPOSED] AMENDED SCHEDULING ORDER

WHEREAS, on October 15, 2024, the Court entered an MDL Text Order (ECF 736) establishing service and filing deadlines pertaining to class certification;

WHEREAS, the Parties agree that the deadlines specified in the proposed schedule below are reasonable and appropriate; and

Good cause appearing,

IT IS this 25th day of November, 2024,

ORDERED that the following are the operative deadlines for the events set forth below:

MICHAEL A. HAMMER, U.S.M.J.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.

4864-2524-1343v.1

| Event | Date |
|---|---|
| Defendants to serve briefs in opposition to class certification and any expert reports in opposition to class certification | February 20, 2025 |
| Defendants to make any experts available for deposition, unless Plaintiffs agree to a later date | March 24, 2025 |
| Plaintiffs to serve reply briefs in support of class certification and any rebuttal expert reports in support of class certification | April 11, 2025 |
| All parties to serve any motions challenging class certification experts | April 28, 2025 |
| All parties to serve briefs in opposition to motions challenging class certification experts | May 19, 2025 |
| All parties to serve reply briefs in support of motions challenging class certification experts | June 2, 2025 |
| Plaintiffs to file motions for class certification | June 3, 2025 |
| Defendants to file briefs in opposition to class certification | June 4, 2025 |
| Plaintiffs to file reply briefs in support of class certification | June 5, 2025 |
| All parties to file motions challenging class certification experts | June 9, 2025 |
| All parties to file briefs in opposition to motions challenging class certification experts | June 10, 2025 |
| All parties to file reply briefs in support of motions challenging class certification experts | June 11, 2025 |