## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>*This Document Relates To: ALL ACTIONS* | Case No. 19-md-2904 (MCA)(MAH) (MDL 2904)<br><br>**NOTICE OF APPEARANCE** |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm Sidley Austin LLP, is hereby entering an appearance as counsel of record for Defendants Quest Diagnostics Incorporated and Quest Diagnostics Clinical Laboratories and requests that her name be added to the master docket and mailing list and that copies of all notices, pleadings and other papers in this matter be served upon her.

/s/ Rebecca Lewis Tierney
Rebecca Lewis Tierney
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
rebecca.lewistierney@sidley.com

*Attorney for Defendants Quest Diagnostics Incorporated and Quest Diagnostics Clinical Laboratories*

## CERTIFICATE OF SERVICE

I certify that on January 27, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users.

*/s/  Rebecca Lewis Tierney*
Attorney for Defendants Quest Diagnostics
Incorporated and Quest Diagnostics Clinical
Laboratories
