# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Reade Seligmann                Direct Dial: +1 212 210 9453           Email: reade.seligmann@alston.com

**VIA ECF**

January 30, 2025

The Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *In re American Medical Collection Agency, Inc., Customer Data Security Breach Litigation*, No. 19-md-2904(MCA)(MAH)
      **Quest/Optum Track**

Dear Judge Arleo:

We represent Optum360, LLC in the above-captioned proceeding. As it pertains to the remaining briefing for the motion for class certification in the Quest/Optum Track, I write with the consent of Plaintiffs and Defendant Quest Diagnostics, Incorporated, to jointly request page extensions from 30 pages (at 12-point font) to 50 pages (at 12-point font) for Defendants' respective opposition briefs and from 11.25 pages (at 12-point font) to 20 pages (at 12-point font) for Plaintiffs' reply briefs. If this request meets Your Honor's approval, please kindly So Order this letter and return it to the parties through the Court's ECF system.

Respectfully submitted,

*/s/ Reade Seligmann*
Reade Seligmann
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Tel: 212-210-9400
Email: reade.seligmann@alston.com

*Counsel for Defendant Optum360, LLC*

Cc: All counsel of record (via ECF)

SO ORDERED
2/5/25  /s/ Madeline Cox Arleo, U.S.D.J.

Alston & Bird LLP                                                                           www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.