COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Peter S. Pearlman
Park 80 Plaza West One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
(201) 845-9600
pspearlman@comcast.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2904 <br><br> Case No. 2:19-md-2904 (MCA-MAH) |
| This document relates to: All Actions | |

**NOTICE TO WITHDRAW FROM NEF AS TO PETER S. PEARLMAN AS COUNSEL FOR PLAINTIFF, FRANCIS CARBONNEAU**

**PLEASE TAKE NOTICE** that Peter S. Pearlman is hereby withdrawing from NEFs as counsel of record for Plaintiff, Francis Carbonneau, in the above-captioned action.

Dated: April 16, 2025

Respectfully submitted:

*/s/ Peter S. Pearlman*
Peter S. Pearlman
COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
pspearlman@comcast.net