UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To:*<br>*Other Labs Track* | Case No. 2:19-MD-02904-MCA-MAH<br><br>MDL 2904<br><br>**PROPOSED ORDER FOR MOTION TO ADMIT PRO HAC VICE ABAIGEAL D. FRANSON** |

The motion of Abaigeal D. Franson, Esq., for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that she is a member of good standing of the bar of the State of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York, and that her contact information is as follows:

>Abaigeal Franson, Esq.
>Lewis Brisbois Bisgaard & Smith LLP
>77 Water Street, Suite 2100
>New York, New York 10005
>(212) 232-1300
>Abaigeal.Franson@lewisbrisbois.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Defendants Sonic Healthcare USA, Clinical Pathology Laboratories, Inc., Aurora Diagnostics LLC, and Austin Pathology Associates in the above entitled action,

157283565.1                                         8

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States Court District Court, District of New Jersey;

**AND IT IS FURTHER ORDERED** that Abaigeal D. Franson shall:

1. Abide by the Rules of Practice of the United States District Court for the District of New Jersey, including all disciplinary rules as set forth in Local Rule 101.1, et seq.;

2. Notify the Court immediately of any matters affecting their standing at the Bar of any Court;

3. Have all pleadings, briefs, and other papers filed with the Court signed by the law firm of Lewis Brisbois Bisgaard & Smith LLP as attorneys of record, which shall be held responsible for those pleadings, briefs, and other papers, and for the conduct of this case and of the attorneys admitted herein; and

4. Make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for any year in which they represent a client in a matter pending before this Court; and

5. Make payment of $150 to the Clerk, USDC.

Dated: _____, 2025

                                             _____
                                             The Hon. Michael A. Hammer
                                             United States Magistrate Judge