UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This document relates to: All Actions | **REQUEST BY ATTORNEY TO WITHDRAW FROM ELECTRONIC NOTIFICATIONS**<br><br>Civil Action No. **19-md-2904(MCA)(MAH)**<br>**MDL No. 2904** |

  Request is hereby made by Lane W. Davis, Esq. counsel for CareCentrix, Inc. in the above-captioned matter, to withdraw from electronic notifications in the within case, and it is represented that:

  1. The within civil complaint has been dismissed/settled as to my client.

**NOTE**: Your withdrawal from electronic notifications in this matter does not constitute your withdrawal as counsel for your client in this matter.

                     *s/ Lane W. Davis*
                     Signature of Attorney

Name:  Lane W. Davis

Address:  MAYNARD NEXSEN PC
      104 South Main Street, Suite 900
      Greenville, South Carolina 29601

Telephone: 864.282.1145

E-mail:  LDavis@maynardnexsen.com