UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This document relates to: All Actions | **REQUEST BY ATTORNEY TO WITHDRAW FROM ELECTRONIC NOTIFICATIONS**<br><br>Civil Action No. **19-md-2904(MCA)(MAH)**<br><br>MDL No. 2904 |

Request is hereby made by David C. Dill, Esq. counsel for CareCentrix, Inc. in the above-captioned matter, to withdraw from electronic notifications in the within case, and it is represented that:

1. The within civil complaint has been dismissed/settled as to my client.

**NOTE**: Your withdrawal from electronic notifications in this matter does not constitute your withdrawal ascounsel for your client in this matter.

*s/ David C. Dill*
Signature of Attorney

Name: David C. Dill

Address: MAYNARD NEXSEN PC
104 South Main Street, Suite 900
Greenville, South Carolina 29601

Telephone: 864.282.1154

E-mail: DDill@maynardnexsen.com

DNJ-CMECF-003