

Bradley Bartolomeo
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Bradley.Bartolomeo@lewisbrisbois.com
Direct: 212.232.1398

May 21, 2025

**VIA ECF**

Honorable Michael A. Hammer
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Jr. Building
50 Walnut Street
Newark, NJ  07102

Re: *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*
Civil Action No. 19-md-2904(MCA)(MAH)

Dear Judge Hammer:

We are counsel for Defendants Sonic Healthcare USA ("Sonic"), Aurora Diagnostics, LLC ("Aurora"), Austin Pathology Associates ("Austin Path"), and Clinical Pathology Laboratories ("CPL") (collectively, "Sonic Defendants") in the above-referenced matter. I write with respect to the Pro Hac Vice Admission Application of Abaigeal D. Franson [Docket No. 759] as counsel for the Sonic Defendants. This is to respectfully inform Your Honor that this application is unopposed.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Bradley Bartolomeo

Bradley Bartolomeo of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

cc:  All Counsel (via ECF)