UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to: All Actions* | Case No. 2:19-md-02904-MCA-MAH<br><br>MDL 2904<br><br>**NOTICE TO WITHDRAW LAUREN T. KEANE AS COUNSEL FOR DEFENDANT QUEST DIAGNOSTICS INCORPORATED** |

PLEASE TAKE NOTICE that Lauren T. Keane, of the law firm Sidley Austin LLP, hereby withdraws her appearance as counsel of record for Quest Diagnostics Incorporated [ECF No. 361] in the above-referenced matter. Attorneys from the law firm of Sidley Austin LLP and Carlton Fields, P.A. will continue to represent Quest Diagnostic Incorporated in this matter.

Dated: June 23, 2025

Respectfully submitted,

*/s/ Lauren T. Keane*

SIDLEY AUSTIN LLP
David H. Hoffman
Heather Benzmiller Sultanian
Lauren T. Keane
One South Dearborn
Chicago, IL 60603
Tel.: (312) 853-7000
Facsimile: (312) 853-7036
dhoffman@sidley.com
hsultanian@sidley.com
lkeane@sidley.com

SIDLEY AUSTIN LLP
Eamon P. Joyce
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
ejoyce@sidley.com

CARLTON FIELDS, P.A.
Michael T. Hensley
180 Park Avenue, Suite 106
Florham Park, New Jersey 07932
Telephone: (973) 828-2600
Facsimile: (973) 828-2601
mhensley@carltonfields.com

*Counsel for Defendant Quest Diagnostics Incorporated*

**SO ORDERED**

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 6/24/25