# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK

**Date:** 7/2/25

**JUDGE: Madeline Cox Arleo**

COURT REPORTER: Melissa Mormile

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                                **Docket No.** 19-md-2904(MCA)

IN RE: American Medical Collection Agency, Inc., Customer Data Security Breach Litigation

**Appearances:**

James Cecchi, Esq., for plaintiffs
Catherine Derenze, Esq., for plaintiffs
Stuart Davidson, Esq. for plaintiffs
Norm Siegel, Esq., for plaintiffs
Linda Nussbaum, Esq., for plaintiffs
Ted Maya, Esq. for plaintiffs
Justin Hawal, Esq., for plaintiff Julio Antonio Perez Vieyra
Allison Holt-Ryan, Esq., for defendant Laboratory Corp.
Ryan Savercool, Esq., for defendant Laboratory Corp.
Aidan Coleman, Esq., for defendant Laboratory Corp.
David Hoffman, Esq., for defendant Quest Diagnostic
Daniel Craig, Esq., for defendant Quest Diagnostic
Heather Benzmiller Sultanian, Esq., for defendant Quest Diagnostic
Jorkeell Echeverria, Esq., for defendant Quest Diagnostic
Donald Houser, Esq., for defendant United Health Group
Gavin Reinke, Esq., for defendant Optum360, LLC.
Thomas Scrivo, Esq., for defendant Optum360, LLC
Bradley Bartolomeo, Esq., for defendant Clinical Pathology Laboratories, Inc.

**NATURE OF PROCEEDINGS: Status conference**
Status conference held on the record.
Parties to discuss going to mediation.

Time Commenced <u>12:30 p.m.</u>                    Time Adjourned <u>12:45 p.m.</u>

*Amy Andersonn*
Amy Andersonn, Deputy Clerk