## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Civil No. 2:19-md-02904 (MCA)(MAH) |
| *This Document Relates To: All Actions* | Magistrate Judge Michael A. Hammer |

## [~~PROPOSED~~] AMENDED SCHEDULING ORDER

WHEREAS, on October 15, 2024, the Court entered an MDL Text Order (ECF Doc. 736) establishing service and filing deadlines pertaining to class certification;

WHEREAS, on November 25, 2024, the Court entered an Amended Scheduling Order (ECF Doc. 746) extending all class certification deadlines as agreed to by all parties;

WHEREAS, on July 2, 2025, the Court entered the Parties' Joint Stipulation and Order Regarding Withdrawal of Plaintiffs' Expert Designation of Gary D. Olsen (ECF Doc. 769), which reset Defendants' class certification response briefs and related expert reports to be due 30 days after the date of the last deposition of Plaintiffs' experts;

WHEREAS, the last deposition of Plaintiffs' experts referred to in the Joint Stipulation has been scheduled for July 31, 2025;

WHEREAS, if all depositions of Plaintiffs' experts are completed by July 31, 2025, as scheduled, the Parties agree that the deadlines specified in the proposed schedule below are reasonable and appropriate; and

Good cause appearing,

IT IS this _21st_ day of _July_, 2025,

ORDERED that the following are the operative deadlines for the events set forth below:

IT IS FURTHER ORDERED THAT
PURSUANT TO THE July 2, 2025 ORDER
(D.E. 768), By August 15, 2025, The
PARTIES WILL INFORM THE COURT OF THE
STATUS OF MEDIATION.

MICHAEL A. HAMMER, U.S.M.J.

| Event | Date |
| --- | --- |
| Defendants to serve briefs in opposition to class certification and any expert reports in opposition to class certification | September 2, 2025 |
| Defendants to make any experts available for deposition, unless Plaintiffs agree to a later date | October 2, 2025 |
| Plaintiffs to serve reply briefs in support of class certification and any rebuttal expert reports in support of class certification | October 22, 2025 |
| All parties to serve any motions challenging class certification experts | November 10, 2025 |
| All parties to serve briefs in opposition to motions challenging class certification experts | December 3, 2025 |
| All parties to serve reply briefs in support of motions challenging class certification experts | December 17, 2025 |
| Plaintiffs to file motions for class certification | December 18, 2025 |
| Defendants to file briefs in opposition to class certification | December 19, 2025 |
| Plaintiffs to file reply briefs in support of class certification | December 22, 2025 |
| All parties to file motions challenging class certification experts | December 23, 2025 |
| All parties to file briefs in opposition to motions challenging class certification experts | December 29, 2025 |
| All parties to file reply briefs in support of motions challenging class certification experts | December 30, 2025 |