UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Civil Action No. 19-md-2904 (JKS)(MAH)<br><br>**MOTION TO WITHDRAW LINDSEY H. TAYLOR** |

Pursuant to Local Rule 102.1, undersigned counsel respectfully moves for leave to withdraw the appearance of Lindsey H. Taylor of Robbins Geller Rudman & Dowd LLP as counsel of record for Plaintiffs in the above-captioned action. This request is made with deep regret, as Mr. Taylor passed away on July 13, 2025. Undersigned counsel will continue to represent Plaintiffs in this matter and ensure that their interests are fully protected.

DATED: August 4, 2025

CARELLA, BYRNE, CECCHI,
  OLSTEIN, BRODY & AGNELLO, P.C.

*s/ James E. Cecchi*
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ  07068
973/994-1700

*Lead Counsel for Plaintiffs*