**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Civil Action No. 19-md-2904 (JKS)(MAH)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW LINDSEY H. TAYLOR** |

IT IS HEREBY ORDERED that, pursuant to the Motion to Withdraw, attorney Lindsey H. Taylor no longer represents Plaintiffs in this matter, and shall be removed from the ECF docket.

Plaintiffs will continue to be represented by Robbins Geller Rudman & Dowd LLP, among other counsel, and no party is prejudiced by Mr. Taylor's withdrawal. The Clerk terminates CM/ECF notices as to Lindsey H. Taylor for this matter.

**IT IS SO ORDERED.**

DATED: _____          _____
                                                                    HONORABLE JAMEL K. SEMPER
                                                                    UNITED STATES DISTRICT JUDGE