NEWARK, NEW JERSEY 07101
OFFICIAL BUSINESS




FIRST-CLASS MAIL
IMI
$001.77
07/03/2025 ZIP 07101
043M31257646
US POSTAGE

CLERK
DISTRICT COURT
RECEIVED
25 AUG -5 P II: 3

Brian L. Bleichner
Chestnut Cambronne PA
17 Washington Avenue North
Suite 300
Minneapolis, MN 55401

```
-R-T-S-   554015001-1N          07/22/25
          RETURN TO SENDER
          UNABLE TO FORWARD
          UNABLE TO FORWARD
          RETURN TO SENDER
```

**Other Orders/Judgments**
2:19-md-02904-MCA-MAH
AMERICAN MEDICAL
COLLECTION AGENCY, INC.,
CUSTOMER DATA SECURITY
BREACH LITIGATION

MASTER,SCHEDO

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 7/3/2025 at 9:05 AM EDT and filed on 7/2/2025

| | |
|---|---|
| **Case Name:** | AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION |
| **Case Number:** | 2:19-md-02904-MCA-MAH |
| **Filer:** | |
| **Document Number:** | 769 |

**Docket Text:**
**JOINT STIPULATION AND ORDER Regarding Withdrawal of Plaintiffs' Expert Designation of Gary D. Olsen. Signed by Magistrate Judge Michael A. Hammer on 7/2/2025. (arm)**

**2:19-md-02904-MCA-MAH Notice has been electronically mailed to:**

ADAM J. LEVITT    alevitt@dicellolevitt.com, 552536942@filings.docketbird.com, dlgchicago@dicellolevitt.com

ALEXANDER H. SCHMIDT    alex@alexschmidt.law

ALICIA J. PALLER    alicia.paller@hoganlovells.com, ky-yen.wong@hoganlovells.com

ALLISON M. HOLT-RYAN    allison.holt-ryan@hoganlovells.com, ky-yen.wong@hoganlovells.com

AMY E. KELLER    akeller@dicellolevitt.com, 3336248420@filings.docketbird.com, aotto@dicellolevitt.com

ANDREW J. SCHWABA    aschwaba@schwabalaw.com, brooke@schwabalaw.com, cporter@schwabalaw.com

ARIADNE PANAGOPOULOU    ariadne.panagopoulou@lewisbrisbois.com, aisha.mian@lewisbrisbois.com

Alexander F. Beale    bealea@fdazar.com, chateauneufs@fdazar.com

BRADLEY JASON BARTOLOMEO    bradley.bartolomeo@lewisbrisbois.com, aisha.mian@lewisbrisbois.com, brad.bartolomeo@lewisbrisbois.com

BRADLEY KEITH KING    bking@ahdootwolfson.com, 1946088420@filings.docketbird.com, 3559819420@filings.docketbird.com, filings@ahdootwolfson.com, hliivamagi@ahdootwolfson.com, mmontecalvo@ahdootwolfson.com, rahdoot@ahdootwolfson.com, tmaya@ahdootwolfson.com,

twolfson@ahdootwolfson.com

BRANT D PENNEY     b.penney@rwblawfirm.com

BRIAN C. GUDMUNDSON     brian.gudmundson@zimmreed.com, heidi.cuppy@zimmreed.com, leslie.harms@zimmreed.com

BRUCE DANIEL GREENBERG     bgreenberg@litedepalma.com, epalomino@litedepalma.com

CAREY ALEXANDER     ecf@careyalexander.com, 4401946420@filings.docketbird.com, carey@recap.email

CAROLINE F. BARTLETT     cbartlett@carellabyrne.com

CATHERINE B. DERENZE     cderenze@litedepalma.com, epalomino@litedepalma.com

CHARLES E. SCHAFFER     cschaffer@lfsblaw.com, rsummers@lfsblaw.com

CHRISTOPHER A. SEEGER     cseeger@seegerweiss.com, abadaruzzaman@seegerweiss.com, hsafdar@seegerweiss.com, rbarreca@seegerweiss.com, scott-siegel-5111@ecf.pacerpro.com, styjer@seegerweiss.com

CHRISTOPHER L. AYERS     cayers@seegerweiss.com, cayers22@gmail.com, inna--sachko-5164@ecf.pacerpro.com, styjer@seegerweiss.com

CORY M TEED     cory@goldencardona.com

COURTNEY E. MACCARONE     cmaccarone@zlk.com, aherda@zlk.com, consumer.ecf@zlk.com

DANIEL COCHRAN CRAIG     dcraig@sidley.com, daniel-craig-2748@ecf.pacerpro.com, efilingnotice@sidley.com

DAVID HENRY HOFFMAN     david.hoffman@sidley.com, david-hoffman-7199@ecf.pacerpro.com, efilingnotice@sidley.com

DAVID R. BUCHANAN     dbuchanan@seegerweiss.com, sperovich@seegerweiss.com

DOUGLAS J. MCNAMARA     dmcnamara@cohenmilstein.com, enotices@cohenmilstein.com

DURAN LAWRENCE KELLER     durankeller@me.com, 5313610420@filings.docketbird.com

E. MICHELLE DRAKE     emdrake@bm.net, mplsparalegals@bm.net

EAMON PAUL JOYCE     ejoyce@sidley.com, eamon-joyce-7103@ecf.pacerpro.com, efilingnotice@sidley.com, jcard@sidley.com, msuch@sidley.com, nyefiling@sidley.com

EDUARD KORSINSKY     ek@zlk.com, ecf@zlk.com, mmuller@zlk.com, shalliday@zlk.com, squinonez@zlk.com

EDWARD J. FANNING , JR     efanning@mccarter.com, dmartinez@mccarter.com, skaplan@mccarter.com

EDWARD W. CIOLKO     edward.ciolko@sterlingtonlaw.com, dan@lcllp.com, ecf@lcllp.com, Elizabeth@lcllp.com, gary@lcllp.com, jamisen@lcllp.com, kelly@lcllp.com, kenny.molina@sterlingtonlaw.com, matthew@lcllp.com

EMILY JAY SEIKEL    ejs@federmanlaw.com, law@federmanlaw.com, ngb@federmanlaw.com

ERIC H. GIBBS    ehg@classlawgroup.com, 1031352420@filings.docketbird.com, 4119488420@filings.docketbird.com, ccc@classlawgroup.com, dmb@classlawgroup.com, ds@girardgibbs.com, ecf@classlawgroup.com, jat@girardgibbs.com, mbg@girardgibbs.com, sal@girardgibbs.com, stevelopez@classlawgroup.com

ERIC J ARTRIP    artrip@mastandoartrip.com, tristram@mastandoartrip.com

ERIN GREEN COMITE    ecomite@scott-scott.com

EVELYN CRYSTAL LOPEZ    eclopez@mintz.com, docketing@mintz.com

GARY F. LYNCH    glynch@carlsonlynch.com, dhart@carlsonlynch.com, ecf@carlsonlynch.com, emcfarland@carlsonlynch.com, jetzel@carlsonlynch.com, kabramowicz@carlsonlynch.com

GARY S. GRAIFMAN    ggraifman@kgglaw.com, jbrody@kgglaw.com, Lmoccia@kgglaw.com

GRADY REEDER CAMPION    grcampion@mintz.com

HEATHER BENZMILLER SULTANIAN    hbenzmiller@sidley.com, efilingnotice@sidley.com, heather-sultanian-3303@ecf.pacerpro.com

HILLARY FIDLER    hfidler@seegerweiss.com

HOWARD THEODORE LONGMAN    hlongman@longman.law, tsvi@aol.com

JAMES A. BARRY    jbarry@denittislaw.com, dawn@denittislaw.com

JAMES E. CECCHI    jcecchi@carellabyrne.com, jsteele@carellabyrne.com, mrago@carellabyrne.com, zbower@carellabyrne.com

JAMES JOSEPH PIZZIRUSSO    jpizzirusso@hausfeld.com, hausfeld-ecfs_notice@juralaw.net, jmitchell@hausfeld.com, snathan@hausfeld.com

JASON LOUIS LICHTMAN    jlichtman@lchb.com, ekruger@lchb.com, jason-lichtman-9410@ecf.pacerpro.com, spetterson@lchb.com

JASON TODD DENNETT    jdennett@tousley.com, 1897231420@filings.docketbird.com, nmorin@tousley.com, pbrown@tousley.com

JEAN SUTTON MARTIN    jeanmartin@forthepeople.com, caden.mccoy@forthepeople.com, jcabezas@forthepeople.com

JEFFREY SPIEGEL    jeffrey.spiegel@lewisbrisbois.com, michelle.falconer@lewisbrisbois.com

JEFFREY ALAN SHOOMAN    jeffrey.shooman@lewisbrisbois.com, aisha.mian@lewisbrisbois.com

JOEL B. STRAUSS    jstrauss@kaplanfox.com, hclark@kaplanfox.com

JOHN AUSTIN MOORE    moore@stuevesiegel.com, williams@stuevesiegel.com

JORKEELL ECHEVERRIA    jecheverria@carltonfields.com, aaugenstein@carltonfields.com

JOSEPH J. DEPALMA    jdepalma@litedepalma.com, epalomino@litedepalma.com

JOSEPH P. GUGLIELMO    jguglielmo@scott-scott.com, ecomite@scott-scott.com, edewan@scott-scott.com, kjager@scott-scott.com, scott-scott@ecf.courtdrive.com

JUSTIN NEMATZADEH    jsn@nematlawyers.com, 2642722420@filings.docketbird.com

JUSTIN J. HAWAL    jhawal@dicellolevitt.com

Jason L. Lichtman , PHV    jlichtman@lchb.com

KATIE ROSE BERAN    kberan@hausfeld.com, slafreniere@hausfeld.com

KATRINA CARROLL    katrina@csclassactions.com, dan@lcllp.com, eciolko@lcllp.com, ekilpela@lcllp.com, elizabeth@lcllp.com, maggie@lcllp.com, sara@lcllp.com, scott@lcllp.com

KELLY DANA SCHNEID    kschneid@moritthock.com

KEVIN MICHAEL MCGINTY    kmcginty@mintz.com, docketing@mintz.com

LAUREN E. FENTON-VALDIVIA    LFenton-Valdivia@carltonfields.com, maguilar@carltonfields.com

LAURENCE DAVID KING    lking@kaplanfox.com, ffox@kaplanfox.com, hclark@kaplanfox.com, hnam@kaplanfox.com, nlee@kaplanfox.com, spowley@kaplanfox.com

LINDA P. NUSSBAUM    lnussbaum@nussbaumpc.com, sschwaiger@nussbaumpc.com

LINDSEY H. TAYLOR    ltaylor@rgrdlaw.com, e_file_fl@rgrdlaw.com, e_file_sd@rgrdlaw.com

MARC L. GODINO    mgodino@glancylaw.com

MARK M. MAKHAIL    mmakhail@mccarter.com

MARLOW SVATEK    marlow.svatek@bfkn.com

MARY L. RUSSELL    mrussell@finekaplan.com, akatzman@finekaplan.com, shufnagel@finekaplan.com

MARYBETH V. GIBSON    mgibson@thefinleyfirm.com, bstringfellow@thefinleyfirm.com

MELISSA R. EMERT    memert@kgglaw.com, ccornfield@kgglaw.com, dmarino@kgglaw.com, ebender@kgglaw.com

MICHAEL POREDA    poreda@poredalaw.com, mporeda@lydecker.com, poreda@hotmail.com

MICHAEL ANDREW INNES    minnes@carellabyrne.com

MICHAEL HAYDEN REED    michael@yankwitt.com, docketing@yankwitt.com, mhreed@gmail.com

MICHAEL M. WEINKOWITZ    mweinkowitz@lfsblaw.com, CSchaffer@lfsblaw.com, dlevin@lfsblaw.com, jlascio@lfsblaw.com, lberman@lfsblaw.com, pdandrea@lfsblaw.com

MICHAEL T. HENSLEY    mhensley@carltonfields.com, aaugenstein@carltonfields.com

NORMAN E. SIEGEL    siegel@stuevesiegel.com, hicks@stuevesiegel.com, perez@stuevesiegel.com

PARVIN KRISTY AMINOLROAYA    paminolroaya@seegerweiss.com, AShinde@SeegerWeiss.com, hsafdar@seegerweiss.com, sberry@seegerweiss.com

PAUL G KARLSGODT    pkarlsgodt@bakerlaw.com, dgonday@bakerlaw.com, rmann@bakerlaw.com

PHILIP LAWRENCE FRAIETTA    pfraietta@bursor.com, pfraietta@ecf.courtdrive.com

READE WILLIAM SELIGMANN    reade.seligmann@alston.com, autodocket-nyc@alston.com, managingclerksoffice-nyc@alston.com

REBECCA LEWIS TIERNEY    rebecca.lewistierney@sidley.com, efilingnotice@sidley.com, rebecca--lewis-tierney--8525@ecf.pacerpro.com

ROBYN MARA FELDSTEIN    rfeldstein@bakerlaw.com, bhlitdocket@bakerlaw.com

ROSEMARY M. RIVAS    rrivas@zlk.com, cmaccarone@zlk.com, jkornhaber@zlk.com, jtash@zlk.com, rmah@zlk.com

SCOTT A. GEORGE    sgeorge@seegerweiss.com, aarteaga@seegerweiss.com

SEYED ABBAS KAZEROUNIAN    ak@kazlg.com

SOPHIA RIOS    srios@bm.net

STEPHEN W. MCINERNEY    smcinerney@sidley.com, efilingnotice@sidley.com, stephen-mcinerney-5260@ecf.pacerpro.com

STEVEN M. NATHAN    snathan@hausfeld.com, hausfeld-ecfs_notice@juralaw.net, jmitchell@hausfeld.com, rrodriguez@hausfeld.com

STUART A. DAVIDSON    sdavidson@rgrdlaw.com, e_file_fl@rgrdlaw.com, e_file_sd@rgrdlaw.com, jmiller@rgrdlaw.com, khanson@rgrdlaw.com, ppuerto@rgrdlaw.com, sdavidson@ecf.courtdrive.com

Sarah Zandi    szandi@lchb.com

THOMAS P. SCRIVO    tscrivo@oslaw.com, mchina@oslaw.com

TIMOTHY G. BLOOD    tblood@bholaw.com, efile@bholaw.com, jmacpherson@bholaw.com, pbrown@bholaw.com, toreardon@bholaw.com

TINA WOLFSON    twolfson@ahdootwolfson.com, cstiner@ahdootwolfson.com, llowe@ahdootwolfson.com, tmaya@ahdootwolfson.com

TODD C. WERTS    werts@learwerts.com, lear@learwerts.com, megan@learwerts.com

TODD SETH GARBER    tgarber@fbfglaw.com

WILLIAM B. FEDERMAN    wbf@federmanlaw.com, law@federmanlaw.com

YOUNG YU    yyu@oslaw.com, mscardigno@oslaw.com

ZACHARY PAYNE    zpayne@sidley.com, nyefiling@sidley.com, zachary-payne-5434@ecf.pacerpro.com

**2:19-md-02904-MCA-MAH Notice has been sent by regular U.S. Mail:**

CARECENTRIX, INC.

Benjamin L. Bailey
BAILEY & GLASSER
209 Capitol Street
Charleston, WV 25301-1386

Brian Phillip Murray
Glancy Prongay & Murray LLP
122 East 42nd Street
Suite 2920
New York, NY 10168

Bryan L. Bleichner
Chestnut Cambronne PA
17 Washington Avenue North
Suite 300
Minneapolis, MN 55401

CATHERINE R. L. LAWSON
PARKER POE ADAMS & BERNSTEIN LLP
PNC PLAZA
301 FAYETTEVILLE ST., STE. 1400
RALEIGH, NC 27601

Chantal Khalil
Finkelstein, Blankinship, Frei-Pearson & Garber, LLP
445 Hamilton Avenue
White Plains, NY 10601

DAVID J. COONER
MCCARTER & ENGLISH, LLP
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07101

DAVID MATTHEW WILKERSON
VAN WINKLE BUCK WALL STARNES & DAVIS, P.A.
POB 7376
ASHEVILLE, NC 28802

J BENJAMIN FINLEY
200 13th Street
Columbus, GA 31901

Jeremiah Lee Frei-Pearson
Finkelstein Blankinship, Frei-Pearson & Garber, LLP
445 Hamilton Ave, Suite 605
White Plains, NY 10601

Jerusalem F Beligan

Bisnar Chase LLP
1301 Dove Street Suite 120
Newport Beach, CA 92660

Juan Eneas Monteverde
Monteverde & Associates
350 Fifth Avenue
Suite 4405
New York, NY 10118

Justin F Marquez
Wilshire Law Firm PLC
3055 Wilshire Boulevard 12th Floor
Los Angeles, CA 90010

Melissa Gardner, NCAED
275 Battery Street 29th Floor
San Francisco, CA 94111

Michael Willard Olson
Robinosn Calcagnie Inc
19 Corporate Plaza Drive
Newport Beach, CA 92660

NARENDRA K. GHOSH
PATTERSON HARKAVY, LLP
100 EUROPA DR., STE. 420
CHAPEL HILL, NC 27517

Rusty A. Payton
20 North Clark Street
Suite 3300
Chicago, IL 60602

Ryan M. Callahan
Callahan Law Firm, LLC
222 W. Gregory Blvd. Suite 210
Kansas City, MO 64114

SCOTT ELLIOTT BAYZLE
PARKER POE ADAMS & BERNSTEIN LLP
PNC PLAZA
301 FAYETTEVILLE ST., STE. 1400
RALEIGH, NC 27601

Spencer Sheehan
Sheehan & Associates, P.C.
505 Northern Boulevard
Suite 311
Great Neck, NY 11021

WILLIAM MARC GRAHAM
WALLACE AND GRAHAM, P.A.

525 N. MAIN ST.
SALISBURY, NC 28144

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=7/3/2025] [FileNumber=19684365-0
] [8fe01907fbede27f173c7db8d23843492ce1da84db6c5b149a97787d2760777f213
58f8ddd726f63dca6c573ad35b26d4c03d00d8ab144ef2886957707095d90]]