

Bradley J. Bartolomeo
7 World Trade Center
250 Greenwich St, 11th Floor
New York, NY 10007
Bradley.bartolomeo@lewisbrisbois.com

September 2, 2025

**VIA ECF**
Honorable Jamel K. Semper
United States District Judge
Martin Luther King Jr. Building
50 Walnut Street
Newark, NJ 07102

    Re:    *American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*
              (Other Labs Track)
              Civil Case No.: 2:19-md-02904-MCA-MAH

Dear Judge Semper:

      We represent Defendant Sonic Healthcare U.S.A. and its affiliated entities (the "Sonic Defendants") in the above-referenced action. We write, with Plaintiffs' counsel's consent, to respectfully request a page extension for our opposition brief to Plaintiffs' class certification motion. The Sonic Defendants seek 20 additional pages, from 30 (at 12-point font) to 50. If this request meets Your Honor's approval, please kindly So Order this letter and return it to the parties through the Court's ECF system.

                                              Respectfully submitted,

                                              /s/ *Bradley Bartolomeo*

                                              Bradley J. Bartolomeo of
                                              LEWIS BRISBOIS BISGAARD & SMITH LLP

cc.:          James E. Cecchi (via ECF)