

Bradley J. Bartolomeo
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
Bradley.Bartolomeo@lewisbrisbois.com
Direct: 212.232.1398

September 3, 2025     File No. 44012.7

**VIA ECF**
Honorable Jamel K. Semper
United States District Judge
Martin Luther King Jr. Building
50 Walnut Street
Newark, NJ 07102

Re: *American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*
(Other Labs Track)
Civil Case No.: 2:19-md-02904-MCA-MAH

Dear Honorable Judge Semper:

    We represent Defendant Sonic Healthcare U.S.A. and its affiliated entities (the "Sonic Defendants") in the above-referenced matter. We respectfully request that the Court reconsider its denial of Defendants' request for an enlargement of the page limit for their opposition to Plaintiffs' motion for class certification. [Dkt. No. 782].

    Granting this enlargement would align the page limits in this track with those permitted in other tracks of this MDL. For example, Quest and Optum360 were each granted 50-page opposition briefs [Dkt. No. 755], and Labcorp was similarly granted a 50-page limit [Dkt. No. 741].

    Plaintiffs in this track were also granted an enlargement from 30 to 36 pages [Dkt. No. 740] and incorporated by reference an additional 3 pages of argument, effectively bringing their total to 39 pages. Their brief raises numerous arguments that require a fulsome response, and Defendants respectfully request an enlargement to 50 pages in 12-point font to adequately address those issues.

    In light of the above, Defendants respectfully request the same relief as provided to all other defendants in this matter.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND •MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
162560031.1

Honorable Jamel K. Semper
September 3, 2025
Page 2

        Respectfully submitted,

        /s/ *Bradley J. Bartolomeo*

        Bradley J. Bartolomeo of
        LEWIS BRISBOIS BISGAARD & SMITH LLP

cc.:        All counsel of record (via ECF)