Ricardo Solano, Jr., Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
*Attorney for Defendants Quest*
*Diagnostics Incorporated and Quest*
*Diagnostics Clinical Laboratories.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: All Actions Against Quest Diagnostics, Inc. and Optum360 LLC. | Civil Action No. 19-md-2904 (JKS) (MAH)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants Quest Diagnostics Incorporated and Quest Diagnostics Clinical Laboratories in the above-captioned matter. Please serve copies of all papers in the captioned action upon the undersigned attorney at the e-mail address listed below.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: September 16, 2025<br>Newark, NJ | s/Ricardo Solano, Jr.<br>Ricardo Solano, Jr., Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Telephone: (973) 596-4500<br>Facsimile: (973) 596-0545<br>rsolano@gibbonslaw.com<br><br>*Attorney for Defendants Quest*<br>*Diagnostics Incorporated and Quest*<br>*Diagnostics Clinical Laboratories.* |