# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
1933 – 2023

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

**5 BECKER FARM ROAD**
**ROSELAND, N.J. 07068-1739**
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU

September 29, 2025

<u>VIA ECF</u>

Honorable Jamel K. Semper, U.S.D.J.
Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, **No. 19-md-2904-JKS-MAH**

Dear Judge Semper and Judge Hammer:

  I am Interim Lead Counsel for Plaintiffs in the above-referenced matter. I write respectfully to request a change to the format of Plaintiffs' class certification reply briefs due on October 22 in the Labcorp, Quest/Optum360, and Sonic tracks. *See* Dkt. Nos. 741, 755, 786.

  On September 2, 2025, Defendants in all three tracks served their opposition briefs on Plaintiffs pursuant to the Amended Scheduling Order. Dkt. No. 776. The four briefs include overlapping arguments about standing, causation, injury, and damages. Accordingly, to streamline Plaintiffs' reply and for the Court's convenience, Plaintiffs propose to submit one omnibus brief to avoid redundancy among (and cross-references between) four separate briefs. *See* Fed. R. Civ. P. 1. The track-specific issues would be addressed in separate track-specific sections of the omnibus brief.

  The omnibus brief will be shorter than the current total page limit for the four replies (80 pages): in fact, Plaintiffs are optimistic they will be able to restrict the omnibus brief to 60 pages.

  Plaintiffs proposed this structure to Defendants, and Defendants do not agree to this proposal.

  If the proposed structure meets with Your Honors' approval, please So Order this letter and return it to the Parties through the Court's ECF system.

September 29, 2025
Page 2

      We thank you for your continued attention to this matter and are available at the Court's convenience to answer any questions.

                                  Respectfully submitted,

                                  CARELLA, BYRNE, CECCHI,
                            OLSTEIN, BRODY & AGNELLO, P.C.

                                    /s/ James E. Cecchi
                                    JAMES E. CECCHI

It is SO ORDERED as of this ___ day of _____, 2025.


_____
HON. JAMEL K. SEMPER, U.S.D.J.
HON. MICHAEL A. HAMMER, U.S.M.J.