# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
1933 – 2023

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

**5 BECKER FARM ROAD**
**ROSELAND, N.J. 07068-1739**
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU

October 1, 2025

**VIA ECF**

Honorable Jamel K. Semper, U.S.D.J.
Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re: ***In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 19-md-2904-JKS-MAH**

Dear Judge Semper and Judge Hammer:

    I am Interim Lead Counsel for Plaintiffs in the above-referenced matter. I write to respond briefly to Defendants' letter to Your Honor dated September 30, 2025. ECF No. 788.

    Pursuant to the Court's Amended Scheduling Order, ECF No. 776, on September 2, 2025, Defendants served Plaintiffs with their oppositions to Plaintiffs' Motions for Class Certification.[1] In total, Plaintiffs received four briefs, each 50 pages in length, for a total of 200 pages. The briefs contain redundant sections, *inter alia*, related to Article III standing, the availability of injunctive relief under a 23(b)(2) class, and damages. The Court has granted Plaintiffs 20 pages in reply to each brief, for a total, here, of 80 pages. *See* ECF Nos. 741, 755, 740 & 786 ("Page Extension Orders"). Neither these Page Extension Orders nor the Amended Scheduling Order expressly states that Plaintiffs shall file individual replies versus a single consolidated reply. While Defendants are correct that as to their respective motions to dismiss, Plaintiffs filed individual oppositions, here, given the many redundancies in Defendants' class certification briefing, there is no reason to adhere mechanically to the same multi-brief structure, and, importantly, no court order requiring that structure. Plaintiffs are keenly aware of the various, non-redundant arguments Defendants have made in opposition to class certification and the need for the Court to clearly understand the distinct legal and factual issues with respect to those arguments. But not having seen Defendants'

---

[1] The parties' respective motion papers related to the class certification motions will not be filed until December, after the motions are fully briefed. ECF No. 776.

October 1, 2025
Page 2

responses, Plaintiffs submit that the Court will be far greater served by one 60-page clear, concise, consolidated reply. *See* Fed. R. Civ. P. 1.

    We thank you for your continued attention to this matter and are available at the Court's convenience to answer any questions.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

/s/ James E. Cecchi
JAMES E. CECCHI

cc: All Counsel of Record (via ECF)