UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Case No. 2:19-MD-2904-JKS-MAS

MEDICAL COLLECTION AGENCY, INC.
CUSTOMER DATA SECURITY BREACH LITIGATION

___

### NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD
___

Alexander F. Beale of Beale Legal Counselors, LLC hereby notifies this Court of his Withdrawal as Attorney of Record, and states as follows:

1. The undesigned entered his appearance as co-counsel with Franklin Azar's office and is no longer a member of that firm and is no longer involved with litigation represented by that firm.

2. Franklin Azar's office remains attorney of record in this matter and, therefore, no prejudice or delay will be caused by the undersigned's withdrawal.

WHEREFORE, the undersigned requests this Honorable Court to remove the name of Alexander Beale from further notifications in this matter and as counsel of record.

Dated this 1st day of October, 2025.

Respectfully submitted,

*s/ Alexander F. Beale*

___

Alexander F. Beale
Beale Legal Counselors, LLC
2596 W. Alamo Avenue
Littleton, Colorado 80120

Tel: (303) 794-7498; Fax: (303) 795-8591
alex@littletonlawyers.com
Colorado Bar No. 52430

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2025, I served a true and correct copy of the foregoing through CM/ECF to all parties of record.

*s/ Lana Meseck*