Genna A. Conti, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
*Attorneys for Defendants Quest*
*Diagnostics Incorporated and Quest*
*Diagnostics Clinical Laboratories.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: All Actions Against Quest Diagnostics, Inc. and Optum360 LLC | Civil Action No. 16-md-2904 (JKS) (MAH)<br><br>*Document electronically filed*<br><br>**NOTICE OF APPEARANCE OF GENNA A. CONTI, ESQ.** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants Quest Diagnostics Incorporated and Quest Diagnostics Clinical Laboratories in the above-captioned matter. Please serve copies of all papers in the captioned action upon the undersigned attorney at the e-mail address listed below.

Dated: October 3, 2025                **GIBBONS P.C.**

By: /s/ Genna A. Conti
    Genna A. Conti
    One Gateway Center
    Newark, New Jersey 07102-5310
    Tel: (973) 596-4500
    Fax: (973) 596-0545
    gconti@gibbonslaw.com

*Attorneys for Defendants Quest*
*Diagnostics Incorporated and Quest*
*Diagnostics Clinical Laboratories.*