UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION,<br><br>*This Document Relates to: All Actions* | Case No. 2:19-md-02904-JKS-MAH<br><br>**NOTICE TO WITHDRAW MICHAEL T. HENSLEY, ESQ. AS COUNSEL FOR DEFENDANT QUEST DIAGNOSTICS INCORPORATED** |

**PLEASE TAKE NOTICE** that Michael T. Hensley, Esq., a Shareholder of the firm Carlton Fields, P.A., 180 Park Avenue, Suite 106, Florham Park, New Jersey 07932 hereby withdraws his appearance as counsel of record for Quest Diagnostics Incorporated [ECF No. 7] in the above-referenced matter.

By: */s/ Michael T. Hensley*
Michael T. Hensley, Esq.
Carlton Fields, P.A.
180 Park Avenue, Suite 106
Florham Park, NJ 07932
mhensley@carltonfields.com
Attorneys for Defendant
Quest Diagnostics Incorporated

DATED: October 6, 2025

131886235.1