**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox
Joel B. Strauss
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: *ffox@kaplanfox.com*
*jstrauss@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (admitted *pro hac vice*)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Email: *lking@kaplanfox.com*

*Attorneys for Plaintiff Kaesha Gaye Camilia Henry*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE AMERICAN MEDICAL COLLECTION AGENCY INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 2:19-md-02904-JKS-MAH <br><br> MDL No. 2904 <br><br> **NOTICE OF CHANGE OF ADDRESS (SUITE NUMBER ONLY) FOR THE CALIFORNIA OFFICE OF KAPLAN FOX & KILSHEIMER** |
| This Document Relates to: <br><br> *Henry v. American Medical Collection Agency, Inc. et al,* Case No. 2:19-cv-16711-MCA-MAH | Judge: Hon. Jamel K. Semper <br><br> Mag. Judge: Hon. Michael K. Hammer |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, effective immediately, Kaplan Fox & Kilsheimer LLP's Oakland office has changed suite numbers, and the address information for Laurence D. King has changed.  The updated address information is:

Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1501
Oakland, CA 94612

All other contact information, including the telephone number, facsimile number, and email address for attorney Laurence D. King remains the same.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: October 8, 2025

By: /s/ *Joel B. Strauss*
  Joel B. Strauss

Frederic S. Fox
Joel B. Strauss
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile:  (212) 687-7714
Email:   ffox@kaplanfox.com
    jstrauss@kaplanfox.com

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (admitted *pro hac vice*)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone:  (415) 772-4700
Facsimile:   (415) 772-4707
Email:    lking@kaplanfox.com

*Attorneys for Plaintiff Kaesha Gaye Camilia Henry*