UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION, <br><br> *This Document Relates to: All Actions* | Case No. 2:19-md-02904-JKS-MAH <br><br> **NOTICE TO WITHDRAW LAUREN E. FENTON-VALDIVIA, ESQ. AS COUNSEL FOR DEFENDANT QUEST DIAGNOSTICS INCORPORATED** |

**PLEASE TAKE NOTICE** that Lauren E. Fenton-Valdivia, Esq., a Shareholder of the firm Carlton Fields, P.A., 180 Park Avenue, Suite 106, Florham Park, New Jersey 07932 hereby withdraws his appearance as counsel of record for Quest Diagnostics Incorporated [ECF No. 143] in the above-referenced matter.

By: */s/ Lauren E. Fenton-Valdivia*
Lauren E. Fenton-Valdivia, Esq.
Carlton Fields, P.A.
180 Park Avenue, Suite 106
Florham Park, NJ 07932
Lfenton-valdivia@carltonfields.com
Attorneys for Defendant
Quest Diagnostics Incorporated

DATED: October 8, 2025

**SO ORDERED**
*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.
Date: October 9, 2025

131886235.1