



SIDLEY AUSTIN LLP  
ONE SOUTH DEARBORN STREET  
CHICAGO, ILLINOIS  60603  
+1 312 853-7000  
+1 312 853 7036 FAX

+1 312 853 2174  
DAVID.HOFFMAN@SIDLEY.COM

November 4, 2025

**VIA ECF**

The Honorable Jamel K. Semper  
The Honorable Michael A. Hammer  
U.S. District Court for the District of New Jersey  
Martin Luther King Building & U.S. Courthouse  
50 Walnut Street, Room 4105  
Newark, NJ  07101

      Re:    *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 19-md-02904(JKS)(MAH) – All Tracks

Dear Judge Semper and Judge Hammer:

      Defendants write to request leave to file a single omnibus brief of up to 60 pages to exclude four of Plaintiffs' class certification experts: Mary Frantz, Sharon Anolik, Amy Worley, and Scott Witt. Pursuant to the Scheduling Order entered on July 21, 2025, any motions challenging class certification experts are due on November 10. ECF 776.

      Under the presumptive briefing limits set forth in Local Rule 7.2, Defendants would be entitled to *160 pages* of briefing if they were to file a separate motion to exclude each of Plaintiffs' putative experts. However, Defendants believe that a single omnibus motion will eliminate unnecessary repetition and cross-referencing, and allow for the most efficient presentation of arguments.

      The parties have conferred, and Plaintiffs do not oppose Defendants' request.

      Accordingly, Defendants respectfully request that the Court grant Defendants leave to file a single omnibus brief of up to 60 pages challenging Plaintiffs' class certification experts.[1] If the

---

[1] Defendants reserve all rights to later challenge Plaintiffs' putative expert, Matthew Strebe, who was never disclosed and purported to present a "rebuttal" report that improperly redid the analysis of Mary Frantz. Defendants requested separate relief as to Strebe, including a stay of the deadline to challenge him until after resolution of Defendants' forthcoming motion to strike. *See* ECF 800. Plaintiffs oppose such separate relief and believe that Defendants should challenge Strebe by November 10.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.

**SIDLEY**

The Honorable Jamel K. Semper
The Honorable Michael A. Hammer
November 4, 2025
Page 2

proposed structure is acceptable to Your Honor, please So Order this letter at your earliest convenience.

      We appreciate the Court's continued attention to this matter and are available at the Court's convenience should there be any questions.

                                                    Sincerely,

**SO ORDERED.**

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

**Dated: November 7, 2025**

*/s/ David H. Hoffman*
David H. Hoffman
**SIDLEY AUSTIN LLP**
*Counsel for Defendant Quest Diagnostics Incorporated*

*/s/ Donald Houser*
Donald Houser
**ALSTON & BIRD LLP**
*Counsel for Defendant Optum360, LLC*

*/s/ Allison Holt Ryan*
Allison Holt Ryan
**HOGAN LOVELLS US LLP**
*Counsel for Defendant Laboratory Corporation of America Holdings*

*/s/ Bradley J. Bartolomeo*
Bradley J. Bartolomeo
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Defendants Sonic Healthcare USA, Clinical Pathology Laboratories, Inc., Aurora Diagnostics LLC, and Austin Pathology Associates*