IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: ALL ACTIONS | Civil Action No. 19-md-2904 (JKS)(MAH) (MDL 2904)<br><br>NOTICE OF APPEARANCE OF MICHAEL A. BOTTI |

**PLEASE TAKE NOTICE** that Michael A. Botti, Esq. of the law firm O'Toole Scrivo, LLC hereby enters his appearance as counsel of record in the above-captioned matter on behalf of Defendant Optum 360, LLC, and requests that copies of all papers and notices in this action be served upon him.

Dated: November 14, 2025

/s/ Michael A. Botti
Michael A. Botti, Esq.
**O'TOOLE SCRIVO, LLC**
14 Village Park Road
Cedar Grove, NJ 07009
Telephone: (973) 239-5700
Facsimile: (973) 239-3400
mbotti@oslaw.com

*Attorneys for Defendant Optum 360, LLC*

## CERTIFICATE OF SERVICE

I certify that on November 14, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users.

*/s/ Michael A. Botti*
Michael A. Botti, Esq.
