# CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | JORDAN M. STEELE |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | BRITTNEY M. MASTRANGELO |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | GRANT Y. LEE*** |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | MAYBOL HALL |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | WILLIAM J. MANORY |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | NESLIHAN Z. TALU |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| | MEGAN A. NATALE | | ***MEMBER IL BAR ONLY |
| | KEVIN G. COOPER | | +MEMBER FL BAR ONLY |

November 17, 2025

<u>VIA ECF</u>

Honorable Jamel K. Semper, U.S.D.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S.P.O & Courthouse
2 Federal Sqaure
Newark, NJ 07102

    **Re:**   *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 19-md-2904(JKS)(MAH)

Dear Judge Semper,

  This firm is Interim Lead Counsel for Plaintiffs in this long running data breach MDL. I am pleased to report that Plaintiffs have reached a settlement in principle with Defendant Laboratory Corporation of America Holdings ("Labcorp"). We are in the process of drafting a formal agreement documenting the settlement. We will keep Your Honor apprised of all developments in this regard.

  In addition, given this settlement, Plaintiffs' motion for class certification against Labcorp is now moot. There is no need for the Court to invest any resources as to that motion, which is due to be filed on the docket on December 18, 19 and 22, 2025. (ECF 776.) Accordingly, if it meets with Your Honor's approval, Plaintiffs and Labcorp will refrain from filing their respective papers in connection with that motion. The other three class certification motions against Quest, Optum360, and Sonic remain live as no settlement has been reached with these Defendants. We are, however, scheduled to mediate with these Defendants in December and January.

November 17, 2025
Page 2

As always, if the Court has any questions, we are available at Your Honor's convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO

*/s/ James E. Cecchi*

JAMES E. CECCHI

cc: All Counsel of Record