

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | JORDAN M. STEELE |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | BRITTNEY M. MASTRANGELO |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | GRANT Y. LEE*** |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | MAYBOL HALL |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | WILLIAM J. MANORY |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | NESLIHAN Z. TALU |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| | MEGAN A. NATALE | | ***MEMBER IL BAR ONLY |
| | KEVIN G. COOPER | | +MEMBER FL BAR ONLY |

December 1, 2025

**VIA ECF**
Honorable Jamel K. Semper, U.S.D.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S.P.O & Courthouse
2 Federal Square
Newark, NJ 07102

    Re: *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 19-md-2904(JKS)(MAH)

Dear Judge Semper,

  I am interim Lead Counsel for Plaintiffs in the above-referenced matter. I write to request leave to file a single omnibus opposition brief of up to 60 pages to respond to Defendants' 60-page brief challenging Plaintiffs' class certification experts, Mary Frantz, Sharon Anolik, Amy Worley, and Scott Witt. *See* ECF No. 805 (granting Defendants' request for same). Plaintiffs' opposition is due to be served pursuant to the Amended Scheduling Order, ECF No. 776, on Wednesday, December 3, 2025. The parties have conferred and Defendants do not oppose this request. If this meets with Your Honor's approval, please So Order this letter and return it to the parties through the Court's ECF system.

  Thank you for Your Honor's continued attention to this matter.

          Respectfully submitted,
         CARELLA, BYRNE, CECCHI,
          BRODY & AGNELLO

          */s/ James E. Cecchi*

          JAMES E. CECCHI

cc: All Counsel of Record