# ALSTON & BIRD

90 Park Avenue
15th Floor
New York, NY 10016

Paul Tanck  Direct Dial: 212-210-9438  Email: Paul.Tanck@Alston.com

December 8, 2025

**VIA ECF**
Honorable F. Dennis Saylor
John Joseph Moakley U.S. Courthouse
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    **Re:** *Maquet Cardiovascular LLC v. Abiomed, Inc. et al.*,
          **No. 1:17-cv-12311-FDS (D. Mass.)**

Dear Judge Saylor:

    We represent Plaintiff Maquet Cardiovascular LLC ("Maquet") in the above-captioned action. In an effort to streamline this case for trial, Maquet is no longer asserting Claim 2 of U.S. Patent No. 10,238,783. Accordingly, Abiomed's Motion for Summary Judgment of Invalidity of Claim 2 of U.S. Patent No. 10,238,783 (D.I. 427) is now moot, and this motion can be removed from the list of pending motions to be argued at the hearing scheduled for Thursday, December 11, 2025.

                              Respectfully submitted,

                              */s/ Paul Tanck*

                              Paul Tanck
                              ALSTON & BIRD LLP
                              90 Park Avenue
                              New York, NY 10016
                              Tel: (212) 210-9400 / Fax: (212) 210-9444
                              paul.tanck@alston.com

                              *Attorney for Maquet Cardiovascular LLC*

Alston & Bird LLP     www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

## CERTIFICATE OF SERVICE

     I hereby certify that on December 8, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which sends electronic notice to all counsel of record.

                                  */s/ Paul Tanck*
                                  Paul Tanck