UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To:*<br><br>*All Actions* | Case No.: 19-md-2904 (JKS)(MAH)<br><br>MDL 2904<br><br>*Document Electronically Filed*<br><br>**NOTICE TO WITHDRAW KATIE JO LUNINGHAM AS COUNSEL FOR DEFENDANT OPTUM360, LLC** |

PLEASE TAKE NOTICE that Katie Jo Luningham, who is no longer affiliated with the law firm of Alston & Bird LLP, hereby withdraws her *pro hac vice* appearance as counsel of record for Defendant Optum360, LLC [ECF 432], in the above-captioned matter.

Attorneys from the law firm of Alston & Bird LLP will continue to represent Optum360 LLC in this matter.

Dated:   December 8, 2025

Respectfully submitted,

*/s/ Reade W. Seligmann*
READE W. SELIGMANN
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
reade.seligmann@alston.com

*Attorneys for Defendant Optum360, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, I electronically filed the foregoing NOTICE TO WITHDRAW KATIE JO LUNINGHAM with the Clerk of the Court using the CM/ECF system and further caused the same to be served on counsel of record via ECF filing.

*/s/ Reade W. Seligmann*
READE W. SELIGMANN
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
reade.seligmann@alston.com

*Attorneys for Defendant Optum360, LLC*