# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Reade W. Seligmann**  Direct Dial: **+1 212 210 9453**  Email: **reade.seligmann@alston.com**

December 11, 2025

**VIA ECF**

The Honorable Jamel K. Semper
The Honorable Michael A. Hammer
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 19-md-02904(JKS)(MAH)
Quest/Optum360 Track and Other Labs Track

Dear Judge Semper and Judge Hammer:

We write on behalf of Defendants to request leave to file a single omnibus reply brief of up to 50 pages in support of Defendants' motion to exclude four of Plaintiffs' class certification experts: Mary Frantz, Sharon Anolik, Amy Worley, and Scott Witt.[1] Pursuant to the Amended Scheduling Order entered on July 21, 2025, any reply briefs in support of motions challenging class certification experts are currently due to be served on December 17, 2025 and will be filed on December 30, 2025. ECF 776.

The Court previously granted Defendants' request to file a single omnibus brief challenging these experts, ECF 805, and Plaintiffs' corresponding request to file an omnibus response brief, ECF 811. If Defendants had elected to file separate motions for each of the four experts, Defendants would currently be entitled to 60 pages at 14-point font of reply briefing in support of their motions under the presumptive briefing limits set forth in Local Rule 7.2. However, as with their opening brief, Defendants believe that a single omnibus reply will eliminate unnecessary repetition and cross-referencing and allow for the most efficient presentation of arguments.

---

[1] The Court has stayed the deadline for any motion to exclude the expert report of Plaintiffs' putative "rebuttal" expert Matthew Strebe. ECF 804. Defendants subsequently moved to strike Strebe's report as untimely and improper, ECF 806, 812, which Plaintiffs have opposed, ECF 809.

Alston & Bird LLP                                                                                                           www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

*In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 19-md-02904(JKS)(MAH)
December 11, 2025
Page 2

  The parties have conferred, and Plaintiffs do not oppose Defendants' request.

  Accordingly, Defendants respectfully request that the Court grant Defendants leave to file a single omnibus reply brief of up to 50 pages at 14-point font challenging Plaintiffs' class certification experts. If this request meets Your Honor's approval, please kindly So Order this letter and return it to the parties through the Court's ECF system.

  We appreciate the Court's continued attention to this matter and are available at the Court's convenience should there be any questions.

              Respectfully submitted,

              */s/ Reade Seligmann*
              Reade Seligmann
              ALSTON & BIRD LLP
              90 Park Avenue
              New York, NY 10016
              Tel: 212-210-9400
              Email: reade.seligmann@alston.com

              *Counsel for Defendant Optum360, LLC*

CC: All counsel of record (via ECF)

It is SO ORDERED as of this ___ day of _____, 2025.

_____
HON. JAMEL K. SEMPER, U.S.D.J.
HON. MICHAEL A. HAMMER, U.S.M.J.