# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Reade W. Seligmann Direct Dial: +1 212 210 9453 Email: reade.seligmann@alston.com

December 15, 2025

Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *In re American Medical Collection Agency, Inc., Customer Data Security Breach Litigation*, Civil Action No. 19-md-2904(JKS)(MAH)

Dear Judge Hammer:

On July 7, 2025, the Court directed all parties to engage in mediation and submit a status report on or before December 14, 2025. ECF No. 768. The Parties on the Quest/Optum360 track mediated in person in Philadelphia, Pennsylvania before the Hon. Judge Diane M. Welsh (Ret.) on December 2, 2025, but did not reach a resolution.

 Respectfully submitted,

 */s/ Reade W. Seligmann*
 Reade W. Seligmann
 Counsel for Optum360, LLC

 */s/ David H. Hoffman*
 David H. Hoffman
 Counsel for Quest Diagnostics Incorporated

 */s/ James E. Cecchi*
 James E. Cecchi
 Counsel for Plaintiffs

Alston & Bird LLP www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.