**LITE DEPALMA GREENBERG & AFANADOR**

570 Broad Street / Suite 1201 / Newark, NJ 07102
973.623.3000 Main / 973.623.0858 Fax / litedepalma.com

Newark / Philadelphia

December 15, 2025

**VIA ECF**
Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

  Re: *In re American Medical Collection Agency, Inc., Customer Data Security Breach Litigation,*
     Civil Action No. 19-md-2904(JKS)(MAH)

Dear Judge Hammer:

  We write jointly on behalf of Plaintiffs Gwendolyn Anderson and Tonda Tate, and Defendants Sonic Healthcare USA, Aurora Diagnostics, LLC, Clinical Pathology Laboratories, and Austin Pathology Associates (collectively, "Other Labs Track Parties"). On July 7, 2025, the Court directed all parties to submit a status report regarding mediation on or before December 14, 2025. ECF No. 768. The Other Labs Track Parties are scheduled to mediate in person in Philadelphia, Pennsylvania before the Hon. Judge Diane M. Welsh (Ret.) on January 15, 2026.

           Respectfully submitted,

           */s/ Joseph J. DePalma*
           Joseph J. DePalma
           *Counsel for Plaintiffs and the Putative Class*

           */s/ Bradley J. Bartolomeo*
           Bradley J. Bartolomeo
           *Counsel for Defendants*