# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Reade W. Seligmann          Direct Dial: +1 212 210 9453          Email: reade.seligmann@alston.com

**VIA ECF**

December 17, 2025

Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, Civil Action No. 19-md-2904(JKS)(MAH)

Dear Judge Hammer:

I write on behalf of all Parties in the above matter to respectfully request leave to file an omnibus motion to seal in connection with briefing on Plaintiffs' forthcoming motions for class certification and the Parties' forthcoming motions challenging class certification experts by January 20, 2026.

- Filing of the briefing related to Plaintiffs' motions for class certification will be completed on December 22, 2025. ECF No. 776. Pursuant to Local Civil Rule 5.3(c)(2), the motion to seal such briefing would be due 14 days later, on January 5, 2026.

- Filing of the briefing related to the Parties' motions challenging class certification experts will be completed on December 30, 2025. ECF No. 776. Pursuant to Local Civil Rule 5.3(c)(2), the motion to seal such briefing would be due 14 days later, on January 13, 2026.

The Parties believe that an omnibus motion to seal concerning all briefing related to Plaintiffs' motions for class certification and the Parties' motions challenging class certification experts, which refer to overlapping exhibits and materials, will be more efficient and conserve judicial resources. Additionally, given the holidays and the volume of materials to be filed, the Parties respectfully request a short extension of time to file an omnibus motion to seal by no later than January 20, 2026. The Parties further request that these materials remain under seal until the forthcoming omnibus motion to seal is decided

Alston & Bird LLP                                                                                              www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

December 17, 2025
Page 2

by the Court. If this is acceptable to the Court, kindly "so order" this letter and have a "filed" copy returned to us via the Court's ECF system.

Thank you for your continued attention to this matter. If the Court has any questions, the Parties are available at your convenience.

Sincerely,

*/s/ Reade W. Seligmann*
Reade W. Seligmann

CC: All counsel of record (via ECF)

It is SO ORDERED this 18th day of December, 2025.

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

HON. MICHAEL A. HAMMER, U.S.M.J.