**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To: Quest/Optum360 Track* | Civil Action No. 19-md-2904 (MCA)(MAH)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that on Monday, June 2, 2025 at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs shall move before the Honorable Madeline Cox Arleo at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey, for an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure, certifying this action as a class action, appointing the moving Plaintiffs Breanna Klein, Rose Marie Perry, Ria Jairam, Noel Benadom, John Briley, Karli Parker, Joyce Rosselli, Brittney Petitta, Darlane Saracina, Jo Ann Buck, Shannon Walden, Michael Rutan, Nancy Infield, LaTease Rikard, Deanna Taylor, Elizabeth Holloway, Annie Mae Smith, Ashley Finch, and Naomi Jaworowski as class representatives, appointing James E. Cecchi of Carella Byrne Cecchi Brody & Agnello, P.C., Jason L. Lichtman of Lieff Cabraser Heimann & Bernstein, LLP, Christopher A. Seeger of Seeger Weiss LLP, and Norman E. Siegel of Stueve Siegel Hanson LLP as class counsel in accordance with Rule 23(g) of the Federal Rules of Civil Procedure, and for such other and further relief as is just and proper.

The undersigned intend to rely upon the annexed Memorandum of Law in Support of the Quest Plaintiffs' Motion for Class Certification and Declaration of James E. Cecchi in Support of Quest Plaintiffs' Motion for Class Certification and the Exhibits thereto.

The undersigned hereby requests oral argument.

DATED: November 1, 2024

CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.

By: */s/ James E. Cecchi*

JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ 07068
973.994.1700
jcecchi@carellabyrne.com

*Interim Lead Counsel for Plaintiffs*

Jason L. Lichtman
Sean A. Petterson
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson St., 8th Floor
New York, NY 11013
(212) 355-9500

Norman E. Siegel
J. Austin Moore
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
(816) 714-7100

Christopher A. Seeger
Christopher Ayers
**SEEGER WEISS, LLP**
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100

*Quest Track Co-Lead Counsel*