James E. Cecchi
**CARELLA BYRNE CECCHI**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
*Interim Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To: Other Labs Track* | Civil Action No. 19-md-2904 (MCA)(MAH)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that on Monday, June 2, 2025 at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs shall move before the Honorable Madeline Cox Arleo at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey, for an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure, certifying this action as a class action, appointing the moving Plaintiffs Gwendolyn Anderson and Tonda Tate as class representatives, appointing James E. Cecchi of Carella Byrne Cecchi Brody & Agnello, P.C., Joseph J. DePalma of Lite DePalma Greenberg & Afanador, LLC, and Amy E. Keller of DiCello Levitt LLP as class counsel in accordance with Rule 23(g) of the Federal Rules of Civil Procedure, and for such other and further relief as is just and proper.

PLEASE TAKE FURTHER NOTICE that the undersigned intend to rely upon the annexed Memorandum of Law in Support of Sonic Plaintiffs' Motion for Class Certification and Declaration of James E. Cecchi in Support of Sonic Plaintiffs' Motion for Class Certification and the Exhibits thereto.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests oral argument.

1012718.2

                                                  CARELLA, BYRNE, CECCHI,
                                                  BRODY & AGNELLO, P.C.
                                                  Attorneys for Plaintiffs

                                                  By:   /s/ James E. Cecchi
                                                            JAMES E. CECCHI

Dated: November 1, 2024

1012718.2