# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Reade W. Seligmann                    Direct Dial: +1 212 210 9453                    Email: reade.seligmann@alston.com

**VIA ECF**

December 19, 2025

Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:    *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, Civil Action No. 19-md-2904(JKS)(MAH)

Dear Judge Hammer:

We write on behalf of all Parties in the above matter to respectfully request an extension of time to file a motion to seal the briefing and supporting materials for Defendants' Letter Motion to Strike Plaintiff's Newly Disclosed Expert Matthew Strebe (the "Motion to Strike") (ECF Nos. 806, 809, 812). The briefing on the Motion to Strike was completed on December 5, 2025. ECF No. 812. Pursuant to Local Civil Rule 5.3(c)(2), the motion to seal the briefing on the Motion to Strike is due 14 days later, December 19, 2025.

The Motion to Strike refers to exhibits and materials which overlap with Plaintiffs' class certification motions (ECF Nos. 823-826), the Parties' forthcoming motions challenging class certification experts, and the related briefing. As a result, the motion to seal the Motion to Strike will address many of the same materials and issues as the Parties' forthcoming omnibus motion to seal the class certification related materials. ECF No. 822. The Parties seek additional time in order to ensure a consistent approach can be taken across all related filings and materials, which they also believe will conserve judicial resources. Therefore, the Parties respectfully request an extension of time to file the motion to seal the Motion to Strike by no later than January 20, 2026. The Parties further request that these materials remain under seal until the forthcoming motion to seal is decided by the Court. If this is acceptable to the Court, kindly "so order" this letter and have a "filed" copy returned to us via the Court's ECF system.

Alston & Bird LLP                                                                                                                        www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

*In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, Civil Action No. 19-md-2904(JKS)(MAH)
December 19, 2025
Page 2

      Thank you for your continued attention to this matter. If the Court has any questions, we are available at your convenience.

                                                  Sincerely,

                                                  */s/ Reade W. Seligmann*
                                                  Reade W. Seligmann

CC: All counsel of record (via ECF)

It is SO ORDERED as of this ___ day of _____, 2025.

_____
HON. MICHAEL A. HAMMER, U.S.M.J.