# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
### (Newark Vicinage)

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>All Tracks | Civil No. 2:19-md-02904-JKS-MAH<br><br>Judge Jamel K. Semper<br><br>**Oral Argument Requested**<br><br>**NOTICE OF MOTION TO EXCLUDE PLAINTIFFS' EXPERTS** |

**TO:   All Counsel of Record**

**PLEASE TAKE NOTICE** that on January 19, 2026, or as soon thereafter as counsel may be heard, Defendants Quest Diagnostics Incorporated, Optum360, LLC, Laboratory Corporation of America Holdings, Sonic Healthcare USA, Clinical Pathology Laboratories, Inc., Aurora Diagnostics LLC, and Austin Pathology Associates, by and through their attorneys, shall respectfully move before the Honorable Jamel K. Semper, U.S.D.J. at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom PO 03, Newark, New Jersey 07101, for an order excluding the testimony of Plaintiffs' Experts Mary Frantz, Amy Worley, Scott Witt, and Sharon Anolik pursuant to Federal Rule of Evidence 702.

**PLEASE TAKE FURTHER NOTICE** that Defendants rely on the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude Plaintiffs' Experts Mary Frantz, Amy Worley, Scott Witt, and Sharon Anolik.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith pursuant to Local Civil Rule 7.1(e).

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested pursuant to Local Civil Rule 78.1.

Dated:  November 11, 2025             Respectfully submitted,

By: /s/ *David H. Hoffman*

David H. Hoffman
Daniel C. Craig
Heather Benzmiller Sultanian
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Tel.: (312) 853-7000
david.hoffman@sidley.com
dcraig@sidley.com
hsultanian@sidley.com

Eamon P. Joyce
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
Tel.: (212) 839-8555
ejoyce@sidley.com

Ricardo Solano, Jr.
GIBBONS P.C.
One Gateway Center
Newark, NJ  07102
Tel.: (973) 596-4500
rsolano@gibbonslaw.com

*Attorneys for Defendant Quest Diagnostics Incorporated*

2

By: /s/ *Reade W. Seligmann*

Reade W. Seligmann
ALSTON & BIRD LLP
90 Park Avenue, 12th Floor
New York, NY  10016
Tel.: (212) 210-9453
reade.seligmann@alston.com

Kristine M. Brown
Donald M. Houser
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309
Tel.: (404) 881-7000
kristy.brown@alston.com
donald.houser@alston.com

Thomas P. Scrivo
Young Yu
O'TOOLE SCRIVO, LLC
14 Village Park Road
Cedar Grove, NJ  07009
Tel.: (973) 239-5700
tscrivo@oslaw.com
yyu@oslaw.com

*Attorneys for Defendant Optum360, LLC*


By: /s/ *Edward J. Fanning, Jr.*

Edward J. Fanning, Jr.
McCARTER & ENGLISH, LP
Four Gateway Center
100 Mulberry St.
Newark, NJ  07102
Tel.: (973) 622-4444
efanning@mccarter.com

Allison Holt Ryan
Adam A. Cooke
Alicia J. Paller
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC  20004
Tel.: (202) 637-5600
allison.holt-ryan@hoganlovells.com
adam.a.cooke@hoganlovells.com
alicia.paller@hoganlovells.com

3

*Attorneys for Defendant Laboratory Corporation of America Holdings*

By: */s/ Bradley J. Bartolomeo*

Bradley J. Bartolomeo
Jeffrey Y. Spiegel
Ariadne Panagopoulou
Abaigeal D. Franson
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Riverfront Plaza, Suite 800
Newark, NJ  07102
Tel.: (973) 577-6260
bradley.bartolomeo@lewisbrisbois.com
jeffrey.spiegel@lewisbrisbois.com
ariadne.panagopoulou@lewisbrisbois.com
Abaigeal.franson@lewisbrisbois.com

*Attorneys for Defendants Sonic Healthcare USA, Clinical Pathology Laboratories, Inc., Aurora Diagnostics LLC, and Austin Pathology Associates*