UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to: All Cases | Case No.: 2:19-md-02904-JKS-MAH<br><br>MDL No.: 2904 |

**NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that attorney Jean S. Martin hereby files this Notice of Change of Address in the above-captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

| | |
|---|---|
| Law Firm: | Aylstock, Witkin, Kreis & Overholtz |
| Address: | 17 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>Phone: 850-210-1010<br>Email: JMartin@awkolaw.com |

Dated: January 12, 2026                    Respectfully submitted,

*/s/ Jean S. Martin*
Jean S. Martin
**Aylstock, Witkin, Kreis & Overholtz**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Phone: 850-210-1010
Email: JMartin@awkolaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Jean S. Martin*
Jean S. Martin