# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To: All Tracks* | Civil Action No. 2:19-md-02904 (JKS-MAH)<br><br>**NOTICE OF MOTION TO SEAL CONFIDENTIAL MATERIALS** |

**TO: ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on February 17, 2026, or as soon thereafter as counsel may be heard, counsel for Defendants Optum360, LLC ("Optum360"), Quest Diagnostics Incorporated ("Quest"), and Sonic Healthcare U.S.A. and its affiliated entities (the "Sonic Defendants") (collectively, "Defendants") shall move before the Honorable Michael A. Hammer, U.S.M.J., at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, pursuant to Local Civil Rule 5.3(c), for an Order sealing the following documents or portions thereof:

**Plaintiffs' Class Certification Motions**

- Plaintiffs' Memorandum in Support of Motion to Certify Class in Quest/Optum Track (ECF 824) and Exhibits 1, 2, 4-61 (ECF 824-2, ECF 824-3, ECF 824-4–824-61);

- Plaintiffs' Memorandum in Support of Motion to Certify Class in Other Labs Track (ECF 826) and Exhibits 1, 2, 4, 6–73, 75–84 (ECF 826-2, 826-3, 826-5, 826-7–826-74, 826-76–826-85);

- Optum360's Brief in Opposition to Plaintiffs' Motion for Class Certification (ECF 827) and Exhibits 1–5, 7–26, 28–35 (ECF 827-2–827-9; 827-11–827-30, 827-32–827-39);

- Quest's Brief in Opposition to Plaintiffs' Motion for Class Certification (ECF 828) and Exhibits 1–33 (ECF 828-2–828-38);

- Sonic Defendants' Brief in Opposition to Plaintiffs' Motion for Class Certification (ECF 830) and Exhibits 1–15 (ECF 830-2–830-19);

- Plaintiffs' Omnibus Reply in Support of Class Certification (ECF 832) and Exhibits 62–85 (ECF 832-2–832-25);

**Motions Challenging Class Certification Experts**

- Plaintiffs' Memorandum in Support of Motion to Exclude Jeffrey B. Miller (ECF 834) and Exhibits 1–4 (ECF 834-2–834-5)

- Plaintiffs' Memorandum in Support of Motion to Exclude Matteo Tomasini (ECF 836) and Exhibits 1–8 (ECF 836-2–836-9);

- Defendants' Memorandum in Support of Motion to Exclude Plaintiffs' Experts Mary Frantz, Amy Worley, Scott Witt, and Sharon Anolik (ECF 838) and Exhibits 1–24 (ECF 838-2–838-25);

- Defendants' Brief in Opposition to Motion to Exclude Tomasini (ECF 839) and Exhibits 1–14 (ECF 839-2–839-15);

- Defendants' Brief in Opposition to Motion to Exclude Miller (ECF 840) and Exhibits 1–4 (ECF 840-2–840-5);

- Plaintiffs' Brief in Opposition to Motion to Exclude Frantz, Worley, Witt, and Anolik (ECF 841) and Exhibits 1–14 (ECF 841-2–842-15);

- Defendants' Reply in Support of Motion to Exclude Frantz, Worley, Witt, and Anolik (ECF 842) and Exhibits 26–28 (ECF 842-2–842-4);
- Plaintiffs' Reply in Support of Motion to Exclude Tomasini (ECF 843);
- Plaintiffs' Reply in Support of Motion to Exclude Miller (ECF 844);

**Defendants' Letter Motion to Strike Matthew Strebe**

- Defendants' Letter Motion to Strike Plaintiffs' Newly Disclosed Expert Matthew Strebe (ECF 806) and Exhibits A–H (ECF 806-2–806-9);
- Plaintiffs' Opposition to Defendants' Letter Motion to Strike Plaintiffs' Rebuttal Expert Matthew Strebe (ECF 809); and
- Reply in Support of Defendants' Letter Motion to Strike Plaintiffs' Newly Disclosed Expert Matthew Strebe (ECF 812).

**PLEASE TAKE FURTHER NOTICE** that there is no dispute regarding the portions of the above-mentioned documents that the Parties seek to maintain under seal.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to L. Civ. R. 5.3(c)(2)(i), the Parties have conferred in an effort to narrow or eliminate the materials or information that are the subject of this Motion.

**PLEASE TAKE FURTHER NOTICE** that the Parties shall rely upon the accompanying Declaration of Heather Benzmiller Sultanian, Declaration of Ariadne Panagopoulou, Declaration of Adam Cooke, Declaration of Caroline F. Bartlett, and

Declaration of Donald Houser and the Indexes annexed thereto.[1]  No brief is necessary in accordance with L. Civ. R. 5.3(c)(1).

Dated: January 20, 2026                    Respectfully submitted,

By: /s/ Reade Seligmann

Reade W. Seligmann
ALSTON & BIRD LLP
90 Park Avenue, 12th Floor
New York, NY  10016-1387
Tel.: (212) 210-9453

Kristine M. Brown
Donald M. Houser
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000

Thomas P. Scrivo
Young Yu
O'TOOLE SCRIVO, LLC
14 Village Park Road
Cedar Grove, NJ 07009
Tel.: (973) 239-5700
tscrivo@oslaw.com
yyu@oslaw.com

*Attorneys for Defendant Optum360, LLC*

---

[1] The annexed Indexes are consistent with L. Civ. R. 5.3(c)(3) and are "substantially in [the] form suggested by Appendix U."  Due to the length of the associated briefs and the complexity of the proposed redactions involved, including each individual proposed redaction in the Indexes would make the Indexes impractical for the Court to review and would be unduly burdensome on the Parties.  Accordingly, the Indexes note only the pages of the briefs in which redactions are proposed.  The specific proposed redactions will be included in highlighted copies of each of the sealed briefs and submitted directly to the Court concurrently with this filing.  If a full list of all proposed redactions would assist in the Court's review, the Parties would request the Court provide them with three business days to prepare and submit this additional information.

David H. Hoffman
Daniel C. Craig
Heather Benzmiller Sultanian
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel.: (312) 853-7000
david.hoffman@sidley.com
dcraig@sidley.com
hsultanian@sidley.com

Eamon P. Joyce
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 839-8555
ejoyce@sidley.com

Ricardo Solano, Jr.
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Tel.: (973) 596-4500
rsolano@gibbonslaw.com

*Attorneys for Defendant Quest Diagnostics Incorporated*

Bradley J. Bartolomeo
Jeffrey Y. Spiegel
Ariadne Panagopoulou
Abaigeal D. Franson
LEWIS BRISBOIS BISGAARD & SMITH LLP
7 World Trade Center
250 Greenwich St, 11th Floor
New York, NY 10007
Telephone: (212) 232-1300
bradley.bartolomeo@lewisbrisbois.com
jeffrey.spiegel@lewisbrisbois.com
ariadne.panagopoulou@lewisbrisbois.com

5

abaigeal.franson@lewisbrisbois.com

*Attorneys for Defendants Sonic Healthcare USA, Aurora Diagnostics, LLC, Clinical Pathology Laboratories, and Austin Pathology Associates*