Bradley J. Bartolomeo
Jeffrey Y. Spiegel
Ariadne Panagopoulou
Abaigeal D. Franson
LEWIS BRISBOIS BISGAARD & SMITH LLP
7 World Trade Center
250 Greenwich St, 11th Floor
New York, NY 10007
Telephone: (212) 232-1300
bradley.bartolomeo@lewisbrisbois.com
jeffrey.spiegel@lewisbrisbois.com
ariadne.panagopoulou@lewisbrisbois.com
abaigeal.franson@lewisbrisbois.com

*Attorneys for Defendants Sonic Healthcare USA,*
*Aurora Diagnostics, LLC, Clinical Pathology Laboratories,*
*and Austin Pathology Associates*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To: All Tracks* | Civil Action No. 2:19-md-02904 (JKS-MAH) |

## DECLARATION OF ARIADNE PANAGOPOULOU IN SUPPORT OF MOTION TO SEAL CONFIDENTIAL MATERIALS

I, Ariadne Panagopoulou, do declare and state as follows:

1.      I am an attorney admitted to practice in New York. I am a partner at Lewis Brisbois Bisgaard & Smith LLP, 7 World Trade Center, 250 Greenwich St, 11th Floor, New York, NY 10007. Lewis Brisbois Bisgaard & Smith LLP represents Defendant Sonic Healthcare U.S.A. and its affiliated entities (the "Sonic Defendants") in this action.

2.      I am submitting this Declaration based upon my personal knowledge, information, and belief.

3.      I submit this declaration in support of the Motion to seal portions of the briefing and associated exhibits for Plaintiffs' motions for class certification in the Quest/Optum Track and the Other Labs Track (ECF 823–828, 830, 832); the Parties' motions to exclude certain class certification experts (ECF 833–844) ; and Defendants' letter motion to strike Plaintiffs' expert Matthew Strebe (ECF 806, 809, 812).

4.      The Confidential Materials contain information that has been designated as Confidential or Highly Confidential – Attorneys' Eyes Only by the Parties and non-parties and is subject to the Confidentiality Order entered in this case or is otherwise confidential.

5.      In support of this Joint Motion to Seal, the Indexes required by Local Civil Rule 5.3(c)(3) are attached to the Declaration of Donald Houser, setting forth, among other things, the basis for sealing the Confidential Materials.

6.     As set forth in the Indexes, the Sonic Defendants assert, and upon information and belief it is my understanding, that certain of the Confidential Materials contain the Sonic Defendants' confidential and proprietary business information.

7.     As set forth in the Indexes, the Sonic Defendants assert, and upon information and belief it is my understanding, that if the Confidential Materials become available to the public, third parties may potentially use such information to the Sonic Defendants' detriment.

8.     Accordingly, it is respectfully requested that the Court grant the Parties' Joint Motion to Seal the Confidential Materials.

9.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: January 20, 2026                    _/s/ Ariadne Panagopoulou_____
                                           Ariadne Panagopoulou, Esq.