

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | JORDAN M. STEELE |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | BRITTNEY M. MASTRANGELO |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | GRANT Y. LEE*** |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | MAYBOL HALL |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | WILLIAM J. MANORY |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | NESLIHAN Z. TALU |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| | MEGAN A. NATALE | | ***MEMBER IL BAR ONLY |
| | KEVIN G. COOPER | | +MEMBER FL BAR ONLY |

February 2, 2026

**VIA ECF**

Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

  Re: *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 19-md-2904(JKS)(MAH)

  Re: *Bratten v. Quest Diagnostics Inc.*, No. 24-cv-569-JKS-MAH

Dear Judge Hammer:

  I am Interim Lead Counsel for Plaintiffs in *In re: American Medical Collection Agency, Inc., Customer Data Security Breach Litig. ("AMCA MDL")*, MDL No. 2904, 19-md-2904-JKS-MAH. I also represent Plaintiff Gregory Bratten in an action removed from California State Court captioned *Bratten v. Quest Diagnostics Inc.*, No. 24-cv-569-JKS-MAH.

  Pursuant to Your Honor's Order, Plaintiffs met and conferred with Defendants Quest Diagnostics Incorporated ("Quest") and Optum360, LLC ("Optum") (collectively "Defendants") regarding the discovery requests served upon Defendants. Defendants continue to dispute that those discovery requests were served in the *Bratten* case; however, the parties agree that Defendants have no obligation to further respond to those requests.

  The parties also agree that the *Bratten* motion to remand, which was filed on February 21, 2024 (*Bratten* ECF Nos. 34-35), should be decided before any further proceedings or activity in that case.

CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C. \ ATTORNEYS AT LAW
5 BECKER FARM ROAD \ ROSELAND, NJ 07068 \ 973-994-1700 \ FAX 973-994-1744
www.carellabyrne.com

897390v1

February 2, 2026
Page 2

    We thank Your Honor for your attention to this matter. We are available at the Court's convenience and welcome the opportunity to address the Court on any of these issues if you believe it would be helpful.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO

*/s/ James E. Cecchi*

JAMES E. CECCHI

Cc: All Counsel of Record (via ECF)