## CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
11/21/33 – 11/4/23

DONALD F. MICELI
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

OF COUNSEL
PETER G. STEWART
CARL R. WOODWARD, III
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

February 4, 2026

**VIA ECF**

Honorable Jamel K. Semper, U.S.D.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S.P.O & Courthouse
2 Federal Square
Newark, NJ 07102

> Re: *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 19-md-2904(JKS)(MAH)

Dear Judge Semper,

This firm is Interim Lead Counsel for Plaintiffs in this long running data breach MDL. I am pleased to report that Plaintiffs have reached a settlement in principle with the Sonic Defendants in the Other Labs Track. We are in the process of drafting a formal agreement documenting the settlement. We will keep Your Honor apprised of all developments in this regard.

In addition, given this settlement, Plaintiffs' motion for class certification against the Sonic Defendants is now moot. There is no need for the Court to invest any resources as to that motion, which was filed on the docket on December 18, 19 and 22, 2025. (ECF Nos. 825, 826, 830, 832.) The other two class certification motions against Quest and Optum360 (ECF Nos. 823, 824, 827, 828, and 832) remain live as no settlement has been reached with these Defendants.

As always, if the Court has any questions, we are available at Your Honor's convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI
BRODY & AGNELLO

*/s/ James E. Cecchi*

JAMES E. CECCHI

February 4, 2026
Page 2


cc. All Counsel of Record (via ECF)