James E. Cecchi
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973 994-1744
jcecchi@carellabyrne.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>Labcorp Track | No. 19-md-2904 (JKS)(MAH)<br><br>MDL 2904<br><br>**NOTICE OF MOTION** |

To:     All persons on ECF mailing list

COUNSEL:

PLEASE TAKE NOTICE that on such date and time as the Court shall determine, the undersigned counsel for Plaintiffs Aleksander Nazemnikov, Cameron Spencer, Carol Kaplan, Debra Wrenn, Edith Thrower, George Rothwell, Holly Laufenberg, Justin Nelson-Carter, Khristopher Thomas, Martha Cuvillier, Melanie Vazquez, Rosaria Gadero, Sandra Lassiter, Sheera Harris, Sherrie Palmer, Timothy Judelsohn, Tracy Buhr, Valerie Scott, Tatyana

1

Shulman, David Finch, Gina Allende, and Wendy Wallach, individually and on behalf of the Settlement Class, shall move before Hon. Jamel K. Semper, United States District Judge at the Frank R. Lautenberg U.S.P.O. & Courthouse, Newark, New Jersey, for an Order pursuant to Fed. R. Civ. P. 23(e) granting (a) certification of the Settlement Class for settlement purposes only pursuant to Paragraph 6.1 of the Settlement Agreement; (b) preliminary approval of the Settlement Agreement, including the Releases as set forth therein; (c) appointment of Plaintiffs' Counsel as counsel for the Settlement Class; (d) appointment of Plaintiffs as Settlement Class Representatives; (e) approval of the Short Form Notice; (f) approval of the Long Form Notice; (g) approval of the Claim Form to be used by Settlement Class Members to make a Claim; (h) preliminary approval of the Notice Plan and the Settlement Benefits Plan; (i) appointment of Kroll Settlement Administration LLC ("Kroll") as the Settlement Administrator; and (j) appointment of Citibank as Escrow Agent.

The undersigned intends to rely upon the annexed Brief, Declaration of James E. Cecchi and exhibits annexed thereto.

The undersigned hereby requests oral argument.

Dated: March 13, 2026               Respectfully submitted,

                                    By:   /s/ James E. Cecchi
                                    James E. Cecchi
                                    **CARELLA, BRYNE, CECCHI,**
                                     **BRODY & AGNELLO, P.C.**

2

5 Becker Farm Road
Roseland, NJ 07068
Tel.: (973) 994-1700
jcecchi@carellabyrne.com
*Lead Counsel for Plaintiffs and the Settlement Class*

Linda P. Nussbaum
**NUSSBAUM LAW GROUP, P.C.**
1225 Franklin Avenue, Suite 325
Garden City, NY 11530
Tel.: (917) 438-9189
lnussbaum@nussbaumpc.com
*Counsel for Plaintiffs and the Settlement Class*

Stuart A. Davidson
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel.: (516) 750-3000
sdavidson@rgrdlaw.com
*Counsel for Plaintiffs and the Settlement Class*

3