# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To: All Tracks* | Civil Action No. 2:19-md-02904 (JKS-MAH)<br><br>**NOTICE TO WITHDRAW ERIN B. EDWARDS AS COUNSEL FOR OPTUM360, LLC** |

PLEASE TAKE NOTICE that Erin B. Edwards hereby withdraws her *pro hac vice* appearance as counsel of record for Defendant Optum360, LLC [ECF 432], in the above-captioned matter.

Attorneys from the law firms of Alston & Bird LLP and O'Toole Scrivo, LLC will continue to represent Optum360, LLC in this matter.

Dated: April 14, 2026

Respectfully submitted,

*/s/ Reade W. Seligmann*

Reade W. Seligmann
ALSTON & BIRD LLP
90 Park Avenue, 12th Floor
New York, NY  10016-1387
Tel.: (212) 210-9453
Facsimile: (212) 210-9444
reade.seligmann@alston.com

*Attorneys for Defendant Optum360, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 14, 2026, I electronically filed the foregoing NOTICE TO WITHDRAW ERIN B. EDWARDS with the Clerk of Court using the CM/ECF system and further caused the same to be served on counsel of record via ECF filing.

<u>/s/ Reade W. Seligmann</u>

Reade W. Seligmann
ALSTON & BIRD LLP
90 Park Avenue, 12th Floor
New York, NY  10016-1387
Tel.: (212) 210-9453
Facsimile: (212) 210-9444
reade.seligmann@alston.com

*Attorneys for Defendant Optum360, LLC*

2