# CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | BRITTNEY M. MASTRANGELO |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | GRANT Y. LEE*** |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | MAYBOL HALL |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | WILLIAM J. MANORY |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | NESLIHAN Z. TALU |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | PATRICK J. DOHERTY |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF |
| | MEGAN A. NATALE | | NEW JERSEY AS A CIVIL TRIAL |
| | KEVIN G. COOPER | | ATTORNEY |
| | | | ***MEMBER IL BAR ONLY |
| | | | +MEMBER FL BAR ONLY |

April 20, 2026

**VIA ECF**

Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re:    ***In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 19-md-2904(JKS)(MAH)**

Dear Judge Hammer:

I am Interim Lead Counsel in the above-referenced matter. Pursuant to our conference last week, please find enclosed a revised proposed Preliminary Approval Order, which adopts a more concise schedule for the approval of the proposed settlement between Plaintiffs with Laboratory Corporation of America Holdings ("Labcorp"). Labcorp has reviewed and approved the enclosed Order.

Thank you for your attention to this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO

/s/ James E. Cecchi
JAMES E. CECCHI

cc:  All Counsel (via ECF)