**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(Newark Vicinage)**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br><br>This Document Relates To:<br>Case No. 2:24-cv-00569-JKS-MAH,<br>*Bratten v. Quest Diagnostics et al.,*<br>*Quest/Optum Track* | Civil No. 2:19-md-02904-JKS-MAH<br><br>Judge Jamel K. Semper<br><br>**Oral Argument Requested** |

**NOTICE OF DEFENDANTS QUEST DIAGNOSTICS AND OPTUM360'S**
**MOTION TO DISMISS OR, IN THE ALTERNATIVE,**
**MOTION FOR SUMMARY JUDGMENT**

**TO: All Counsel of Record**

**PLEASE TAKE NOTICE** that on May 18, 2026, or as soon thereafter as counsel may be heard, Defendants Quest Diagnostics Incorporated ("Quest") and Optum360, LLC ("Optum360") by and through their attorneys, Sidley Austin LLP and Alston & Bird LLP, shall respectfully move before the Honorable Jamel K. Semper, U.S.D.J. at the United States District Court for the District of New Jersey, Frank Lautenberg Post Office & U.S. Courthouse, 2 Federal Square, Courtroom 3, Newark, New Jersey 07102, for an order dismissing Plaintiff Gregory Bratten's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the alternative,

granting summary judgment in favor of Defendants pursuant to Federal Rule of Civil Procedure 56.

Quest and Optum360 originally filed this motion on July 11, 2024. *See* ECF Nos. 40-46. Shortly thereafter, Judge Hammer terminated the motion "without prejudice to Defendants' right to refile the motion upon resolution of Plaintiff's motion to remand." ECF No. 49. In light of the Court's denial of Plaintiff's motion to remand, *see* ECF No. 66, Quest and Optum360 are now refiling their motion to dismiss or, in the alternative, grant summary judgment.

**PLEASE TAKE FURTHER NOTICE** that, in support of their Motion, Defendants rely on the accompanying Memorandum; Statement of Material Facts; declarations of Christine D. Nimon, Carl Stevens, and Ashim Kapur, with accompanying exhibits; and exhibits attached to the declaration of Heather Benzmiller Sultanian.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith pursuant to Local Civil Rule 7.1(e).

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested pursuant to Local Civil Rule 78.1(b).

2

Dated:  April 21, 2026

By: */s/ Donald M. Houser*

Reade W. Seligmann
ALSTON & BIRD LLP
90 Park Avenue, 12th Floor
New York, NY  10016
Tel.: (212) 210-9453
reade.seligmann@alston.com

Kristine M. Brown
Donald M. Houser
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309
Tel.: (404) 881-7000
kristy.brown@alston.com
donald.houser@alston.com


Thomas P. Scrivo
Young Yu
O'TOOLE SCRIVO, LLC
14 Village Park Road
Cedar Grove, NJ 07009
Tel.: (973) 239-5700
tscrivo@oslaw.com
yyu@oslaw.com

*Attorneys for Defendant Optum360, LLC*

Respectfully submitted,

By: */s/ Eamon P. Joyce*

David H. Hoffman
Heather Benzmiller Sultanian
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Tel.: (312) 853-7000
david.hoffman@sidley.com
hsultanian@sidley.com

Eamon P. Joyce
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
Tel.: (212) 839-8555
ejoyce@sidley.com


Ricardo Solano, Jr.
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Tel.: (973) 596-4500
rsolano@gibbonslaw.com

*Attorneys for Defendant Quest Diagnostics Incorporated*

3