## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (Newark Vicinage)

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>Case No. 2:24-cv-00569-JKS-MAH,<br>*Bratten v. Quest Diagnostics et al.,*<br>*Quest/Optum Track* | Civil No. 2:19-md-02904-JKS-MAH<br><br>Judge Jamel K. Semper<br><br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court upon Defendants Quest Diagnostics Incorporated and Optum360, LLC's motion, by and through their attorneys, Sidley Austin LLP and Alston & Bird LLP, to dismiss Plaintiff Gregory Bratten's Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6) or, in the alternative, to grant summary judgment in favor of Defendants pursuant to Federal Rule of Civil Procedure 56, and the Court having reviewed the papers submitted in support of the Motion and those submitted in opposition, if any, and the Court having heard oral argument, if any, and good cause having been shown;

**IT IS** on this _____ day of _____, 2026;

**ORDERED** that Defendants Quest Diagnostics and Optum360's Motion to Dismiss or, in the alternative, Motion for Summary Judgment is hereby **GRANTED** in its entirety; and it is further;

**ORDERED** that Plaintiff Gregory Bratten's Complaint is hereby dismissed in its entirety with prejudice.

_____

Hon. Jamel K. Semper, U.S.D.J.