## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2026, I electronically filed the foregoing

Defendants Quest Diagnostics and Optum360's Motion to Dismiss or, in the

alternative, Motion for Summary Judgment with the Clerk of Court using the CM/ECF

system, which will send notice of filing to the email addresses for all counsel listed on

the Electronic Mail Notice list.

*/s/ Eamon P. Joyce*
Eamon P. Joyce
