# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (Newark Vicinage)

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br><br>This Document Relates To:<br>Case No. 2:24-cv-00569-JKS-MAH,<br>*Bratten v. Quest Diagnostics et al.,*<br>*Quest/Optum Track* | Civil No. 2:19-md-02904-JKS-MAH<br><br>District Judge Jamel K. Semper<br>Magistrate Judge Michael A. Hammer<br><br><br>**DEFENDANTS' [PROPOSED] SCHEDULING ORDER** |

**WHEREAS** the Court denied Plaintiff Gregory Bratten's motion to remand in this matter on April 16, 2026;

**WHEREAS** the Court further ordered the parties to submit a jointly proposed scheduling order on or before May 1, 2026; and

**WHEREAS**, on April 21, 2026, Defendants Quest Diagnostics Incorporated and Optum360, LLC filed a motion to dismiss the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, to grant summary judgment in favor of Defendants pursuant to Federal Rule of Civil Procedure 56 (the "Motion").

**IT IS** on this _____ day of _____, 2026;

**ORDERED** that the following are the operative deadlines for the events set forth below:

2

| Event | Date |
|-------|------|
| Plaintiff's opposition to Defendants' motion to dismiss, or, in the alternative, for summary judgment | May 18, 2026 |
| Defendants' reply in support of their motion to dismiss, or, in the alternative, for summary judgment | June 18, 2026 |
| Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) (if necessary) | 30 days from ruling on the Motion |
| Completion of all fact discovery | 120 days from ruling on the Motion |
| Completion of all expert discovery | 180 days from ruling on the Motion |

_____

Hon. Michael A. Hammer, U.S.M.J.

2