**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **IN RE AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | Case No.: 19-md-2904 (MCA)(MAH) (MDL 2904) |
| *This Document Relates To:* | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** |
| *Bratten v. Quest Diagnostics Incorporated, and Optum360 LLC, Case No. 2:24-cv-00569 (D.N.J.)* | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Matthew Atha, Esq., of the law firm Alston & Bird LLP, hereby enters his appearance as counsel of record on behalf of Defendant Optum360, LLC, in the above-captioned matter. The undersigned also requests electronic notice at Matthew.Atha@alston.com of all papers served or required to be served in this case.

Dated: May 4, 2026                    Respectfully submitted,


                                      */s/ Matthew Atha*
                                      Matthew Atha
                                      **ALSTON & BIRD LLP**
                                      90 Park Avenue
                                      New York, New York 10016
                                      Telephone: (212) 210-9400
                                      Facsimile: (212) 210-9444
                                      Email: matthew.atha@alston.com

                                      *Attorneys for Defendant Optum360, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, I electronically filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE and this CERTIFICATE OF SERVICE with the Clerk of the Court using the CM/ECF system and further caused the same to be served on all counsel of record via ECF filing.

*/s/ Matthew Atha*
Matthew Atha