**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(Newark Vicinage)**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br><br>This Document Relates To:<br>Case No. 2:24-cv-00569-JKS-MAH,<br>*Bratten v. Quest Diagnostics et al.,*<br>*Quest/Optum Track* | Civil No. 2:19-md-02904-JKS-MAH<br><br>District Judge Jamel K. Semper<br>Magistrate Judge Michael A. Hammer<br><br><br>**JOINT SCHEDULING ORDER** |

**WHEREAS** the Court denied Plaintiff Gregory Bratten's motion to remand in this matter on April 16, 2026;

**WHEREAS** the Court further ordered the Parties to submit a jointly proposed scheduling order on or before May 8, 2026; and

**WHEREAS**, the Parties conferred and jointly propose the schedule below.

**IT IS** on this __11th__ day of _____May_____, 2026;

**ORDERED** that the following are the operative deadlines for the events set forth below:

| Event | Date |
|---|---|
| All written discovery served | June 17, 2026 |
| Substantial completion of production of documents | September 3, 2026 |
| Close of fact discovery | November 13, 2026 |
| Last day for Plaintiff to file class certification motion and any expert reports in support of class certification.<br><br>Within 14 days of Plaintiff filing the motion for class certification, the Parties shall confer and submit a proposed schedule for class certification briefing and corresponding expert discovery. | December 11, 2026 |

*/s/ Jamel K. Semper*

Hon. Jamel K. Semper, U.S.D.J.