**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(Newark Vicinage)**

IN RE: AMERICAN MEDICAL
COLLECTION AGENCY, INC.
CUSTOMER DATA SECURITY
BREACH LITIGATION

Civil No. 2:19-md-02904-JKS-MAH

District Judge Jamel K. Semper
Magistrate Judge Michael A. Hammer

This Document Relates To:
Case No. 2:24-cv-00569-JKS-MAH,
*Bratten v. Quest Diagnostics et al.,*
*Quest/Optum Track*

**ORDER EXTENDING DEADLINE**

**WHEREAS** Defendants filed their Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, ECF 67 (the "Motion") on April 21, 2026;

**WHEREAS** the deadline for Plaintiff to oppose the Motion is May 18, 2026, ECF 79;

**WHEREAS** Defendants' current deadline to file their reply is May 26, 2026, which is the day after the Memorial Day Holiday;

**WHEREAS** Defendants request a 21-day extension of their deadline to file their Reply through and including June 16, 2026; and

**WHEREAS** the Parties have conferred, and Plaintiff consents to the requested extension.

**IT IS** on this __11th__ day of _____May_____, 2026;

**ORDERED** that Defendants' deadline to file their reply in support of the Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, ECF 67 is extended through and including June 16, 2026.

_____

*/s/ Jamel K. Semper*

Hon.  Jamel K. Semper, U.S.D.J.