**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | 19-md-2904 (MCA)(MAH) (MDL 2904) |
| *This Document Relates To:* | **NOTICE OF APPEARANCE** |
| *Gregory Bratten v. Quest Diagnostics Incorporated, and Optum360 LLC,* Case No. 2:24-cv-00569 (D.N.J.) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, of the law firm Sidley Austin LLP, is

hereby entering an appearance as counsel of record for Defendants Quest Diagnostics

Incorporated, and requests that his name be added to the master docket and mailing list and that

copies of all notices, pleadings and other papers in this matter be served upon him.

/s/ Daniel C. Craig
Daniel C. Craig
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
dcraig@sidley.com

*Attorney for Defendant*
*Quest Diagnostics Incorporated*

## CERTIFICATE OF SERVICE

I certify that on May 18, 2026, the foregoing was electronically filed with the Clerk of the

Court using the CM/ECF system, which will send notification of such filing to all registered users.

/s/  Daniel C. Craig
Daniel C. Craig