**Utility Events**

2:19-md-02904-JKS-MAH
AMERICAN MEDICAL
COLLECTION AGENCY, INC.,
CUSTOMER DATA SECURITY
BREACH LITIGATION

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAY 26  A 10: 34

MASTER,SCHEDO

# U.S. District Court

## District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 4/15/2026 at 8:43 AM EDT and filed on 4/15/2026

**Case Name:**   AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION

**Case Number:**   2:19-md-02904-JKS-MAH

**Filer:**

**Document Number:**   No document attached

**Docket Text:**
**Set Deadlines as to [862] MOTION to Withdraw as Attorney *As to Erin B. Edwards*. Motion set for 5/18/2026 before Magistrate Judge Michael A. Hammer. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (pm, )**

**2:19-md-02904-JKS-MAH Notice has been electronically mailed to:**

ADAM J. LEVITT    alevitt@dicellolevitt.com, 552536942@filings.docketbird.com

ALEXANDER H. SCHMIDT    alex@alexschmidt.law

ALICIA J. PALLER    alicia.paller@hoganlovells.com, ky-yen.wong@hoganlovells.com

ALLISON M. HOLT-RYAN    allison.holt-ryan@hoganlovells.com, ky-yen.wong@hoganlovells.com

AMY E. KELLER    akeller@dicellolevitt.com, 3336248420@filings.docketbird.com, aotto@dicellolevitt.com

ANDREW J. SCHWABA    aschwaba@schwabalaw.com, brooke@schwabalaw.com, cporter@schwabalaw.com

ARIADNE PANAGOPOULOU    ariadne.panagopoulou@lewisbrisbois.com, aisha.mian@lewisbrisbois.com

BRADLEY JASON BARTOLOMEO    bradley.bartolomeo@lewisbrisbois.com, aisha.mian@lewisbrisbois.com, brad.bartolomeo@lewisbrisbois.com

BRADLEY KEITH KING     bking@ahdootwolfson.com, 1946088420@filings.docketbird.com, 3559819420@filings.docketbird.com, filings@ahdootwolfson.com, hliivamagi@ahdootwolfson.com, mmontecalvo@ahdootwolfson.com, rahdoot@ahdootwolfson.com, tmaya@ahdootwolfson.com, twolfson@ahdootwolfson.com

BRANT D PENNEY     b.penney@rwblawfirm.com

BRIAN C. GUDMUNDSON     brian.gudmundson@zimmreed.com, heidi.cuppy@zimmreed.com, leslie.harms@zimmreed.com

BRUCE DANIEL GREENBERG     bgreenberg@litedepalma.com, epalomino@litedepalma.com

CAREY ALEXANDER     ecf@careyalexander.com, 4401946420@filings.docketbird.com, carey@recap.email

CAROLINE F. BARTLETT     cbartlett@carellabyrne.com

CATHERINE B. DERENZE     cderenze@litedepalma.com, epalomino@litedepalma.com

CHARLES E. SCHAFFER     cschaffer@lfsblaw.com, rsummers@lfsblaw.com

CHRISTOPHER A. SEEGER     cseeger@seegerweiss.com, 3797721420@filings.docketbird.com, apabon@seegerweiss.com, ashinde@seegerweiss.com, rbarreca@seegerweiss.com, scott--siegel-2837@ecf.pacerpro.com, ssiegel@seegerweiss.com

CHRISTOPHER L. AYERS     chris.ayers@sbaitilaw.com, cayers22@gmail.com, malvika.george@sbaitilaw.com, sabrina.tyjer@sbaitilaw.com

CORY M TEED     cory@goldencardona.com

COURTNEY E. MACCARONE     maccarone@kolawyers.com

DANIEL COCHRAN CRAIG     dcraig@sidley.com, daniel-craig-2748@ecf.pacerpro.com, efilingnotice@sidley.com

DAVID HENRY HOFFMAN     david.hoffman@sidley.com, david-hoffman-7199@ecf.pacerpro.com, efilingnotice@sidley.com

DAVID R. BUCHANAN     dbuchanan@seegerweiss.com, 3330782420@filings.docketbird.com, sperovich@seegerweiss.com, ssiegel@seegerweiss.com

DOUGLAS J. MCNAMARA     dmcnamara@cohenmilstein.com, enotices@cohenmilstein.com

E. MICHELLE DRAKE     emdrake@bergermontague.com, mplsparalegals@bm.net

EAMON PAUL JOYCE     ejoyce@sidley.com, eamon-joyce-7103@ecf.pacerpro.com, efilingnotice@sidley.com, jcard@sidley.com, msuch@sidley.com, nyefiling@sidley.com

EDUARD KORSINSKY     ek@zlk.com, ecf@zlk.com, mmuller@zlk.com, shalliday@zlk.com, squinonez@zlk.com

EDWARD J. FANNING , JR     efanning@mccarter.com, dmartinez@mccarter.com, skaplan@mccarter.com

EDWARD W. CIOLKO     edward.ciolko@sterlingtonlaw.com, hope.vanetten@sterlingtonlaw.com

EMILY JAY SEIKEL     ejs@federmanlaw.com, law@federmanlaw.com, ngb@federmanlaw.com

ERIC H. GIBBS     ehg@classlawgroup.com, 1031352420@filings.docketbird.com, 4119488420@filings.docketbird.com, ccc@classlawgroup.com, dmb@classlawgroup.com, ds@girardgibbs.com, ecf@classlawgroup.com, jat@girardgibbs.com, mbg@girardgibbs.com, sal@girardgibbs.com, stevelopez@classlawgroup.com

ERIC J ARTRIP     artrip@mastandoartrip.com, tristram@mastandoartrip.com

ERIN GREEN COMITE     ecomite@scott-scott.com

EVELYN CRYSTAL LOPEZ     eclopez@mintz.com, docketing@mintz.com

GARY F. LYNCH     glynch@carlsonlynch.com, dhart@carlsonlynch.com, ecf@carlsonlynch.com, emcfarland@carlsonlynch.com, jetzel@carlsonlynch.com, kabramowicz@carlsonlynch.com

GARY S. GRAIFMAN     ggraifman@kgglaw.com, jbrody@kgglaw.com, Lmoccia@kgglaw.com

GENNA AUTUMN CONTI     gconti@fbtgibbons.com

GRADY REEDER CAMPION     grcampion@mintz.com

HEATHER BENZMILLER SULTANIAN     hsultanian@sidley.com, efilingnotice@sidley.com, heather-sultanian-3303@ecf.pacerpro.com

HILLARY FIDLER     hfidler@seegerweiss.com

HOWARD THEODORE LONGMAN     hlongman@longman.law, tsvi@aol.com

JAMES A. BARRY     jbarry@denittislaw.com, dawn@denittislaw.com

JAMES E. CECCHI     jcecchi@carellabyrne.com, mrago@carellabyrne.com, zbower@carellabyrne.com

JAMES JOSEPH PIZZIRUSSO     jpizzirusso@hausfeld.com, hausfeld-ecfs_notice@juralaw.net, jmitchell@hausfeld.com, snathan@hausfeld.com

JASON LOUIS LICHTMAN     jlichtman@lchb.com, ekruger@lchb.com, jason-lichtman-9410@ecf.pacerpro.com, spetterson@lchb.com

JASON TODD DENNETT     jdennett@milberg.com, 1897231420@filings.docketbird.com, nmorin@tousley.com, pbrown@tousley.com

JEAN SUTTON MARTIN     Jmartin@awkolaw.com, cmccoy@awkolaw.com, jmartin@awkolaw.com

JEFFREY SPIEGEL     jeffrey.spiegel@lewisbrisbois.com, michelle.falconer@lewisbrisbois.com

JEFFREY ALAN SHOOMAN     jeffrey.shooman@lewisbrisbois.com, aisha.mian@lewisbrisbois.com

JOEL B. STRAUSS    jstrauss@kaplanfox.com, hclark@kaplanfox.com, sflecha@kaplanfox.com

JOHN AUSTIN MOORE    moore@stuevesiegel.com, williams@stuevesiegel.com

JOSEPH J. DEPALMA    jdepalma@litedepalma.com, epalomino@litedepalma.com

JOSEPH P. GUGLIELMO    jguglielmo@scott-scott.com, ecomite@scott-scott.com, edewan@scott-scott.com, kjager@scott-scott.com, scott-scott@ecf.courtdrive.com

JUSTIN NEMATZADEH    jsn@nematlawyers.com, 2642722420@filings.docketbird.com

JUSTIN J. HAWAL    jhawal@dicellolevitt.com

Jason L. Lichtman , PHV    jlichtman@lchb.com

KATIE ROSE BERAN    kberan@hausfeld.com, slafreniere@hausfeld.com

KATRINA CARROLL    katrina@csclassactions.com, dan@lcllp.com, eciolko@lcllp.com, ekilpela@lcllp.com, elizabeth@lcllp.com, maggie@lcllp.com, sara@lcllp.com, scott@lcllp.com

KELLY DANA SCHNEID    kschneid@moritthock.com

KEVIN MICHAEL MCGINTY    kmcginty@mintz.com, docketing@mintz.com

LAURENCE DAVID KING    lking@kaplanfox.com, ffox@kaplanfox.com, hclark@kaplanfox.com, hnam@kaplanfox.com, nlee@kaplanfox.com, spowley@kaplanfox.com

LINDA P. NUSSBAUM    lnussbaum@nussbaumpc.com, sschwaiger@nussbaumpc.com

MARC L. GODINO    mgodino@glancylaw.com

MARK M. MAKHAIL    mmakhail@mccarter.com

MARLOW SVATEK    marlow.svatek@bfkn.com

MARY L RUSSELL    mrussell@finekaplan.com, akatzman@finekaplan.com, shufnagel@finekaplan.com

MARYBETH V. GIBSON    mgibson@thefinleyfirm.com, bstringfellow@thefinleyfirm.com

MELISSA R. EMERT    memert@kgglaw.com, lmoccia@kgglaw.com, sdugan@kgglaw.com

MICHAEL POREDA    poreda@poredalaw.com, mporeda@lydecker.com, poreda@hotmail.com

MICHAEL A. BOTTI    mbotti@oslaw.com

MICHAEL ANDREW INNES    minnes@carellabyrne.com

MICHAEL HAYDEN REED    michael@yankwitt.com, docketing@yankwitt.com, mhreed@gmail.com

MICHAEL M. WEINKOWITZ    mweinkowitz@lfsblaw.com, CSchaffer@lfsblaw.com, dlevin@lfsblaw.com,

jlascio@lfsblaw.com, lberman@lfsblaw.com, pdandrea@lfsblaw.com

NORMAN E. SIEGEL   siegel@stuevesiegel.com, hicks@stuevesiegel.com, perez@stuevesiegel.com

PARVIN KRISTY AMINOLROAYA   paminolroaya@seegerweiss.com, AShinde@SeegerWeiss.com, dfamuyide@seegerweiss.com, hsafdar@seegerweiss.com, sberry@seegerweiss.com

PAUL G KARLSGODT   pkarlsgodt@bakerlaw.com, dgonday@bakerlaw.com, rmann@bakerlaw.com

PHILIP LAWRENCE FRAIETTA   pfraietta@bursor.com, pfraietta@ecf.courtdrive.com

READE WILLIAM SELIGMANN   reade.seligmann@alston.com, autodocket-nyc@alston.com, managingclerksoffice-nyc@alston.com

REBECCA LEWIS TIERNEY   rebecca.lewistierney@sidley.com, efilingnotice@sidley.com, rebecca--lewis-tierney--8525@ecf.pacerpro.com

RICARDO SOLANO , JR   rsolano@fbtgibbons.com

ROBYN MARA FELDSTEIN   rfeldstein@bakerlaw.com, bhlitdocket@bakerlaw.com

ROSEMARY M. RIVAS   rrivas@zlk.com, cmaccarone@zlk.com, jkornhaber@zlk.com, jtash@zlk.com, rmah@zlk.com

SCOTT A. GEORGE   sgeorge@seegerweiss.com, aarteaga@seegerweiss.com

SEYED ABBAS KAZEROUNIAN   ak@kazlg.com

SOPHIA RIOS   srios@bm.net

STEPHEN W. MCINERNEY   smcinerney@sidley.com, efilingnotice@sidley.com, stephen-mcinerney-5260@ecf.pacerpro.com

STEVEN M. NATHAN   snathan@hausfeld.com, hausfeld-ecfs_notice@juralaw.net, jmitchell@hausfeld.com, rrodriguez@hausfeld.com

STUART A. DAVIDSON   sdavidson@rgrdlaw.com, e_file_fl@rgrdlaw.com, e_file_sd@rgrdlaw.com, jmiller@rgrdlaw.com, khanson@rgrdlaw.com, ppuerto@rgrdlaw.com, sdavidson@ecf.courtdrive.com

Sarah Zandi   szandi@lchb.com

THOMAS P. SCRIVO   tscrivo@oslaw.com, mchina@oslaw.com

TIMOTHY G. BLOOD   tblood@bholaw.com, efile@bholaw.com, jmacpherson@bholaw.com, pbrown@bholaw.com, toreardon@bholaw.com

TINA WOLFSON   twolfson@ahdootwolfson.com, 1946088420@filings.docketbird.com, cstiner@ahdootwolfson.com, llowe@ahdootwolfson.com, tmaya@ahdootwolfson.com

TODD C. WERTS   werts@learwerts.com, lear@learwerts.com, megan@learwerts.com

TODD SETH GARBER    tgarber@fbfglaw.com

WILLIAM B. FEDERMAN    wbf@federmanlaw.com, law@federmanlaw.com

YOUNG YU    yyu@oslaw.com, mscardigno@oslaw.com

ZACHARY PAYNE    zpayne@sidley.com, nyefiling@sidley.com, zachary-payne-5434@ecf.pacerpro.com

**2:19-md-02904-JKS-MAH Notice has been sent by regular U.S. Mail:**

CARECENTRIX, INC.

Benjamin L. Bailey
BAILEY & GLASSER
209 Capitol Street
Charleston, WV 25301-1386

Brian Phillip Murray
Glancy Prongay & Murray LLP
122 East 42nd Street
Suite 2920
New York, NY 10168

Bryan L. Bleichner
Chestnut Cambronne PA
17 Washington Avenue North
Suite 300
Minneapolis, MN 55401

CATHERINE R. L. LAWSON
PARKER POE ADAMS & BERNSTEIN LLP
PNC PLAZA
301 FAYETTEVILLE ST., STE. 1400
RALEIGH, NC 27601

Chantal Khalil
Finkelstein, Blankinship, Frei-Pearson & Garber, LLP
445 Hamilton Avenue
White Plains, NY 10601

DAVID J. COONER
MCCARTER & ENGLISH, LLP
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07101

DAVID MATTHEW WILKERSON
VAN WINKLE BUCK WALL STARNES & DAVIS, P.A.
POB 7376
ASHEVILLE, NC 28802

CM/ECF LIVE - U.S. District Court for the District of New Jersey
Case 2:19-md-02904-JKS-MAH   Document 898   Filed 05/26/26   Page 7 of 9 PageID:
42441

DURAN LAWRENCE KELLER
KELLER LAW
8 N THIRD STREET, SUITE 403
LAFAYETTE, IN 47901

J BENJAMIN FINLEY
200 13th Street
Columbus, GA 31901

Jeremiah Lee Frei-Pearson
Finkelstein Blankinship, Frei-Pearson & Garber, LLP
445 Hamilton Ave, Suite 605
White Plains, NY 10601

Jerusalem F Beligan
Bisnar Chase LLP
1301 Dove Street Suite 120
Newport Beach, CA 92660

Juan Eneas Monteverde
Monteverde & Associates
350 Fifth Avenue
Suite 4405
New York, NY 10118

Justin F Marquez
Wilshire Law Firm PLC
3055 Wilshire Boulevard 12th Floor
Los Angeles, CA 90010

Melissa Gardner , NCAED
275 Battery Street 29th Floor
San Francisco, CA 94111

Michael Willard Olson
Robinosn Calcagnie Inc
19 Corporate Plaza Drive
Newport Beach, CA 92660

NARENDRA K. GHOSH
PATTERSON HARKAVY, LLP
100 EUROPA DR., STE. 420
CHAPEL HILL, NC 27517

Rusty A. Payton
20 North Clark Street
Suite 3300
Chicago, IL 60602

Ryan M. Callahan

Callahan Law Firm, LLC
222 W. Gregory Blvd. Suite 210
Kansas City, MO 64114

SCOTT ELLIOTT BAYZLE
PARKER POE ADAMS & BERNSTEIN LLP
PNC PLAZA
301 FAYETTEVILLE ST., STE. 1400
RALEIGH, NC 27601

Spencer Sheehan
Sheehan & Associates, P.C.
505 Northern Boulevard
Suite 311
Great Neck, NY 11021

WILLIAM MARC GRAHAM
WALLACE AND GRAHAM, P.A.
525 N. MAIN ST.
SALISBURY, NC 28144

**CLERK**
**UNITED STATES DISTRICT COURT**
**NEWARK, NEW JERSEY 07101**

**OFFICIAL BUSINESS**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAY 26 A 10:34



quadient
FIRST-CLA
IMI
$001.
04/16/2026
043M31257

Juan Eneas Monteverde
Monteverde & Associates
350 Fifth Avenue
Suite 4405
New York, NY 10118

07101    0060HI37161-00707

UNABLE TO FORWARD
NOT DELIVERABLE AS ADDRESSED
RETURN TO SENDER

0205/27/26    061    4E 18CU    IE