James E. Cecchi
**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973 994-1744
jcecchi@carellabyrne.com

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION <br><br> This Document Relates To: <br><br> Labcorp Track | No. 19-md-2904 (JKS)(MAH) <br><br> MDL 2904 <br><br> **NOTICE OF MOTION** |

To:      All persons on ECF mailing list

COUNSEL:

PLEASE TAKE NOTICE that on such date and time as the Court shall determine, the undersigned counsel for Plaintiffs Gwendolyn Anderson and Tonda Tate, individually and on behalf of the Settlement Class, shall move before Hon. Jamel K. Semper, United States District Judge at the Frank R. Lautenberg U.S.P.O. & Courthouse, Newark, New Jersey, for an Order pursuant to Fed. R. Civ. P. 23(e) granting (a) certification of the Settlement Class for

1

settlement purposes only pursuant to Paragraph 6.1 of the Settlement Agreement; (b) preliminary approval of the Settlement Agreement, including the Releases as set forth therein; (c) appointment of Plaintiffs' Counsel as counsel for the Settlement Class; (d) appointment of Plaintiffs as Settlement Class Representatives; (e) approval of the Short Form Notice; (f) approval of the Long Form Notice; (g) approval of the Claim Form to be used by Settlement Class Members to make a Claim; (h) preliminary approval of the Notice Plan and the Settlement Benefits Plan; (i) appointment of Kroll Settlement Administration LLC ("Kroll") as the Settlement Administrator; and (j) appointment of Citibank as Escrow Agent.

The undersigned intends to rely upon the annexed Brief, Declaration of James E. Cecchi and exhibits annexed thereto.

The undersigned hereby requests oral argument.

Dated: June 9, 2026

Respectfully submitted,

By:    /s/ James E. Cecchi
James E. Cecchi
**CARELLA, BRYNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel.: (973) 994-1700
jcecchi@carellabyrne.com
*Lead Counsel for Plaintiffs and the Settlement Class*

Joseph J. DePalma

2

**LITE DEPALMA GREENBERG & AFANADOR, LLC**
570 Broad Street
Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000

Justin J. Hawal
**DiCELLO LEVITT LLP**
8160 Norton Parkway
Third Floor
Mentor, Ohio 44060
Telephone: (440) 953-8888
*Other Labs Track Co-Lead Counsel*

3