James E. Cecchi
**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973 994-1744
jcecchi@carellabyrne.com

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | No. 19-md-2904 (JKS)(MAH) MDL 2904 |
| This Document Relates To: Labcorp Track | **NOTICE OF MOTION** |

Plaintiffs, on behalf of themselves and the proposed Class, respectfully submit this Motion pursuant to Rule 23(h) of the Federal Rules of Civil Procedure for entry of an Order granting Plaintiffs' request for attorneys' fees, reimbursement of expenses, and service awards to the Settlement Class Representatives.

In support, Plaintiffs have filed a Memorandum of Law, the Declaration of James E. Cecchi, Esq., with exhibits thereto, and the Declaration of Patrick Passarella.

For the reasons set forth in the Memorandum of Law, Plaintiffs respectfully request that the Court grant their Motion.

Dated: July 2, 2026

Respectfully submitted,

By:    /s/ James E. Cecchi
James E. Cecchi
**CARELLA, BRYNE, CECCHI,**

1

 **BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel.: (973) 994-1700
jcecchi@carellabyrne.com
*Lead Counsel for Plaintiffs and the Settlement Class*

Linda P. Nussbaum
**NUSSBAUM LAW GROUP, P.C.**
1133 Avenue of the Americas 31st Floor
New York, NY 10036
Tel.: (917) 438-9189
lnussbaum@nussbaumpc.com

Stuart A. Davidson
**ROBBINS GELLER RUDMAN
 & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
*Counsel for Plaintiffs and the Settlement Class*

2