**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>Labcorp Track | Case No. 19-md-2904 (JKS)(MAH)<br><br>MDL No. 2904 |

**DECLARATION OF PATRICK PASSARELLA OF KROLL SETTLEMENT ADMINISTRATION LLC**

I, Patrick Passarella, declare as follows:

1.    I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision.

2.    Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, privacy, securities fraud, labor and employment, consumer, and government enforcement matters. Kroll has provided notification and/or claims administration services in more than 3,000 cases.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

3.      I am providing preliminary information on the status of the notice program, claims, and requests for exclusion and objections in connection with Plaintiffs' Motion for an Award of Attorneys' Fees, Expenses, and Class Representative Service Payments.  A final declaration will be filed on July 30, 2026, in connection with final approval of the Settlement and as directed in the Preliminary Approval Order.

## BACKGROUND

4.      Kroll was appointed as the Settlement Administrator to provide notification and claims administration services in connection with the Class Action Settlement Agreement (the "Settlement Agreement") entered into in this Action. Kroll's duties in connection with the settlement have and will include: (a) preparing and sending notices in connection with the Class Action Fairness Act; (b) receiving and analyzing the Settlement Class Data; (c) creating a Settlement Website with online claim-filing capabilities; (d) establishing a toll-free telephone number; (e) establishing a post office box for the receipt of mail; (f) preparing and sending the Short Form Notice and detachable Claim Form ("Postcard Notice") via first-class mail; (g) preparing and sending the Short Form Notice via email ("Email Notice"); (h) receiving and processing mail from the United States Postal Service ("USPS") with forwarding mailing addresses; (i) receiving and processing undeliverable mail, without a forwarding mailing address, from the USPS; (j) receiving and processing Claim Forms; (k) receiving and processing optout requests and objections; and (l) such other tasks as counsel for the Parties or the Court request Kroll to perform.

## NOTICE PROGRAM

### The CAFA Mailing

5.      As noted above, on behalf of the Defendant, Kroll provided notice of the proposed settlement pursuant to the Class Action Fairness Act, 28 U.S.C. §1715(b) ("the CAFA Notice") on March 20, 2026.

**Data and Case Setup**

6.      On April 24, 2026, Kroll received one (1) data file from The Brattle Group. The file contained 14,512,698 records with Names and Addresses for known Settlement Class Members. Kroll undertook several steps to review the Settlement Class Data for the dissemination of the Short Form Notice, including standardizing and normalizing the data and the removal of 2,687,664 duplicate records, resulting in 11,825,034 unique records. Kroll then performed an email append which identified 6,054,020 available email addresses for Settlement Class Members. The remaining 5,771,014 Settlement Class Members for whom an email address was not identified would be sent Postcard Notices. Additionally, in an effort to ensure that Postcard Notices would be deliverable to Settlement Class Members for whom an email address was not obtained through the email append process, Kroll processed the Settlement Class Member mailing list through the USPS National Change of Address ("NCOA") database and updated the Settlement Class Data with physical mailing address changes received from the NCOA.

7.      On May 12, 2026, Kroll created a dedicated Settlement Website landing page entitled www.amcadatabreachsettlement.com. At the request of counsel for the Parties, a separate landing page was also created within the Settlement Website to present information specific to the Defendant. The Settlement Website "went live" on June 1, 2026 and contains a summary of the settlement, important dates and deadlines, contact information for the Settlement Administrator, answers to frequently asked questions, downloadable copies of relevant documents, including the Settlement Agreement, Preliminary Approval Order, Postcard Notice, Email Notice, Long Form Notice, and Claim Form, and allowed Settlement Class Members an opportunity to file a Claim Form online. As of July 1, 2026, the Settlement Website has received 449,515 page views by approximately 308,000 total unique users.

8.      On April 29, 2026, Kroll established a toll-free telephone number, (833) 447-6786, for Settlement Class Members to call and obtain additional information regarding the settlement through an Interactive Voice Response ("IVR") system and through speaking with a live operator.

As of July 1, 2026, the IVR system has received 4,941calls, and 487 callers have been connected to live operators.

9.      On April 29, 2026, Kroll designated a post office box with the mailing address: *American Medical Collection Agency, Inc. Customer Data Security Breach Litigation Labcorp Settlement*, c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324, in order to receive requests for exclusion, Claim Forms, objections, and correspondence from Settlement Class Members.

**The Notice Program**

10.      Between June 2, 2026 and June 5, 2026, Kroll caused the mailing of 5,771,014 Postcard Notices via first-class mail.

11.      Between June 1, 2026 and June 5, 2026, Kroll caused the Email Notice to be sent to the 6,054,020 email addresses on file for Settlement Class Members as noted above.

**NOTICE PROGRAM REACH**

12.      As of July 1, 2026, 8,772 Postcard Notices were returned by the USPS with a forwarding physical mailing address. Of these, 8,772 Postcard Notices were automatically remailed by the USPS.

13.      As of July 1, 2026, 1,329,197 emails were rejected/bounced back as undeliverable. In accordance with section 10.1 of the Settlement Agreement, Kroll will send Postcard Notices to the 1,329,197 Settlement Class Members who had an undeliverable Email Notice.

14.      As of July 1, 2026, 1,613,166 Postcard Notices were returned by the USPS as undeliverable as addressed, without a forwarding physical mailing address.  Kroll will perform an advanced address search for updated mailing addresses for these records and will re-send Postcard Notices to all updated addresses obtained from the search.

15.      Based on the foregoing, Kroll has reason to believe that Short Form Notice likely has reached approximately 75.1175% of the Settlement Class, and that the reach rate will increase following Postage Notice re-mailings. The current reach rate is consistent with other court-approved, best-practicable notice programs and Federal Judicial Center Guidelines, which state

that a notice plan that reaches[2] over 70% of targeted class members is considered a high percentage and the "norm" of a notice campaign. As stated above, pursuant to the Court's Preliminary Approval Order, Kroll will provide a final declaration as to Notice on July 30, 2026 that includes the list of timely and proper requests for exclusion and a final count as to the dissemination of Notice.

## CLAIM ACTIVITY

16.    The Claims Deadline is September 3, 2026.

17.    As of July 1, 2026, Kroll has received 364 Claim Forms through the mail and 114,332 Claim Forms filed electronically through the Settlement Website, for a total of 114,696 claims received. Kroll is still in the process of reviewing and validating Claim Forms.

18.    To prevent Claim Forms from being filed by individuals outside the Settlement Class and to curtail fraud, Settlement Class Members were provided a unique "Class Member ID" on their respective notices as part of the claims process. The Class Member ID is required for Settlement Class Members to file a Claim Form online.

## EXCLUSIONS AND OBJECTIONS

19.    The Opt-Out Date and Objection Date is July 27, 2026.

20.    As of July 1, 2026, Kroll has received three (3) timely exclusion requests and one (1) objection to the settlement.

---

[2] FED. JUD. CTR., *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), *available at* https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf. The guide suggests that the minimum threshold for adequate notice is 70%.

**CERTIFICATION**

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on July 2, 2026, in Summerville, South Carolina.

_____
PATRICK PASSARELLA