# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Matthew Atha**                    Direct Dial: **+1 212 905 9160**                    Email: **matthew.atha@alston.com**

**VIA ECF**

July 1, 2026

Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:    *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, Civil Action No. 19-md-2904(JKS)(MAH)

Dear Judge Hammer:

We write on behalf of all Parties in the above matter to respectfully request an extension of time until July 29, 2026 to file a motion to seal in connection with the Opinion and Order entered by the Court on June 24, 2026, regarding Defendants' Motion to Strike (ECF Nos. 906, 907). The Parties' current deadline to file a motion to seal is July 8, 2026. The Parties seek additional time in light of the upcoming holiday weekend and counsel's existing commitments in order to provide adequate time to confer regarding appropriate redactions to the Opinion and Order. The Parties further request that the Opinion and Order remain under seal until the forthcoming motion to seal is decided by the Court.

If this is acceptable to the Court, kindly "so order" this letter and return it to the Parties through the Court's ECF system.

Thank you for your continued attention to this matter.

Alston & Bird LLP                                                                www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

*In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, Civil Action No. 19-md-02904(JKS)(MAH)
July 1, 2026
Page 2

Respectfully submitted,

*/s/ Matthew Atha*
Matthew Atha
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel: 212-210-9400
Email: matthew.atha@alston.com

*Counsel for Defendant Optum360, LLC*

CC: All counsel of record (via ECF)

**SO ORDERED**

*s/Michael A. Hammer*

**Michael A. Hammer, U.S.M.J.**

**Date:** 7/6/26