# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Matthew Atha**                     Direct Dial: **+1 212 905 9160**                     Email: **matthew.atha@alston.com**

## VIA ECF

July 1, 2026

Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:    *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, Civil Action No. 19-md-2904(JKS)(MAH)

Dear Judge Hammer:

I represent Defendant Optum360, LLC in the above-referenced matter. Pursuant to Your Honor's Order, ECF No. 907, I write with the consent of Defendant Quest Diagnostics Incorporated and Plaintiffs to propose the following schedule for the deposition of Matthew Strebe and the submission of Defendants' sur-rebuttal report:

- August 18, 2026 – Deposition of Matthew Strebe

- September 17, 2026 – Deadline for Defendants to serve sur-rebuttal report

If this is acceptable to the Court, kindly "so order" this letter and return it to the Parties through the Court's ECF system.

Thank you for your continued attention to this matter.

Alston & Bird LLP                                                                                    www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

*In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, Civil Action No. 19-md-02904(JKS)(MAH)
July 1, 2026
Page 2

Respectfully submitted,

*/s/ Matthew Atha*
Matthew Atha
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel: 212-210-9400
Email: matthew.atha@alston.com

*Counsel for Defendant Optum360, LLC*

CC: All counsel of record (via ECF)

**SO ORDERED**

*s/Michael A. Hammer*
**Michael A. Hammer, U.S.M.J.**

**Date:** 7/6/26