
CARELLA BYRNE
CECCHI BRODY
AGNELLO, P.C.

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | PETER G. STEWART | BRITTNEY M. MASTRANGELO |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | CARL R. WOODWARD, III | GRANT Y. LEE*** |
| | BRIAN H. FENLON | FRANCIS C. HAND | MAYBOL HALL |
| | CAROLINE F. BARTLETT | JAMES A. O'BRIEN, III | WILLIAM J. MANORY |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | JOHN G. ESMERADO | NESLIHAN Z. TALU |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | STEVEN G. TYSON | PATRICK J. DOHERTY |
| | CHRISTOPHER H. WESTRICK* | MATTHEW J. CERES | |
| | STEPHEN R. DANEK | ZACHARY A. JACOBS*** | *CERTIFIED BY THE SUPREME COURT OF |
| | MICHAEL A. INNES | JASON H. ALPERSTEIN | NEW JERSEY AS A CIVIL TRIAL |
| | MEGAN A. NATALE | | ATTORNEY |
| | KEVIN G. COOPER | | ***MEMBER IL BAR ONLY |
| | | | +MEMBER FL BAR ONLY |

July 21, 2026

**VIA ECF**

Honorable Jamel K. Semper, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

  Re: *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 19-md-2904 (JKS) (MAH)

Dear Judge Semper:

  This firm, along with others, represents Plaintiffs in this multidistrict litigation. Your Honor has set a case-management conference for August 5, at Defendants' request. I wish to advise Your Honor that I will be out of the country with my family that week and am, unfortunately, unable to attend the conference in person. My colleagues Jason Lichtman, Sean Petterson, and Caroline Bartlett are available and will present Plaintiffs' position. I apologize for not being present but given the travel schedules of all parties during this time of year, Plaintiffs believe proceeding with the conference is the best course of action.

  Thank you for your continued attention to this matter, and I remain, as always, available at your convenience.

    Respectfully submitted,

    CARELLA, BYRNE, CECCHI
    BRODY & AGNELLO

    *s/ James E. Cecchi*

    James E. Cecchi

cc:  All Counsel of Record (*via ECF*)

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C. \ ATTORNEYS AT LAW**
**5 BECKER FARM ROAD \ ROSELAND, NJ  07068 \ 973-994-1700 \ FAX 973-994-1744**
**www.carellabyrne.com**