**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE: AMERICAN MEDICAL
COLLECTION AGENCY, INC.
CUSTOMER DATA SECURITY
BREACH LITIGATION

*This Document Relates To: All Tracks*

Civil Action No. 2:19-md-02904
(JKS-MAH)

**NOTICE OF MOTION TO SEAL**
**CONFIDENTIAL MATERIALS**

**TO:   ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on September 8, 2026, or as soon thereafter as counsel may be heard, counsel for Defendants Optum360, LLC ("Optum360") and Quest Diagnostics Incorporated ("Quest") (collectively, "Defendants") shall move before the Honorable Michael A. Hammer, U.S.M.J., at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, pursuant to Local Civil Rule 5.3(c), for an Order sealing the Court's June 24, 2026 Opinion on Defendants' Letter Motion to Strike Plaintiffs' Newly Disclosed Expert Matthew Strebe (ECF 906).[1]

**PLEASE TAKE FURTHER NOTICE** that there is no dispute regarding the portions of the above-mentioned documents that the Parties seek to maintain under seal.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to L. Civ. R. 5.3(c)(2)(i), the Parties have conferred in an effort to narrow or eliminate the materials or information that are the subject of this Motion.

**PLEASE TAKE FURTHER NOTICE** that the Parties shall rely upon the accompanying Declaration of Caroline F. Bartlett, Declaration of Daniel C. Craig,

---

[1] The Parties do not propose any redactions to the Court's June 24, 2026 Order (ECF 907).

Declaration of Donald Houser, the Index annexed thereto,[2] and the Index previously submitted in support of sealing certain portions of the underlying briefing and supporting materials (ECF 847-12).[3] No brief is necessary in accordance with L. Civ. R. 5.3(c)(1).

Dated: July 29, 2026

Respectfully submitted,

By: /s/ Reade W. Seligmann

Reade W. Seligmann
ALSTON & BIRD LLP
90 Park Avenue, 12th Floor
New York, NY  10016-1387
Tel.: (212) 210-9400
Reade.Seligmann@alston.com

Kristine M. Brown
Donald M. Houser
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Kristy.Brown@alston.com
Donald.Houser@alston.com

Thomas P. Scrivo
Young Yu
O'TOOLE SCRIVO, LLC

---

[2] The annexed Index is consistent with L. Civ. R. 5.3(c)(3) and is "substantially in [the] form suggested by Appendix U." Due to the complexity of the proposed redactions involved, including each individual proposed redaction in the Index would make the Index impractical for the Court to review and would be unduly burdensome on the Parties. Accordingly, the Index notes only the pages of the Opinion in which redactions are proposed. The specific proposed redactions will be included in a highlighted copy of the Opinion and submitted directly to the Court concurrently with this filing. If a full list of all proposed redactions would assist in the Court's review, the Parties would request the Court provide them with three business days to prepare and submit this additional information.

[3] The Court previously granted Defendants' Motion to Seal the underlying briefing and supporting materials. ECF 860.

14 Village Park Road
Cedar Grove, NJ 07009
Tel.: (973) 239-5700
tscrivo@oslaw.com
yyu@oslaw.com

*Attorneys for Defendant Optum360, LLC*

David H. Hoffman
Daniel C. Craig
Heather Benzmiller Sultanian
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel.: (312) 853-7000
david.hoffman@sidley.com
dcraig@sidley.com
hsultanian@sidley.com

Eamon P. Joyce
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 839-8555
ejoyce@sidley.com

Ricardo Solano, Jr.
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Tel.: (973) 596-4500
rsolano@gibbonslaw.com

*Attorneys for Defendant Quest Diagnostics Incorporated*

3