# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

### Minutes of Proceedings

Judge: **Hon. Jamel K. Semper**          Date: August 5, 2026

Deputy Clerk: Shea Smith

Court Reporter: Laurie Engemann

**Title of Case:**                          Docket#**CV.19-02904-JKS**

*In Re: American Medical Collection Agency, Inc., Customer Data Security Breach Litigation*

**Appearances:**
Jason L. Lichtman, Caroline Barrett, Sean Petterson, for the plaintiff.
David H. Hoffman, Ricardo Solano, Jr., for defendant Quest Diagnostic Inc.
Kristine M. Brown, Donald M. Houser, Gavin Reinke, Thomas P. Scrivo, Michael Botti, for defendant Optum360, LLC.

**Nature of Proceedings:    In-person hearing**
Hearing on scheduling disputes regarding Class Certification, ECF Nos. 823, 824, and 826 and the re-briefing schedule per Text Order ECF No. 919.
Ordered that the parties' proposed schedule regarding class certification (ECF No. 924) is adopted.
Ordered that the parties are to submit a joint proposed order consistent with the Court's ruling in favor of the re-briefing schedule by August 7, 2026.
Ordered that if the parties cannot agree upon a schedule, a letter should be filed on the docket, and the Court will issue an appropriate order.

Time Commenced: 2:00 p.m.
Time Adjourned: 2:45 p.m.
Total Time: 45 minutes

_Shea M. Smith, Courtroom Deputy_