# CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | BRITTNEY M. MASTRANGELO |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | GRANT Y. LEE*** |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | MAYBOL HALL |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | WILLIAM J. MANORY |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | NESLIHAN Z. TALU |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | PATRICK J. DOHERTY |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | *CERTIFIED BY THE SUPREME COURT OF |
| | MICHAEL A. INNES | | NEW JERSEY AS A CIVIL TRIAL |
| | MEGAN A. NATALE | | ATTORNEY |
| | KEVIN G. COOPER | | ***MEMBER IL BAR ONLY |
| | | | +MEMBER FL BAR ONLY |

August 7, 2026

**VIA ECF**

Honorable Jamel K. Semper, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, Case No. 19-md-02904 (JKS) (MAH)

Dear Judge Semper:

  We write on behalf of Plaintiffs and Defendant Optum360, LLC to respectfully request, per the Court's oral order during the August 5, 2026 status conference, that the Court enter the agreed proposed joint scheduling order, enclosed herein.

  We thank the Court for its attention to this matter.

       Sincerely,

*/s/ James E. Cecchi*
James E. Cecchi
**CARELLA, BYRNE, CECCHI
BRODY & AGNELLO**
*Lead Counsel for Plaintiffs*

*/s/ Donald Houser*
Donald Houser
**ALSTON & BIRD LLP**
*Counsel for Defendant Optum360, LLC*