**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br><br>This Document Relates To: *Quest Track* | Civil Action No. 19-md-2904 (JKS) (MAH) |

**JOINT SCHEDULING ORDER**

WHEREAS, on July 16, 2026, the Court entered a text order administratively terminating ECF Nos. 823, 833, 835, and 837 without prejudice and stating: "Given Plaintiffs' representation that their renewed class certification motion would 'rely on the same experts and operative classes,' (ECF 918 at 3-4), the Court orders rebriefing to permit Plaintiffs to excise arguments related to the subsequently mooted settled tracks, provide Defendants an opportunity to respond to the class changes put forth in Plaintiffs' reply, and preserve the ordinary briefing sequence. The Court orders a new and revised Daubert motions schedule. The parties are hereby ORDERED to submit a joint proposed scheduling order on or before Wednesday, July 29, 2026 that combines the parties' positions in accordance with this Text Order." ECF No. 919. The Court thereafter set an in-person status conference for August 5, 2026. *Id.*;

WHEREAS, on July 29, 2026, the Parties submitted their respective proposed schedules for class certification and *Daubert* motions (ECF No. 924);

WHEREAS, on August 4, 2026, Plaintiffs and Defendant Quest Diagnostics Incorporated informed the Court that they had reached a settlement in principle;

WHEREAS, the Court held a status conference on August 5, 2026, adopted Plaintiffs' proposed schedule in ECF No. 924, and ordered Plaintiffs and Defendant Optum360, LLC to submit a joint proposed schedule by August 7, 2026;

WHEREAS, on August 7, 2026, the Parties jointly submitted the schedule below, which the Court adopts; and

IT IS this **10th day of August, 2026**

ORDERED that the following are the operative deadlines for the events set forth below:

| Date | Event |
|---|---|
| August 21, 2026 | Plaintiffs' motion for class certification |
| October 16, 2026 | Defendants' opposition to class certification and deadline for Defendant to serve sur-rebuttal expert report |
| November 13, 2026 | Plaintiffs' reply in support of class certification |
| November 20, 2026 | *Daubert* motions, including re-filing of the previously served motions and new motions as to Plaintiffs' expert Matthew Strebe and Defendant's sur-rebuttal expert |
| December 4, 2026 | *Daubert* oppositions, including re-filing of the previously served oppositions and new oppositions as to Plaintiffs' expert Matthew Strebe and Defendant's sur-rebuttal expert |
| December 18, 2026 | *Daubert* replies including re-filing of the previously served replies and new replies as to Plaintiffs' expert Matthew Strebe and Defendant's sur-rebuttal expert |

*/s/ Jamel K. Semper*

JAMEL K. SEMPER, U.S.D.J.