# EXHIBIT B

**OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT**

**In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation (All Actions Against Laboratory Corporation of America Holdings)**
Case No. 19-md-2904 (JKS) (MAH) (D.N.J.)

**Objector Information**
Name: Curtis Johnson
Address: 24988 Highway 17, Lexington, MS 39095
Telephone: 601-985-9031
Email: curtis9592@yahoo.com
Claim Number: WCF0091595

83395        COR0000041

COR0000041

**Settlement Class Membership**
I am a Settlement Class Member in this matter and have submitted a claim for benefits under the proposed settlement.

**Grounds for Objection**
I respectfully object to the proposed settlement because I do not believe it adequately accounts for the long-term and uncertain nature of the damages that may result from the exposure of sensitive personal and medical information. The AMCA Security Incident occurred between 2018 and 2019. However, many of the consequences of a data breach may not become apparent until years later. Identity theft, financial fraud, medical identity theft, misuse of personal information, and other forms of harm may occur long after a settlement is approved. As a result, Settlement Class Members may be asked to release significant legal claims before the full extent of their damages can reasonably be known. My concern is based not only on general principles but also on my own experience. During the period surrounding the breach, I experienced issues involving my bank account that required me to change account numbers on two separate occasions. While I cannot definitively attribute those incidents to the AMCA Security Incident, they demonstrate the difficulty consumers face in determining whether suspicious activity is related to a particular data breach. I have also received unsolicited mail, telephone calls, and email solicitations over the years. Although I cannot conclusively prove that these communications resulted from the AMCA Security Incident, they further illustrate how consumers lose control over their personal information once it has been exposed and how difficult it becomes to determine where that information has been shared or used. I place a high value on protecting my personal information and have taken steps over the years to limit unnecessary disclosure of personally identifying information. In part because of concerns about privacy and misuse of personal information, I surrendered my driver's license and relied on a passport as my primary identification document. I have also frozen my credit to help protect against unauthorized use of my information. These actions reflect the seriousness with which I view privacy and identity security and demonstrate that the consequences of a data breach extend beyond easily measured financial losses. I am further concerned that Settlement Class Members are being asked to release claims arising out of or relating to the Security Incident while many class members may receive only a modest payment. The uncertainty of future damages, combined with the broad scope of the release, raises concerns regarding whether the settlement is fair, reasonable, and adequate to all class members. I also request that the Court carefully review the requested attorneys' fees and expenses to ensure that the distribution of the Settlement Fund appropriately balances compensation to class members with compensation to counsel.

**Scope of Objection**
This objection applies to me individually and, to the extent the Court finds applicable, to

other Settlement Class Members whose future damages and misuse of personal information may not yet be known.

**Counsel**
I am not represented by counsel in connection with this objection.

**Prior Objections**
I previously filed an objection in another class action settlement. That prior objection was based on concerns regarding the fairness of the proposed settlement and does not affect the merits of the present objection.

**Appearance at Final Fairness Hearing**
At this time, I do not intend to appear at the Final Fairness Hearing. I respectfully request that the Court consider this written objection.

**Certification**
I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed on: _June, 16th_, 2026

Respectfully submitted,

Curtis Johnson

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9589 0710 5270 2291 4971 08



Retail

U.S. POSTAGE PAID
FCM LG ENV
JACKSON, MS 39216
JUN 16, 2026

10150

**$10.02**

RDC 99

S2322T500547-5

**FROM:**

FROM:   Curtis Johnson
        24988 Highway 17
        Lexington, MS 39095

**TO:**

TO:   AMCA Data Breach Litigation Labcorp Settlement
      ATTN: Objection
      c/o Kroll Settlement Administration LLC
      PO Box 5324
      New York, NY 10150-5324



**Utility Mailer**
**10 1/2" x 16"**