# EXHIBIT C

July 27, 2026

83395    COR0000235



COR0000235

RE: Class Action - AMCA DATA BREACH CIVIL ACTION
LABCORP - # 19-md-2904
Class Member ID: 83395DF021C6P


Name and Information:


Jacqueline Shepherd
2712 Kernville Dr.
Wylie, TX. 75098
(469)853-4109
shep.jac88@gmail.com


*In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation (All Actions Against Laboratory Corporation of America Holdings)*,
No. 19-md-2904 (JKS) (MAH) (D.N.J.);


**Information identifying me as a Settlement Class Member, including proof that I am a member of the Settlement Class**


Email Notice Received - June 2, 2026 to my Gmail account; but I didn't see the notice until 7/23/26 because I am not on social media and get so much spam in my email.  I was looking for something else and just happened to see it.


I submitted the claim form 7/26/26 because I was instructed I needed to do this but neither of the 2 options ($50/payout nor $5000/reimbursement for out of pocket expenses) are what I would consider the case in my situation.
I have contacted all (3) Court Appointed Law Offices selected to represent me and other Settlement Class Members as Class Counsel, by phone, to request to be part of the Lead Plantiff Class and await their response.


They were contacted on 7/24/26 by phone and messages left.
1)James E. Cecchi of Carella, Byrne, Cecchi, Brody & Agnello, P.C.;
2)Linda P. Nussbaum of Nussbaum Law Group, P.C.; and
3)Stuart A. Davidson of Robbins Geller Rudman & Dowd LLP.  Mr. Greg Wood did contact me this morning to inform me that I could not be a part of the Plantiff Class and that I would need to opt out and persue the case on my own.  I do not have the funds to obtain attorneys and  request the court to begin a separate case on my behalf, so I am submitting this objection.

**Class Action Settlement Notice – AMCA Data Breach (Labcorp), No. 19 MD 2904**

## Class Member ID: 83395DF021C6P

## Records show your information may have been impacted in an alleged data breach at a medical collection agency.

**PERSONAL WRITTEN STATEMENT:**

This objection being submitted and filed only applies to me (Jacqueline "Jackie" Shepherd). I am objecting because I would like to be included in the subset of Lead Plaintiffs OR, if that is not possible, then to please be considered for a separate allocation award. I am requesting this because I feel that the high level of stress I endured during the attack on my finances caused health issues I am still trying to recover from. MY SSN, Name, Birthday, etc.does not change. I will be 78 this August and am still afraid that someone will find my information on the dark web and it will start all over again.

During that time, I was being notified that a number of people were making charges in my name. On a daily basis, I had to contact my credit cards, my bank, Amazon, hotels, online sites (they purchased computers and high tech items), skateboards, clothing, etc. to confirm these were fraudulent charges. During that attack, I feared the next possible place they would go to ring up new charges, and me waking up with all of my finances gone.
It was difficult for me to sleep. I was so stressed that I started having serious health issues.... High Blood Pressure and RA (was not being controlled by the medication I was on), anxiety, headaches, panic attacks, asthma, loss of all my hair, circulation issues, vertigo, etc. Someone explained that my info had gotten to the dark web and people were using my information to open accounts in my name and were making these purchases. It was exhausting and I thought it would never end.
I am objecting to the $50 settlement because that does not even start to provide recompense for the anguish I endured.

**Identity of any and all counsel representing me in connection with the objection:**

I am requesting to be part of the subset class of Lead Plaintiffs because I am on Social Security and do not have the funds to obtain private lawyers to represent me.

**Previous class action cases which I or my counsel have objected:**

This is the first and only class action case I have ever objected to.

**Statement whether I and/or my counsel will appear at the Final Fairness Hearing:**

I do not have personal counsel and am unable to appear at the Final Fairness Hearing so am providing this written objection.

Thank you (Your Honor) for your consideration in this matter.


Yours truly,

*Jacqueline "Jackie" Shepherd*

Jacqueline 'Jackie' Shepherd

NORTH TEXAS TX

DALLAS TX 750

27 JUL 2026   PM 5   L

INTERNATIONAL PEACE

AMERICAN MEDICAL COLLECTION AGENCY,

INC. CUSTOMER DATA SECURTY BREACH

LITIGATION LABCORP SETTLEIENT

ATTN: **Objection**

c/o Kroll Settlement Administrtion LLC

PO Box 5324

New York, NY 10150-5324

10150-532424

2036 ESPINOSA DR.
Carrollton, TX 75010