

Bradley J. Bartolomeo
140 Broadway, Suite 3100
New York, New York 10005
Bradley.Bartolomeo@lewisbrisbois.com
Direct: 212.232.1398

August 12, 2026

**VIA ECF**

Hon. Michael A. Hammer
United States Magistrate Judge
Martin Luther King Building
50 Walnut Street
Newark, NJ 07102

      Re:    *American Medical Collection Agency, Inc. Customer Data Security Breach Litigation (Other Labs Track)*
              <u>Civil Case No.: 2:19-md-02904-MCA-MAH</u>

Dear Judge Hammer:

We represent Defendant Sonic Healthcare U.S.A. and its affiliated entities (the "Sonic Defendants") in the above-referenced matter. The August 20, 2026 hearing to adjudicate Plaintiffs' amended motion for preliminary approval of the proposed class action settlement in this track is currently scheduled to take place virtually. With the consent of Plaintiffs, and pursuant to the Court's Order [ECF No. 917], we respectfully request that the preliminary approval hearing proceed in person. To the extent the Court is able, the parties respectfully request that the motion for preliminary approval of the Sonic settlement be heard at the conclusion of the Court's final fairness hearing in the Labcorp track which commences at 11 am on August 20, 2026.

We appreciate Your Honor's attention to this matter.

                    Respectfully submitted,

                    /s/ Bradley J. Bartolomeo

                    Bradley J. Bartolomeo of
                    LEWIS BRISBOIS BISGAARD &
                    SMITH LLP

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND •MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

181803107.1