**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To: Other Labs Track* | Case No. 2:19-MD-02904-MCA-MAH<br><br>MDL 2904<br><br>**NOTICE TO WITHDRAW ABAIGEAL D. FRANSON AS COUNSEL FOR SONIC DEFENDANTS** |

**PLEASE TAKE NOTICE** that Abaigeal D. Franson hereby withdraws her pro hac vice appearance as counsel of record for Defendants Sonic Healthcare USA, Clinical Pathology Laboratories, Inc., Aurora Diagnostics LLC, and Austin Pathology Associates ("Sonic Defendants") [ECF 763].

Attorneys from the law firm of Lewis Brisbois Bisgaard & Smith LLP will continue to represent the Sonic Defendants in this matter.

Dated: August 18, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Bradley J. Bartolomeo

Bradley J. Bartolomeo
Jeffrey Spiegel
Ariadne Panagopoulou
140 Broadway, Suite 3100
New York, New York 10005
212-232-1300

Jeffrey.Spiegel@lewisbrisbois.com
Bradley.Bartolomeo@lewisbrisbois.com
Ariadne.Panagopoulou@lewisbrisbois.com
*Attorneys for Defendants Sonic Healthcare USA, Clinical Pathology Laboratories, Inc., Aurora Diagnostics LLC, and Austin Pathology Associates*

**CERTIFICATE OF SERVICE**

I hereby certify that on August __, 2026, I electronically filed the foregoing NOTICE TO WITHDRAW ABAIGEAL D. FRANSON with the Clerk of Court using the CM/ECF system and further caused the same to be served on counsel of record via ECF filing.

/s/ Bradley J. Bartolomeo

Bradley J. Bartolomeo
140 Broadway, Suite 3100
New York, New York 10005
212-232-1300
Bradley.Bartolomeo@lewisbrisbois.com
*Attorneys for Defendants Sonic Healthcare USA, Clinical Pathology Laboratories, Inc., Aurora Diagnostics LLC, and Austin Pathology Associates*