James E. Cecchi
**CARELLA BYRNE CECCHI**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
*Interim Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To: Quest/Optum360 Track* | Civil Action No. 19-md-2904 (JKS)(MAH)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that on December 7, 2026 at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs shall move before the Honorable Jamel K. Semper at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey, for an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure, certifying this action as a class action, appointing the moving Plaintiffs Jo Ann Buck, Elizabeth Hollway, Naomi Jaworowski, Karli Parker, Rose Marie Perry, LaTease Rikard, and Michael Rutan as class representatives, appointing James E. Cecchi of Carella Byrne Cecchi Brody & Agnello, P.C., Jason L. Lichtman of Lieff Cabraser Heimann & Bernstein, LLP, Christopher A. Seeger of Seeger Weiss LLP, and Norman E. Siegel of Stueve Siegel Hanson LLP as class counsel in accordance with Rule 23(g) of the Federal Rules of Civil Procedure, and for such other and further relief as is just and proper.

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.
Attorneys for Plaintiffs

By: _/s/ James E. Cecchi____
JAMES E. CECCHI

Dated: August 21, 2026