James E. Cecchi
**CARELLA BYRNE CECCHI**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: *Quest/Optum 360 Track* | Civil Action No. 19-md-2904(JKS)(MAH) |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

This matter having been opened to the Court on the Motion for Class Certification of Plaintiffs Jo Ann Buck, Elizabeth Hollway, Naomi Jaworowski, Karli Parker, Rose Marie Perry, LaTease Rikard, and Michael Rutan by and through their attorneys, James E. Cecchi of Carella Byrne Cecchi Brody & Agnello, P.C., Jason L. Lichtman of Lieff Cabraser Heimann & Bernstein, LLP, Christopher A. Seeger of Seeger Weiss LLP, and Norman E. Siegel of Stueve Siegel Hanson LLP; on notice to Defendant Optum360, LLC; and the Court having considered the papers in support of and in opposition to the Motion; and having considered the argument of counsel; and good cause having been shown:

**IT IS** on this __________ day of _______________, 20____, **ORDERED** as follows:

1. The Court finds that:

   a. The Class members are so numerous that joinder of all members is impracticable;

   b. There are questions of law and fact common to the Class;

   c. The claims of Plaintiffs are typical of the claims of the other members of the Class;

   d. Plaintiffs will fairly and adequately protect the interests of the Class;

   e. The questions of law and fact common to the Class predominate over any questions affecting only individual members of the Class;

   f. A class action is superior to other available methods for a fair and efficient adjudication of this controversy;

   g. The Class is ascertainable;

   h. Counsel for Plaintiffs are qualified to serve as counsel in this litigation for Plaintiffs in their individual and representative capacities and for the Class;

   i. Injunctive relief is appropriate because Optum has acted or refused to act on grounds that apply generally to the Class.

2. Plaintiffs' Motion for Class Certification is therefore **GRANTED**.=

3. Plaintiffs' proposed class is certified pursuant to Fed. R. Civ. P. 23(b)(3) and 23(b)(2), with the class being defined as:

   All natural persons residing in the United States who were sent a letter from Quest or Optum notifying them of the Breach and who provided information to Quest on or after December 1, 2016.

4. The Court hereby appoints Plaintiffs Jo Ann Buck, Elizabeth Hollway, Naomi Jaworowski, Karli Parker, Rose Marie Perry, LaTease Rikard, and Michael Rutan to serve as Class Representatives.

5. The Court hereby appoints James E. Cecchi of Carella Byrne Cecchi Brody & Agnello, P.C., Jason L. Lichtman of Lieff Cabraser Heimann & Bernstein, LLP, Christopher A. Seeger of Seeger Weiss LLP, and Norman E. Siegel of Stueve Siegel Hanson LLP as Class Counsel pursuant to Fed. R. Civ. P. 23(g).

6. This action shall be set for trial.

IT IS SO ORDERED.

Dated: _____________

_________________________________
Honorable Jamel K. Semper, U.S.D.J.