UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION**

**This Document Relates To:**
**ALL ACTIONS AGAINST LABORATORY CORPORATION OF AMERICA HOLDINGS**

**Civil Action No.**
**19-md-2904 (JKS) (MAH)**
**(MDL 2904)**

# MOTION AND NOTICE BY SETTLEMENT CLASS MEMBER FOR EXPEDITED RELIEF REGARDING INABILITY TO SUBMIT TIMELY CLAIM

Settlement Class Member Stephanie Martin, appearing pro se, respectfully moves for limited and expedited relief to preserve her ability to submit a claim in the Labcorp Settlement before the September 3, 2026 Claims Deadline. This filing is not an objection to the Settlement and does not seek to alter the Settlement's substantive terms. It concerns an access problem in the court-approved claims process: the electronic Claim Form requires a Class Member ID that Ms. Martin does not possess, while the Settlement Administrator's designated assistance channels have not provided the ID or another means for her to complete a claim.

Because the deadline is imminent, Ms. Martin respectfully requests expedited consideration and an order directing the Settlement Administrator to provide her Class Member ID or permit submission by another reasonable method. Alternatively, she asks that her documented pre-deadline attempts be deemed sufficient to preserve the timeliness of her claim, with a reasonable period to complete the Claim Form once access is provided.

## FACTUAL BACKGROUND

**1.** The official Labcorp Settlement Website identifies this matter as In re: American Medical Collection Agency, Inc. Customer Data Security Breach Litigation, Civil Action No. 19-md-2904, and states that the deadline to submit a Claim Form is September 3, 2026. A screenshot of the Settlement Website and deadline is attached as Exhibit A.

**2.** Ms. Martin believes she is a member of the Labcorp Settlement Class and has been attempting, before the Claims Deadline, to submit a claim for Settlement benefits.

**3.** Ms. Martin has moved approximately four times since the period relevant to this litigation and does not possess the original notice containing her Class Member ID, if such notice was mailed to a prior address.

**4.** When Ms. Martin selected the online claim option, she was directed to Kroll Settlement Administration LLC's electronic Labcorp Claim Form. The first step is a login screen containing a required field labeled 'Class Member ID.' Without that ID, Ms. Martin cannot proceed to the remaining sections of the Claim Form. See Exhibit F.

**5.** The Settlement Website provides a 'Contact Us' option. When selected, the Website displays a notice stating that the user is leaving the settlement website and will be redirected to a secure forms portal hosted on a trusted external platform used for secure data processing. See Exhibit B.

**6.** After continuing, Ms. Martin was directed to a Kroll Contact Form. Unlike the Claim Form, the Contact Form expressly labels the credential field 'Class Member ID (if available),' permitting a person who does not possess an ID to request assistance. See Exhibit C.

**7.** The Contact Form requests identifying and contact information, including name, address, email, telephone number, subject, and a message. See Exhibit D.

**8.** Ms. Martin used the designated Contact Form to explain that she had moved multiple times, did not have her Class Member ID, and needed assistance obtaining it so she could submit a claim. She provided identifying information and asked what additional information was needed to locate her record.

**9.** Kroll's portal confirmed that Ms. Martin's message was submitted successfully. The confirmation instructed her to check her spam or junk folder in case a response was directed there. See Exhibit E.

**10.** Ms. Martin has made multiple attempts through the online contact process and has received responses that did not provide the Class Member ID or otherwise resolve her inability to access the Claim Form.

**11.** The Settlement Website also lists (833) 447-6786 as the toll-free number for the Settlement Administrator. Ms. Martin attempted to call that number on August 20, 2026. Her call log documents the outgoing call. See Exhibit G.

**12.** Ms. Martin was unable to obtain the Class Member ID or meaningful assistance through the published telephone number.

**13.** Ms. Martin has continued attempting to resolve the issue through the methods designated by the Settlement Administrator rather than waiting until after the deadline.

**14.** As of August 27, 2026, Ms. Martin still cannot proceed beyond the required Class Member ID login field, while the September 3, 2026 Claims Deadline is approaching.

**15.** Ms. Martin's inability to submit the Claim Form is not the result of inaction. She has affirmatively attempted, before the deadline, to use the Settlement Administrator's designated telephone and online contact channels to obtain the information necessary to file her claim.

## BASIS FOR LIMITED RELIEF

**16.** The Court has continuing authority to supervise implementation and administration of the class Settlement and to protect the interests of Settlement Class Members under Federal Rule of Civil Procedure 23.

**17.** The Settlement materials direct persons who are unsure whether they are included in the Settlement Class to seek free assistance from the Settlement Administrator by mail, telephone, or the online contact function. They also state that the only way to receive benefits is to submit a valid and timely Claim Form.

**18.** Ms. Martin is not asking the Court or Clerk to answer a routine settlement question. She seeks judicial relief from a concrete claims-access problem after attempting to use the designated administrative channels.

**19.** The relief requested is narrow. Ms. Martin does not seek additional compensation, preferential treatment, or relaxation of any substantive eligibility requirement. She asks only for access to the claims process and for her claim, once submitted, to be evaluated under the same standards applicable to other Settlement Class Members.

**20.** Without prompt relief or administrative action, Ms. Martin may lose the opportunity to seek Settlement benefits solely because she cannot obtain the credential required to enter the online Claim Form.

**21.** Preserving the timeliness of Ms. Martin's claim based on her documented pre-deadline efforts would avoid prejudice caused by an access problem while leaving all questions of Settlement Class membership, eligibility, documentation, and claim validity for determination under the Settlement.

**REQUEST FOR RELIEF**

WHEREFORE, Settlement Class Member Stephanie Martin respectfully requests that the Court, on an expedited basis, enter an Order providing one or more of the following forms of limited relief:

**A.** Directing Kroll Settlement Administration LLC to promptly locate and provide Ms. Martin with her Class Member ID using the identifying information she has supplied;

**B.** Alternatively, directing the Settlement Administrator to permit Ms. Martin to submit a Claim Form without a Class Member ID or through another reasonable method and to determine her Settlement Class membership using other identifying information in its records;

**C.** Deeming Ms. Martin's documented attempts to obtain her Class Member ID and access the claims process before September 3, 2026 sufficient to preserve the timeliness of her claim;

**D.** If the access issue is not resolved before September 3, 2026, permitting Ms. Martin a reasonable period after receiving the Class Member ID or alternative access to submit a completed Claim Form, with the Claim Form treated as timely subject to all other eligibility and claim-validation requirements;

**E.** Directing the Settlement Administrator not to reject Ms. Martin's claim as untimely based solely on the access problem described in this Motion; and

**F.** Granting such other limited relief as the Court deems just and appropriate to preserve Ms. Martin's opportunity to participate in the Settlement.

**Dated: August 27, 2026**

*Respectfully submitted,*

**/s/ Stephanie Martin**

Stephanie Martin, Pro Se

1601 S Dixie Highway Unit 501C

Pompano Beach, FL 33060

Telephone: 954-574-7481

Email: stephykinz954@gmail.com

# DECLARATION OF STEPHANIE MARTIN

I, Stephanie Martin, declare as follows:

**1.** I am the Settlement Class Member submitting the accompanying Motion and Notice. I make this declaration from my personal knowledge.

**2.** I believe I am eligible to participate in the Labcorp Settlement arising from the American Medical Collection Agency data breach.

**3.** I attempted to submit a claim through the official Settlement Website before the September 3, 2026 Claims Deadline.

**4.** The electronic Claim Form requires a Class Member ID before I can proceed. I do not possess my Class Member ID.

**5.** I have moved approximately four times and do not have the original Settlement Notice, if one was mailed to a prior address.

**6.** I attempted to call the Settlement Administrator at (833) 447-6786 on August 20, 2026 seeking assistance. I did not obtain the Class Member ID or access needed to submit the claim.

**7.** I then used the Contact Us procedure provided through the official Settlement Website. The Kroll Contact Form expressly permits the Class Member ID field to be left unavailable by labeling it 'Class Member ID (if available).'

**8.** Through the Contact Form, I explained that I had moved multiple times, requested my Class Member ID, provided identifying information, and asked what additional information was needed to locate my record.

**9.** Kroll's system confirmed that my message was submitted successfully.

**10.** I have made several attempts through the online contact process. The responses I received did not provide my Class Member ID or otherwise enable me to access and complete the Claim Form.

**11.** I am attempting to resolve this issue before the September 3, 2026 Claims Deadline and intend to submit a claim if I am given the information or access necessary to do so.

**12.** I respectfully request that the Court preserve my ability to submit a timely claim so that I do not lose Settlement benefits solely because I cannot obtain the credential required by the Settlement Administrator's claims portal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 27, 2026.

/s/ Stephanie Martin

Stephanie Martin

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>**This Document Relates To:**<br>**ALL ACTIONS AGAINST LABORATORY CORPORATION OF AMERICA HOLDINGS** | **Civil Action No.**<br>**19-md-2904 (JKS) (MAH)**<br>**(MDL 2904)** |

## [PROPOSED] ORDER GRANTING LIMITED RELIEF TO SETTLEMENT CLASS MEMBER REGARDING CLAIM SUBMISSION

THIS MATTER having come before the Court upon the Motion and Notice of Settlement Class Member Stephanie Martin regarding her inability to access the electronic Labcorp Claim Form without a Class Member ID; and the Court having considered the Motion, Declaration, and supporting exhibits; and for good cause shown;

IT IS on this _____ day of __________________, 2026, ORDERED as follows:

**1.** The Settlement Administrator shall promptly provide Stephanie Martin with her Class Member ID or another reasonable means of submitting a Claim Form;

**2.** Ms. Martin's documented attempts to obtain access to the claims process before the September 3, 2026 Claims Deadline shall preserve the timeliness of her claim;

**3.** If Ms. Martin cannot submit her Claim Form by September 3, 2026 because the access issue remains unresolved, she may submit the Claim Form within fourteen (14) days after the Settlement Administrator provides the information or access necessary to do so, and the Claim Form shall be treated as timely, subject to all other eligibility, documentation, and claim-validation requirements of the Settlement; and

**4.** The Settlement Administrator shall not reject Ms. Martin's claim as untimely solely because of the access problem described in her Motion.

______________________________________

HON. Jamel K. Semper, U.S.D.J.

## EXHIBIT INDEX

**Exhibit A -** Official Labcorp Settlement Website showing case identification and September 3, 2026 Claims Deadline.

**Exhibit B -** Settlement Website redirect notice stating that Contact Us redirects the user to Kroll's secure forms portal.

**Exhibit C -** Kroll Contact Form showing 'Class Member ID (if available).'

**Exhibit D -** Kroll Contact Form showing identifying/contact fields, subject, message, and submission controls.

**Exhibit E -** Kroll portal confirmation showing Ms. Martin's Contact Us message was submitted successfully.

**Exhibit F -** Kroll electronic Labcorp Claim Form showing required 'Class Member ID' login field.

**Exhibit G -** Telephone call log showing outgoing call to (833) 447-6786 on August 20, 2026.

# EXHIBIT A

## Official Settlement Website and Claims Deadline



# EXHIBIT B

## Settlement Website Notice Redirecting Users to Kroll Secure Forms Portal



# EXHIBIT C

## Kroll Contact Form - Class Member ID 'If Available'



# EXHIBIT D

## Kroll Contact Form - Identifying, Subject, Message, and Submission Fields






# EXHIBIT E

## Kroll Confirmation of Successful Contact Form Submission



# EXHIBIT F

## Electronic Claim Form Requiring Class Member ID



# EXHIBIT G

**Call Log - Outgoing Call to Settlement Administrator**



**CERTIFICATE OF SERVICE**

I certify that on ___________________, 2026, I served a true and correct copy of the foregoing Motion and Notice, Declaration, Proposed Order, and Exhibits by ________________________________ upon Settlement Class Counsel at the addresses identified in the court-authorized Settlement Notice:

James E. Cecchi
CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068

Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
1225 Franklin Avenue, Suite 325
Garden City, NY 11530

Stuart A. Davidson
ROBBINS GELLER RUDMAN & DOWD LLP
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432

/s/ Stephanie Martin

Stephanie Martin, Pro Se