CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
11/21/33 – 11/4/23

DONALD F. MICELI
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

OF COUNSEL
PETER G. STEWART
CARL R. WOODWARD, III
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

RAYMOND J. LILLIE
GREGORY G. MAROTTA
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU
PATRICK J. DOHERTY

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

October 20, 2026

Honorable Jamel K. Semper, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Honorable Alex D. Silagi, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 19-md-2904 (JKS) (ADS)**

***Bratten v. Quest Diagnostics Inc.*, No. 24-cv-569 (JKS) (ADS)**

Dear Judge Semper and Judge Silagi,

I am Interim Lead Counsel for Plaintiffs in the in the above-referenced MDL and I also represent Plaintiff Gregory Bratten in an action transferred into this MDL by the Judicial Panel on Multidistrict Litigation captioned *Bratten v. Quest Diagnostics Inc.*, No. 24-cv-569 (JKS) (ADS). I write to provide Your Honors with a short summary of where things stand with regard to these matters.

As the Court is aware, Plaintiffs and Labcorp and the Sonic Defendants respectively have settled. On August 20, 2026, Magistrate Judge Hammer granted final approval to the Labcorp Settlement. His Honor also granted preliminary approval to the Sonic Settlement on the same date. The Final Fairness Hearing as to the Sonic settlement is set for January 7, 2027 at 11:00 am. ECF 941. In the Quest track, Plaintiffs anticipate presenting the Court with a motion for preliminary approval of their settlement with Defendant Quest Diagnostic Incorporated in the near future.

However, both the original MDL complaint and the transferred *Bratten* matter continue against Defendant Optum360, LLC. In the MDL action, Plaintiffs filed their motion for class

certification on August 21, 2026 (ECF 942); Optum360 filed its opposition on October 16, 2026 (ECF 949) and Plaintiffs' reply is due November 13, 2026. *See* ECF 930 (setting forth briefing and *Daubert* schedules for Plaintiffs' renewed motion for class certification).

In the *Bratten* matter, Optum360 filed a motion to dismiss, or in the alternative, a motion for summary judgment, ECF 67, which is fully briefed. See ECF 84 (opposition) and 85 (reply). However, subsequent to the filing of the summary judgment motion, and in light of information that Plaintiff Bratten obtained in discovery, Plaintiff moved to amend the *Bratten* complaint. ECF 89, 90. This motion is also fully briefed. ECF 96, 99. In terms of a logical sequence, Plaintiffs submit that the motion to amend should take priority over the motion for summary judgment as the filing of an amended complaint would moot the dispositive motions as to the original complaint. We are happy to discuss this sequencing with Your Honors in person or via zoom.

We thank Your Honors for your continued attention to these matters.

Respectfully submitted,

CARELLA, BYRNE, CECCHI
BRODY & AGNELLO

*s/ James E. Cecchi*

James E. Cecchi

cc: All Counsel of Record (via ECF)