READE SELIGMANN
MATTHEW ATHA
LEILA N. KNOX (*Pro Hac Vice* Admission Pending)
**ALSTON & BIRD LLP**
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9453
Facsimile: (212) 210-9444
reade.seligmann@alston.com
matthew.atha@alston.com
leila.knox@alston.com

KRISTINE MCALISTER BROWN
DONALD M. HOUSER
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
kristy.brown@alston.com
donald.houser@alston.com

*Attorneys for Defendant Optum360, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To: ALL ACTIONS* | ) ) ) ) ) ) ) ) | No.: 19-md-2904 (MCA)(MAH)<br>(MDL 2904)<br><br>***Document Electronically Filed***<br>Return Date: November 16, 2026<br>**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF LEILA N. KNOX** |

**NOTICE OF MOTION FOR**
***PRO HAC VICE* ADMISSION OF LEILA N. KNOX**

**TO:** All Counsel of Record

**PLEASE TAKE NOTICE** that on November 16, 2026, at 11:00 a.m., or as soon thereafter as counsel may be heard, pursuant to L. Civ. R. 101(c), the undersigned attorney for Defendant Optum360, LLC ("Optum360"), shall move before the United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order admitting Leila N. Knox, Esq. to appear *pro hac vice* in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that in support of said application, Optum360 shall rely on the accompanying declarations of Leila N. Knox, Esq. and Reade Seligmann, Esq. Oral argument is requested if opposition to this motion is filed. A proposed form of Order is also attached hereto.

**LOCAL CIVIL RULE 7.1 STATEMENT**

The undersigned hereby certifies that, to the best of his knowledge, no brief or memorandum of law is necessary in support of the within motion as the issues raised thereby involve no complicated issues of law.

Dated: October 20, 2026

*/s/ Reade Seligmann*

Reade Seligmann
**ALSTON & BIRD LLP**
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9453
Facsimile: (212) 210-9444
reade.seligmann@alston.com

*Attorney for Optum360, LLC*