READE SELIGMANN
MATTHEW ATHA
LEILA N. KNOX (*Pro Hac Vice* Admission Pending)
**ALSTON & BIRD LLP**
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9453
Facsimile: (212) 210-9444
reade.seligmann@alston.com
matthew.atha@alston.com
leila.knox@alston.com

KRISTINE MCALISTER BROWN
DONALD M. HOUSER
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
kristy.brown@alston.com
donald.houser@alston.com

*Attorneys for Defendant Optum360, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION

*This Document Relates To: ALL ACTIONS*

No.: 19-md-2904 (MCA)(MAH)

(MDL 2904)

***Document Electronically Filed***

**DECLARATION OF LEILA N. KNOX IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF LEILA N. KNOX**

**DECLARATION OF LEILA N. KNOX, ESQ.**
**IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE***

I, LEILA NATIONS KNOX, file this application to appear *pro hac vice* before the United States District Court, District of New Jersey.

1. My full name is Leila Nations Knox.
2. I am an attorney and senior associate with the law firm of Alston & Bird LLP.
3. My office address, telephone number, fax number and e-mail address are as follows:

   Address: 90 Park Avenue, 15th Floor, New York, NY 10016-1387

   Telephone: (212) 905-9088

   Fax: (212) 210-9444

   E-mail: leila.knox@alston.com
4. I have been retained, together with the above-mentioned firm, by Defendant Optum360, LLC ("Optum360"), to provide legal representation in this case.
5. I am a member in good standing of the following courts and have never been disbarred or suspended and no disciplinary proceeding is currently pending against me:

   a. State Bar of Georgia – *Admitted 2021*
   104 Marietta Street NW #100
   Atlanta, GA 30303

   b. Court of Appeals of Georgia – *Admitted 2022*
   Clerk of Court
   330 Capitol Avenue, S.E.

First Floor, Suite 1601
Atlanta, GA 30334

c. Supreme Court of Georgia – *Admitted 2022*
Clerk of Court
330 Capitol Avenue, S.E.
First Floor, Suite 1100
Atlanta, GA 30334

d. U.S. District Court – Northern District of Georgia – *Admitted 2022*
Office of the Clerk
75 Ted Turner Drive NW
Atlanta, GA 30303

e. State of New York, Appellate Division, First Judicial Department – *Admitted 2026*
Clerk's Office
27 Madison Avenue
New York, NY 10010

6. I have not been the subject of a grievance proceeding or an involuntary removal proceeding while a member of the bar of any state or federal court.

7. I designate Reade Seligmann, Esq., of Alston & Bird LLP as counsel of record to assist me in this case. Mr. Seligmann's office address, e-mail address, telephone number and fax number are as follows: 90 Park Avenue, 15th Floor, New York, NY 10016-1387; Telephone: (212) 210-9453; Fax: (212) 210-9444; e-mail: reade.seligmann@alston.com.

8. I agree to pay the Clerk's fee and the appropriate fees for the client fund and agree to abide by L. Civ. R. 101.1(c).

9. I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

Dated: October 20, 2026

Leila N. Knox