READE SELIGMANN
MATTHEW ATHA
LEILA N. KNOX (*Pro Hac Vice* Admission Pending)
**ALSTON & BIRD LLP**
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9453
Facsimile: (212) 210-9444
reade.seligmann@alston.com
matthew.atha@alston.com
leila.knox@alston.com

KRISTINE MCALISTER BROWN (*Pro Hac Vice* Admission Pending)
DONALD M. HOUSER (*Pro Hac Vice* Admission Pending)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
kristy.brown@alston.com
donald.houser@alston.com

*Attorneys for Defendant Optum360, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | No.: 19-md-2904 (MCA)(MAH) (MDL 2904) |
| | ***Document Electronically Filed*** |
| *This Document Relates To: ALL ACTIONS* | Return Date: November 16, 2026 |
| | **DECLARATION OF READE SELIGMANN, ESQ. IN SUPPORT OF *PRO HAC VICE* APPLICATION OF LEILA N. KNOX** |

**DECLARATION OF READE SELIGMANN, ESQ.**
**IN SUPPORT OF *PRO HAC VICE* APPLICATION OF**
**LEILA N. KNOX**

I, READE SELIGMANN, ESQ., hereby declare:

1. I am an attorney with the firm of Alston & Bird LLP, in New York, NY. I am a member in good standing of the New Jersey Bar, having been admitted on February 27, 2014 and am also a member in good standing of the United States District Court for the District of New Jersey. Our firm represents Defendant Optum360, LLC ("Optum360"), in the above-captioned matter. I am making this declaration in support of the *pro hac vice* admission of Leila N. Knox, Esq.

2. I agree, pursuant to L. Civ. R. 101.1(c)(2), to make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and pay annual fees as provided by New Jersey Court Rule 1:20-1(b) on behalf of Counsel.

3. As set forth in her Declaration, Ms. Knox practices in the State of New York and the State of Georgia. Optum360 has requested that Ms. Knox be admitted *pro hac vice* in order to represent it in this matter.

4. The proposed Order we submitted sets forth that all pleadings, briefs and papers filed with the Court will be signed by our law firm as attorneys of

record, and we will be responsible for the conduct of this action and of counsel as set forth in L. Civ. R. 101.1(c).

5. For the foregoing reasons, we respectfully request that the Court enter the proposed Order to admit *pro hac vice* Leila N. Knox, Esq.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 20, 2026

*/s/ Reade Seligmann*

Reade Seligmann