**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | No.: 19-md-2904 (MCA)(MAH) |
| | (MDL 2904) |
| *This Document Relates To: ALL ACTIONS* | **[PROPOSED] ORDER ADMITTING LEILA N. KNOX, ESQ.** ***PRO HAC VICE*** |

This matter having been opened to the Court by Alston & Bird LLP, attorneys for Defendant Optum360, LLC ("Optum360"), for an order permitting Leila N. Knox, Esq., to appear in this action *pro hac vice*; and the Court having reviewed the Declaration of Leila N. Knox, Esq., as well as the Declaration of Reade Seligmann, Esq., in support of this application; and for good cause shown,

IT IS on this ______day of ____________, 2026,

**ORDERED** that Leila N. Knox, Esq., is hereby admitted *pro hac vice* in the above-captioned matter;

**IT IS FURTHER ORDERED** that Leila N. Knox, Esq. shall:

1. Abide by the Rules of Practice of the United States District Court for the District of New Jersey, including all disciplinary rules as set forth in L. Civ. R. 101.1, *et seq.*;
2. Notify the Court immediately of any matters affecting her standing at the Bar of any other Court;
3. Have all pleadings, briefs, and other papers filed with the Court signed by the law firm of Alston & Bird LLP, which shall be held responsible for those pleadings, briefs and other papers, and for the conduct of this case and of the attorneys admitted herein;

**IT IS FURTHER ORDERED** that Leila N. Knox, Esq. shall:

1. Make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for any year in which she represents a client in a matter pending before this Court; and
2. Make payment as provided by L. Civ. R. 101.1(c).

**The Hon. Alex D. Silagi**
*United States Magistrate Judge*