**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Reade Seligmann*
Reade Seligmann
reade.seligmann@alston.com

*Attorney for Optum360, LLC*