**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>Case No. 2:24-cv-00569-JKS-ADS,<br>*Bratten v. Quest Diagnostics et al.* | Civil Action No. 2:19-md-02904 (JKS-ADS)<br><br>**NOTICE OF RENEWED MOTION TO SEAL CONFIDENTIAL MATERIALS** |

**TO: ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on December 7, 2026, or as soon thereafter as counsel may be heard, counsel for Defendant Quest Diagnostics Incorporated ("Quest") shall move before the Honorable Alex D. Silagi, U.S.M.J., at the United States District Court for the District of New Jersey, Frank R. Lautenberg U.S. Post Office & Courthouse, 2 Federal Square, Newark, New Jersey 07102, pursuant to Local Civil Rule 5.3(c), and the Court's October 23, 2026 Order (ECF 112), for an Order sealing portions of the following documents:

- Plaintiff's Memorandum in Support of Motion for Leave to File First Amended Complaint (ECF 90)
- Exhibit A – First Amended Complaint (ECF 90-1)
- Exhibit B – Redline (ECF 90-2)

**PLEASE TAKE FURTHER NOTICE** that there is no dispute regarding the portions of the above-mentioned documents that Quest seeks to maintain under seal.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to L. Civ. R. 5.3(c)(2)(i), the Parties have conferred in an effort to narrow or eliminate the materials or information that are the subject of this Motion.

**PLEASE TAKE FURTHER NOTICE** that Quest shall rely upon the accompanying Declaration of Heather Benzmiller Sultanian in Support of Renewed Motion to Seal Confidential Materials and the Index annexed thereto, and the Declaration of Theresa Cetera in Support of Quest Diagnostic's Incorporated's Renewed Motion to Seal. No brief is necessary in accordance with L. Civ. R. 5.3(c)(1).

Dated: November 6, 2026

Respectfully submitted,

By: *_/s/ Heather Benzmiller Sultanian_*

David H. Hoffman
Daniel C. Craig
Heather Benzmiller Sultanian
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel.: (312) 853-7000
david.hoffman@sidley.com
dcraig@sidley.com
hsultanian@sidley.com

Eamon P. Joyce
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 839-8555
ejoyce@sidley.com

*Attorneys for Defendant Quest Diagnostics Incorporated*