David H. Hoffman
Daniel C. Craig
Heather Benzmiller Sultanian
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel.: (312) 853-7000
david.hoffman@sidley.com
dcraig@sidley.com
hsultanian@sidley.com

Eamon P. Joyce
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 839-8555
ejoyce@sidley.com

*Attorneys for Defendant Quest Diagnostics Incorporated*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>Case No. 2:24-cv-00569-JKS-ADS,<br>*Bratten v. Quest Diagnostics et al.* | Civil Action No. 2:19-md-02904 (JKS-ADS) |

**DECLARATION OF HEATHER BENZMILLER SULTANIAN IN SUPPORT OF RENEWED MOTION TO SEAL CONFIDENTIAL MATERIALS**

I, Heather Benzmiller Sultanian, declare and state as follows:

1. I am an attorney admitted to practice in Illinois. I am a partner at Sidley Austin LLP, One South Dearborn, Chicago, IL 60603. Sidley Austin LLP represents Defendant Quest Diagnostics Incorporated ("Quest") in this action.

2. I am submitting this Declaration based upon my personal knowledge, information, and belief.

3. I submit this declaration in support of the Renewed Motion to Seal portions of the briefing and associated exhibits for Plaintiff's Motion for Leave to File First Amended Complaint (*see* ECF 90, 90-1, 90-2) (hereinafter, the "Confidential Materials").

4. The Confidential Materials contain information that has been designated as Highly Confidential – Attorneys' Eyes Only by Quest and is subject to the Confidentiality Order entered in this case or is otherwise confidential.

5. In support of this Renewed Motion to Seal, attached to this Declaration is an Index required by Local Civil Rule 5.3(c)(3) setting forth, among other things, the basis for sealing the Confidential Materials.

6. As set forth in the Index, Quest asserts, and upon information and belief it is my understanding, that certain of the Confidential Materials contain Quest's confidential and sensitive information.

7. As set forth in the Index, Quest asserts, and upon information and belief it is my understanding, that if the Confidential Materials become available to the public, third parties, including threat actors engaging in cyberattacks, may potentially use such information to Quest's detriment.

8. Accordingly, it is respectfully requested that the Court grant the Renewed Motion to Seal the Confidential Materials.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 6, 2026

*/s/ Heather Benzmiller Sultanian*
Heather Benzmiller Sultanian