**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>Case No. 2:24-cv-00569-JKS-ADS,<br>*Bratten v. Quest Diagnostics et al.*,<br>*Quest/Optum Track* | Civil No. 2:19-md-02904 (JKS)(ADS) |

**DECLARATION OF THERESA CETERA IN SUPPORT OF QUEST DIAGNOSTICS INCORPORATED'S RENEWED MOTION TO SEAL**

I, Theresa Cetera, declare and state under penalty of perjury as follows:

1. I am employed by Quest Diagnostics Incorporated ("Quest"), where I serve as the Executive Director of Information Technology ("IT") Security Risk and Assurance. I submit this declaration in support of the Renewed Motion to Seal portions of the documents filed July 14, 2026 at D.E. 90, 90-1, and 90-2.

2. I have personal knowledge of the facts set forth in this Declaration, or knowledge of the facts based on my review of Quest's business records and my familiarity with Quest's IT systems, and could testify competently on such matters if called upon to do so.

3. I submit this Declaration in support of Quest's Renewed Motion to Seal limited portions of the documents filed at D.E. 90, 90-1, and 90-2 in the above-captioned case.

4. I have reviewed the two passages that Quest seeks to maintain under seal, which are described below.

5. In the course of its business, Quest may transmit sensitive and legally protected data to third-party vendors. Quest maintains as confidential the specific record types that are transmitted to vendors, the information contained in each record, how those records are packaged, how they are transmitted, the volume of data contained in those transmissions, and the type of vendor to which they may be transmitted. Quest maintains this information as confidential because threat actors may use it to identify targets to attack, potential means of attack, and the data that may be obtained if such an attack succeeds. The information contained in D.E. 90 at 2, beginning with "show that" and ending with "codes," falls within this category and its disclosure would present a concrete information security risk to Quest and the subjects of data maintained by Quest because threat actors may use that information to identify targets to attack, potential means of attack, and the data that might be obtained in such an attack.

6. Similarly, in the course of its business, Quest may allow certain vendors to access its internal systems to allow those vendors to access sensitive and legally protected data. Quest maintains as confidential the means by which it provides vendors with access to its systems, the identity of vendors that are provided such access, and the data that vendors may access in this manner. Quest maintains this information as confidential because malicious actors could use that information to identify potential

targets and systems to attack in the hope of obtaining sensitive data. The information contained at D.E. 90-1 at 7 ¶ 20 and D.E. 90-2 at 10 ¶ 20 (which is a redline of the same sentence) falls within this category and its disclosure presents a concrete information security risk to Quest and the subjects of data maintained by Quest because threat actors may use that information to identify potential targets and systems to attack in the hope of obtaining sensitive data

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 5, 2026

/s/ DocuSigned by: Theresa A Cetera
AC06D7FE057E4F7...
Theresa Cetera