# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2026, I electronically filed the following:

- Notice of Renewed Motion to Seal Confidential Materials;
- Declaration of Heather Benzmiller Sultanian in Support of Renewed Motion to Seal Confidential Materials;
- Index pursuant to L. Civ. R. 5.3(c)(3);
- Declaration of Theresa Cetera in Support of Quest Diagnostics Incorporated's Renewed Motion to Seal; and
- Proposed Order Granting Renewed Motion to Seal Confidential Materials,

with the Clerk of the Court using the CM/ECF system, which will send notice of filing to the email addresses for all counsel listed on the Electronic Mail Notice list.

*/s/ Heather Benzmiller Sultanian*
Heather Benzmiller Sultanian