James E. Cecchi
**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973 994-1744
jcecchi@carellabyrne.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: Other Labs Track | No. 19-md-2904 (JKS)(MAH)<br><br>MDL 2904<br><br>**NOTICE OF MOTION** |

Plaintiffs, on behalf of themselves and the proposed Class, respectfully submit this Motion pursuant to Rule 23(h) of the Federal Rules of Civil Procedure for entry of an Order granting Plaintiffs' request for attorneys' fees, reimbursement of expenses, and service awards to the Settlement Class Representatives.

In support, Plaintiffs have filed a Memorandum of Law, the Declaration of James E. Cecchi, Esq., with exhibits thereto, and the Declaration of Elias Rose of Kroll.

For the reasons set forth in the Memorandum of Law, Plaintiffs respectfully request that the Court grant their Motion.

Dated: November 18, 2026

Respectfully submitted,

*By: /s/ James E. Cecchi*
James E. Cecchi
**CARELLA, BRYNE, CECCHI,**

**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel.: (973) 994-1700
jcecchi@carellabyrne.com
*Lead Counsel for Plaintiffs and the Settlement Class*