**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>The Other Labs Track | No. 19-md-2904 (JKS)(MAH)<br><br>MDL 2904 |

**DECLARATION OF ELIAS ROSE OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH SONIC SETTLEMENT**

I, Elias Rose, declare as follows:

1. I am a Senior Manager of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision.

2. Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, privacy, securities fraud, labor and employment, consumer, and government enforcement matters. Kroll has provided notification and/or claims administration services in more than 4,000 cases.

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

3. This declaration provides preliminary information on the Settlement Administration for this matter. An updated declaration will be filed on December 8, 2026, in connection with the motion for final approval of the settlement.

## BACKGROUND

4. Kroll was appointed as the Settlement Administrator to provide notification and claims administration services in connection with the Class Action Settlement Agreement and Release (the "Settlement Agreement") entered into in this Action. Kroll's duties in connection with the settlement have and will include: (a) preparing and sending notices in connection with the Class Action Fairness Act; (b) receiving and analyzing the Settlement Class Data; (c) creating a Settlement Website with online claim-filing capabilities; (d) establishing a toll-free telephone number; (e) establishing a post office box for the receipt of mail; (f) preparing and sending the Short Form Notice and detachable Claim Form ("Postcard Notice") via first-class mail; (g) preparing and sending the Short Form Notice via email ("Email Notice"); (h) receiving and processing mail from the United States Postal Service ("USPS") with forwarding mailing addresses; (i) receiving and processing undeliverable mail, without a forwarding mailing address, from the USPS; (j) receiving and processing Claim Forms; (k) receiving and processing requests for exclusion and objections; and (l) such other tasks as counsel for the Parties or the Court request Kroll to perform.

## NOTICE PROGRAM

### The CAFA Mailing

5. As noted above, on behalf of the Defendants, Kroll provided notice of the proposed settlement pursuant to the Class Action Fairness Act, 28 U.S.C. §1715(b) ("the CAFA Notice") on June 18, 2026.

### Data and Case Setup

6. On May 12, 2026, Kroll created a dedicated Settlement Website landing page entitled www.amcadatabreachsettlement.com. At the request of counsel for the Parties, a separate landing page was also created within the Settlement Website to present information specific to the

Defendants. The Settlement Website "went live" on October 4, 2026, and contains a summary of the settlement, important dates and deadlines, contact information for the Settlement Administrator, answers to frequently asked questions, downloadable copies of relevant documents, including the Settlement Agreement, Preliminary Approval Order, Postcard Notice, Long Form Notice, and Claim Form, and allowed Settlement Class Members an opportunity to file a Claim Form online. As of November 17, 2026, the Settlement Website has received 28,958 page views by approximately 20,000 total unique users.

7. On August 31, 2026, Kroll established a toll-free telephone number, (833) 453-3715, for Settlement Class Members to call and obtain additional information regarding the settlement through an Interactive Voice Response ("IVR") system and through speaking with a live operator. As of November 17, 2026, the IVR system has received 1,359 calls, and thirty-seven (37) callers have been connected to live operators.

8. On August 31, 2026, Kroll designated a post office box with the mailing address: *American Medical Collection Agency, Inc. Customer Data Security Breach Litigation Sonic Healthcare U.S.A., Aurora Diagnostics LLC, Clinical Pathology Laboratories, Inc., and Austin Pathology Associates Settlement*, c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324, in order to receive requests for exclusion, Claim Forms, objections, and correspondence from Settlement Class Members.

9. On September 8, 2026, Kroll received four (4) data files from The Brattle Group. The first file contained 43,671 records, the second file contained 1,000,000 records, the third file contained 452,061 records, and the fourth file contained 281,775 records; all four files contained names and physical mailing addresses for known Settlement Class Members. Kroll undertook several steps to review the Settlement Class Data for the dissemination of the Short Form Notice, including standardizing and normalizing the data and the removal of 37,585 duplicate records, resulting in 1,739,922 unique records, of which 154 records contained only names and therefore could not be included in any contact information searches. Kroll performed an email append which identified 1,353,072 available email addresses for Settlement Class Members. The remaining

386,696 Settlement Class Members for whom an email address was not identified would be sent Postcard Notices. Additionally, in an effort to ensure that Postcard Notices would be deliverable to Settlement Class Members, Kroll processed the Settlement Class Member mailing list through the USPS National Change of Address ("NCOA") database and updated the Settlement Class Data with physical mailing address changes received from the NCOA.

10. On October 27, 2026, Defendants' Counsel advised an additional 40,234 records with names and addresses were located by Defendants. Kroll undertook several steps to review the additional Settlement Class Data for the dissemination of the Postcard Notice, including standardizing and normalizing the data and the removal of 27,093 records that were either already present in the original data set, or were identified as a duplicate, leaving 13,141 additional unique records. The addition of the new records resulted in 1,753,063 unique records for Settlement Class Members.

**<u>The Notice Program</u>**

11. On October 5, 2026, Kroll caused the mailing of 386,696 Postcard Notices via first-class mail.

12. On October 5, 2026, Kroll caused the Email Notice to be sent to the 1,353,072 email addresses on file for Settlement Class Members as noted above.

13. On November 10, 2026, Kroll caused the mailing of 13,141 Postcard Notices to the additional Settlement Class Members discovered by Defendants.

## NOTICE PROGRAM REACH

14. As of November 17, 2026, 595,050 emails were rejected/bounced back as undeliverable. On November 10, 2026, in accordance with section 10.1 of the Settlement Agreement, Kroll sent Postcard Notices to the 595,050 Settlement Class Members who had an undeliverable Email Notice.

15. As of November 17, 2026, 1,149 Postcard Notices were returned by the USPS with a forwarding physical mailing address. Of these, 1,149 Postcard Notices were automatically re-mailed by the USPS.

16. As of November 17, 2026, 65,018 Postcard Notices were returned by the USPS as undeliverable as addressed, without a forwarding physical mailing address. Kroll will perform an advanced address search for updated mailing addresses for these records and will re-send Postcard Notices to all updated addresses obtained from the search.

17. Based on the foregoing, Kroll has reason to believe that to date Short Form Notice likely has reached approximately 96.28% of the Settlement Class, and that the reach rate will increase following Postcard Notice re-mailings. The current reach rate is consistent with other court-approved, best-practicable notice programs and Federal Judicial Center Guidelines, which state that a notice plan that reaches[2] over 70% of targeted class members is considered a high percentage and the "norm" of a notice campaign. Kroll will provide an updated declaration in connection with the motion for final approval of the settlement on December 8, 2026.

## CLAIM ACTIVITY

18. As of November 17, 2026, Kroll has received 1,946 Claim Forms through the mail and 7,238 Claim Forms filed electronically through the Settlement Website, for a total of 9,184 claims received. Kroll is still in the process of reviewing and validating Claim Forms.

19. To prevent Claim Forms from being filed by individuals outside the Settlement Class and to curtail fraud, Settlement Class Members were provided a unique "Class Member ID" on their respective notices as part of the claims process. The Class Member ID is required for Settlement Class Members to file a Claim Form online.

20. The Claim deadline extends until January 4, 2027.

## EXCLUSIONS AND OBJECTIONS

21. The Opt-Out Date and Objection Date is December 3, 2026.

22. As of November 17, 2026, Kroll has received no requests for exclusion and no objections to the settlement.

---

[2] FED. JUD. CTR., *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), *available at* https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf. The guide suggests that the minimum threshold for adequate notice is 70%.

**CERTIFICATION**

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on November 17, 2026, in Portland, Oregon.

ELIAS ROSE