ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Matthew Atha** Direct Dial: **+1 212 905 9160** Email: **matthew.atha@alston.com**

**VIA ECF**

November 19, 2026

Honorable Alex D. Silagi
United States Magistrate Judge
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

Re: *In re American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, Civil Action No. 19-md-2904(JKS)(ADS)

Dear Judge Silagi:

We write on behalf of Plaintiffs and Defendant Optum360, LLC (collectively "the Parties") to respectfully request leave to file an omnibus motion to seal in connection with the briefing on Plaintiffs' renewed motion for class certification (ECF Nos. 942, 943, 949, 959) and the Parties' forthcoming motions challenging class certification experts by January 22, 2027.

- Pursuant to Local Civil Rule 5.3(c)(2), the motion to seal the briefing on Plaintiffs' renewed motion for class certification is currently due November 30, 2026.

- The briefing for the Parties' motions challenging class certification experts will be completed on December 18, 2026. Pursuant to Local Civil Rule 5.3(c)(2), the motion to seal the briefing on the Parties' motions challenging class certification experts will be due January 4, 2027.

The Parties believe that an omnibus motion to seal concerning all briefing related to Plaintiffs' renewed motion for class certification and the Parties' motions challenging class certification experts, which refer to overlapping exhibits and materials, will be more efficient and will substantially conserve judicial resources. This approach was previously approved and adopted by Judge Hammer in connection with the prior round of briefing on these same issues. ECF No. 822. Additionally, given the holidays and the volume of materials, the Parties respectfully request an extension of time to file the omnibus motion

to seal until January 22, 2027. The Parties further request that these materials remain under seal until the forthcoming omnibus motion to seal is decided by the Court.

Thank you for your continued attention to this matter. If the Court has any questions, we are available at your convenience.

Respectfully submitted,

*/s/ Matthew Atha*
Matthew Atha

CC: All counsel of record (via ECF)

It is SO ORDERED as of this __ day of _________________, 2026.

_____________________________________
HON. ALEX D. SILAGI, U.S.M.J.