**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: *Quest/Optum360 Track* | Civil No. 2:19-md-02904-JKS-ADS<br><br>Judge Jamel K. Semper<br><br>**Oral Argument Requested**<br><br>**NOTICE OF OPTUM360, LLC's MOTION TO EXCLUDE PLAINTIFFS' EXPERTS** |

**TO: All Counsel of Record**

**PLEASE TAKE NOTICE** that on December 21, 2026, or as soon thereafter as counsel may be heard, Defendant Optum360, LLC ("Optum360"), by and through the undersigned counsel, shall respectfully move before the Honorable Jamel K. Semper, U.S.D.J. at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom PO 03, Newark, New Jersey 07101, for an order excluding the testimony of Plaintiffs' experts Mary Frantz, Amy Worley, Scott Witt, and Sharon Anolik pursuant to Federal Rule of Evidence 702.

**PLEASE TAKE FURTHER NOTICE** that Defendant Optum360 relies on the accompanying Memorandum in Support of the Motion to Exclude Plaintiffs' Experts Mary Frantz, Amy Worley, Scott Witt, and Sharon Anolik (the "Memorandum

in Support"). Optum360's Memorandum in Support incorporates by reference and relies upon the previously served and filed memorandum and accompanying declaration in support of the motion to exclude Plaintiffs' experts. Specifically:

- Exhibit A to the Memorandum in Support is the memorandum previously served on November 11, 2025 and filed with the Court on December 23, 2025, ECF No. 838;
- Exhibit B to the Memorandum in Support is the declaration and exhibits previously served on November 11, 2025 and filed with the Court on December 23, 2025, ECF No. 838–1 through 838–26.

Pursuant to the Court's August 10, 2026 Joint Scheduling Order (ECF No. 930), these above materials are submitted as previously served and filed without change.[1]

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith pursuant to Local Civil Rule 7.1(e).

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested pursuant to Local Civil Rule 78.1.

[1] While the Exhibits to the Memorandum in Support include references to other Defendants, this Motion is being filed only on behalf of Optum360 and not on behalf of any other Defendant in this action. As the Court is aware, Defendants Quest Diagnostics Incorporated, Laboratory Corporation of America Holdings, Sonic Healthcare USA, Clinical Pathology Laboratories, Inc., Aurora Diagnostics LLC, and Austin Pathology Associates, who joined the previous motion, have since settled with Plaintiffs (or are in the process of settling). *See* ECF Nos. 930, 940, 941.

Dated: November 20, 2026

Respectfully submitted,

By: *Reade W. Seligmann*

Reade W. Seligmann
ALSTON & BIRD LLP
90 Park Avenue, 12th Floor
New York, NY 10016
Tel.: (212) 210-9453
reade.seligmann@alston.com

Kristine M. Brown
Donald M. Houser
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Tel.: (404) 881-7000
kristy.brown@alston.com
donald.houser@alston.com

Thomas P. Scrivo
Young Yu
O'TOOLE SCRIVO, LLC
14 Village Park Road
Cedar Grove, NJ 07009
Tel.: (973) 239-5700
tscrivo@oslaw.com
yyu@oslaw.com

*Attorneys for Defendant*
*Optum360, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2026, I served on Plaintiffs' counsel of record via CM/ECF and via email Defendant Optum360, LLC's Motion to Exclude Plaintiffs' Experts and all supporting papers.

*/s/ Reade W. Seligmann*
Reade W. Seligmann