**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: *Quest/Optum360 Track* | Civil No. 2:19-md-02904-JKS-ADS<br><br>Judge Jamel K. Semper<br><br>**Oral Argument Requested**<br><br>**NOTICE OF MOTION TO EXCLUDE PLAINTIFFS' EXPERT MATTHEW STREBE** |

**TO: All Counsel of Record**

**PLEASE TAKE NOTICE** that on December 21, 2026, or as soon thereafter as counsel may be heard, Defendant Optum360, LLC, by and through the undersigned counsel, shall respectfully move before the Honorable Jamel K. Semper, U.S.D.J. at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom PO 03, Newark, New Jersey 07101, for an order excluding the testimony of Plaintiffs' expert Matthew Strebe pursuant to Federal Rule of Evidence 702.

**PLEASE TAKE FURTHER NOTICE** that Defendant Optum360, LLC relies on the accompanying Memorandum of Law in Support of Defendant's Motion to Exclude Plaintiffs' Expert Matthew Strebe.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith pursuant to Local Civil Rule 7.1(e).

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested pursuant to Local Civil Rule 78.1.

Dated: November 20, 2026

Respectfully submitted,

By: *Reade W. Seligmann*

Reade W. Seligmann
ALSTON & BIRD LLP
90 Park Avenue, 12th Floor
New York, NY 10016
Tel.: (212) 210-9453
reade.seligmann@alston.com

Kristine M. Brown
Donald M. Houser
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Tel.: (404) 881-7000
kristy.brown@alston.com
donald.houser@alston.com

Thomas P. Scrivo
Young Yu
O'TOOLE SCRIVO, LLC
14 Village Park Road
Cedar Grove, NJ 07009
Tel.: (973) 239-5700
tscrivo@oslaw.com
yyu@oslaw.com

*Attorneys for Defendant Optum360, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2026, I served on Plaintiffs' counsel of record via CM/ECF and via email Defendant Optum360, LLC's Motion to Exclude Plaintiffs' Expert Matthew Strebe and all supporting papers.

*/s/ Reade W. Seligmann*
Reade W. Seligmann