**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: All Cases | No. 2:19-md-2904<br><br>**JAMEL K. SEMPER, USDJ**<br>**MICHAEL A. HAMMER, USMJ** |

---

**NOTICE OF PLAINTIFFS' MOTION**
**TO EXCLUDE THE REPORT AND TESTIMONY OF JEFFREY B. MILLER, J.D.**

---

Plaintiffs, on behalf of themselves and the proposed Class, respectfully submit this Motion pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms.*, 509 U.S. 579 (1993), for entry of an Order granting Plaintiffs' Motion to Exclude the Report and Testimony of Jeffrey B. Miller, J.D.

In support, Plaintiffs have filed a Memorandum of Law and an accompanying Declaration of James E. Cecchi, and accompanying exhibits, in support of the Motion. For the reasons set forth in the Memorandum of Law, Plaintiffs respectfully request that the Court grant their Motion and enter the accompanying [Proposed] Order.

Dated: November 11, 2025

**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**

By: */s/ James E. Cecchi*

James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068

(973) 994.1700
jcecchi@carellabyrne.com

*Interim Lead Counsel for Plaintiffs*

Jason L. Lichtman
Sean A. Petterson
Sarah D. Zandi
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson St., 8th Floor
New York, NY 11013
(212) 355-9500

Norman E. Siegel
J. Austin Moore
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
(816) 714-7100

Christopher A. Seeger
Christopher Ayers
**SEEGER WEISS, LLP**
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100

*Quest Track Co-Lead Counsel*

Stuart A. Davidson
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
(561) 750-300

Linda P. Nussbaum
**NUSSBAUM LAW GROUP, P.C.**
1133 Avenue of the Americas
31st Floor
New York, NY 10036
(917) 438-9189

*LabCorp Track Co-Lead Counsel*

Joseph J. DePalma
Catherine B. Derenze
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
570 Broad Street, Suite 1201
Newark, New Jersey 07102
(973) 623-3000

Justin J. Hawal
Amy E. Keller
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900

*Other Labs Track Co-Lead Counsel*