**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: All Cases | No. 2:19-md-2904<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF MATTEO TOMASINI** |

**ORDER**

THIS MATTER having been opened to the Court by counsel for Plaintiffs and on notice to all counsel of record, for an Order excluding the Report and Testimony of Matteo Tomisini pursuant to Fed. R. Evid. 702; and the Court having considered the papers filed in support of and in opposition to the motion; and the Court having considered oral argument, if any; and for good cause shown;

**IT IS** on this ____________ day of _______________, _________,

**ORDERED** that Plaintiffs' Motion to Exclude the Report and Testimony of Matteo Tomisini be and hereby is **GRANTED;** it is further

**ORDERED** that a copy of this Order shall be deemed served on all parties upon being uploaded to the CM/ECF system.

SO ORDERED.

___________________________________
HON. JAMEL K. SEMPER, U.S.D.J.