**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: Quest/Optum 360 Track | No. 2:19-md-2904<br><br>**JAMEL K. SEMPER, USDJ**<br><br>**ALEX D. SILAGI, USMJ**<br><br>Motion Day: January 4, 2027 |

**NOTICE OF PLAINTIFFS' MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF JASON SMOLANOFF**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, on behalf of themselves and the proposed Class, will move before this Court at Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on January 4, 2027 for entry of an order striking paragraphs 29–30, 40–72, 73–104, and 106–22 of Mr. Smolanoff's sur-rebuttal report as beyond the scope permitted by Dkt. No. 906, and excluding his remaining opinions under Rule 702. In the alternative, Plaintiffs respectfully ask the Court to exclude Mr. Smolanoff's report and testimony in their entirety under Rule 702. If the Court declines to strike the out-of-scope paragraphs, Plaintiffs ask that Optum be ordered to pay the reasonable expenses, including attorneys' fees, that its failure to comply with Dkt. No. 906 caused. *See* Fed. R. Civ. P. 37(b)(2)(C).

In support, Plaintiffs have filed a Memorandum of Law and an accompanying Declaration of James E. Cecchi and accompanying exhibits. For the reasons set forth in the Memorandum of

Law, Plaintiffs respectfully request that the Court grant their Motion and enter the accompanying [Proposed] Order.

DATED: November 20, 2026

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**

By: *_/s/ James E. Cecchi_*

James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
jcecchi@carellabyrne.com

*Interim Lead Counsel for Plaintiffs*

Jason L. Lichtman
Sean A. Petterson
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson St., 8th Floor
New York, NY 10013
(212) 355-9500

Norman E. Siegel
J. Austin Moore
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
(816) 714-7100

Christopher A. Seeger
Christopher Ayers
**SEEGER WEISS, LLP**
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100

*Quest Track Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I, Caroline F. Bartlett, certify that on November 20, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

*/s/ Caroline F. Bartlett*