**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: Quest/Optum 360 Track | No. 2:19-md-2904<br><br>**JAMEL K. SEMPER, USDJ**<br><br>**ALEX D. SILAGI, USMJ** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF JASON SMOLANOFF**

THIS MATTER having been opened to the Court by counsel for Plaintiffs and on notice to all counsel of record, for an Order striking paragraphs 29–30, 40–72, 73–104, and 106–22 of Mr. Smolanoff's sur-rebuttal report as beyond the scope permitted by Dkt. No. 906, excluding his remaining opinions pursuant to Rule 702; and the Court having considered the papers filed in support of and in opposition to the motion, and the Court having considered oral argument, if any, and for good cause shown;

**IT IS** on this ___________ day of ____________________, ________,

**ORDERED** that Plaintiffs' Motion to Exclude the Report and Testimony of Jason Smolanoff be and hereby is **GRANTED**; it is further

**ORDERED** that a copy of this Order shall be deemed served on all parties upon being uploaded to the CM/ECF system.

SO ORDERED.

__________________________________

HON. JAMEL K. SEMPER, U.S.D.J.